# EXHIBIT B

From: Goyke, Evan

Sent: Friday, April 17, 2026 9:55 AM

Common Council File # 251797

We have reviewed the new draft. It is legal and enforceable.

Let me know if you need anything from the CAP before Council.

Evan

Get Outlook for iOS

_____