## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                   Case No. 26-CV-1293

CITY OF MILWAUKEE, *et al.*,

    Defendants.

## RECUSAL ORDER

Pursuant to 28 U.S.C. § 455(a), I hereby disqualify myself from presiding over the above-captioned action. Consequently, this action will be returned to the Clerk of Court for random reassignment to another judicial officer.

**IT IS SO ORDERED**.

Dated at Milwaukee, Wisconsin this 24th day of July, 2026.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge