# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
          Plaintiff,

    v.                                        Case No. 26-CV-1293

CITY OF MILWAUKEE, et al,
          Defendants,

## ORDER

**IT IS ORDERED** that a telephonic Fed. R. Civ. P. 16(b) scheduling conference is scheduled for **August 13, 2026 at 11:30 a.m. Central Time.** The parties shall call the Court's Zoom conference line at 669-254-5252 and use Meeting ID 161 8470 1401 and Passcode 187773 to join the call and may be placed on hold until the Court accesses the call.  Parties should call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding. *The participation of the attorney who will be handling the case is required and their telephone number should be provided in the Rule 26(f) report.*

The parties should note Fed. R. Civ. P. 26(f), which requires that they confer with each other at least 21 days before the Rule 16(b) scheduling conference and file a written report of their proposed discovery plan within 14 days after their Rule 26(f) conference.  The first paragraph of the joint Rule 26(f) report should state the date and time given above for the Rule 16(b) scheduling conference.  The parties should also note Rule 26(a)(1), which requires (unless they agree otherwise) that they make their initial disclosures to each other within 14 days after their Rule 26(f) conference.

Dated at Milwaukee, Wisconsin, this 30th day of July, 2026.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge