**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.** **Case No. 26-CV-1293**

**CITY OF MILWAUKEE, et al.**
**Defendants.**

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding
Date: 8/13/2026
Time Commenced: 11:30 a.m.
Concluded: 11:45 a.m.
Deputy Clerk: GB
Court Reporter: N/A

APPEARANCES:

Plaintiff: By Attorneys Pooja Majmundar and Charles Roberts

Defendants: By Attorney Clint Muche

Nature of Conference: Telephonic Status Conference

Notes: Parties discussed nature of case and briefing schedule related to plaintiff's preliminary injunction motion. The court ruled that defendant may pursue limited discovery prior to responding to plaintiff's motion. The court ORDERED that the parties have 60 days to complete discovery related to the preliminary injunction motion. Defendant's response to plaintiff's motion for a preliminary injunction shall be filed by **November 13, 2026**. Defendant's reply in support of its motion shall be filed by **November 30, 2026**.