**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MILWAUKEE; CAVALIER JOHNSON, Mayor of Milwaukee, in his official capacity; EVAN GOYKE, City Attorney of Milwaukee, in his official capacity; JEFFREY NORMAN, Chief of Police, Milwaukee Police Department, in his official capacity,<br><br>Defendants. | No. 26-cv-1293 |

**STIPULATION OF PARTIAL DISMISSAL**

Plaintiff United States of America and Defendants City of Milwaukee; Mayor of Milwaukee Cavalier Johnson; City Attorney Evan Goyke; and Chief of Police, Milwaukee Police Department, Jeffrey Norman, in their official capacities, by and through their undersigned counsel, hereby stipulate as follows:

1. Plaintiff dismisses, without prejudice, its claims in the above-captioned action against Defendants Mayor of Milwaukee Cavalier Johnson; City Attorney Evan Goyke; and Chief of Police, Milwaukee Police Department, Jeffrey Norman, in their official capacities, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The action remains pending against Defendant City of Milwaukee, and no claim against the City of Milwaukee is affected by this stipulation.

3. Plaintiff dismisses the Individual Defendants based on the representation of counsel for all Defendants, that the relief available to Plaintiff in this action, including injunctive and

declaratory relief, is fully obtainable from Defendant City of Milwaukee, such that the dismissal of Defendants Mayor of Milwaukee Cavalier Johnson; City Attorney Evan Goyke; and Chief of Police, Milwaukee Police Department, Jeffrey Norman, in their official capacities, does not narrow, limit, or diminish the relief Plaintiff may obtain in this action. *See* ECF No. 19 ("[T]here is no legal necessity that these local officials be named as defendants in their official capacity because the City of Milwaukee can be sued directly for both damages and injunctive or declaratory relief.") (citations omitted).

4. Considering this stipulated dismissal, Defendants' pending Motion to Dismiss Defendants Mayor of Milwaukee Cavalier Johnson; City Attorney Evan Goyke; and Chief of Police, Milwaukee Police Department, Jeffrey Norman, in their official capacities (ECF No. 18), is rendered moot, and the parties request that the Court terminate it as such without further briefing or ruling.

5. This stipulation shall not be construed as a concession by any party as to the merits of any claim or defense in this action.

IT IS SO STIPULATED.

DATED: September 28, 2026

Respectfully submitted,

_/s/ Clint B. Muche_
CLINT B. MUCHE
Assistant City Attorney
Office of the City Attorney
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
Tel: (414) 286-2601
Email: cmuche@milwaukee.gov

ROBIN A. PEDERSON
Deputy City Attorney

THOMAS D. MILLER
Assistant City Attorney

*Attorneys for Defendants*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

HILARY K. PERKINS
Director
Enforcement & Affirmative Litigation Branch

JACQUELINE COLEMAN SNEAD
Deputy Director, Affirmative Litigation Section

_/s/ Pooja D. Majmundar_
POOJA D. MAJMUNDAR
ALEXANDER W. FURTAW
Trial Attorneys
Enforcement & Affirmative Litigation Branch
Civil Division, U.S. Department of Justice
450 Fifth Street, N.W., Ste. 6400 South
Washington, D.C. 20001
(202) 598-0280
Pooja.D.Majmundar@usdoj.gov

*Attorneys for Plaintiff*