**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MILWAUKEE,<br><br>Defendant. | No. 26-cv-1293<br><br>**[PROPOSED] ORDER** |

Having considered Defendant's Civil L.R. 7(h) Expedited Non-Dipositive Motion to Stay or Enlarge Subsequent Deadlines, and Plaintiff's Response thereto,

IT IS ORDERED that Defendant's motion is GRANTED IN PART and DENIED IN PART.

IT IS FURTHER ORDERED that Defendant's request to enlarge the briefing deadlines for Plaintiff's preliminary injunction motion is DENIED.

IT IS FURTHER ORDERED that Defendant's request for a stay is GRANTED, and the stay is broadened as follows:

All proceedings relating to Plaintiff's preliminary injunction motion, including briefing and all discovery and related motions, are STAYED in their entirety pending the filing and resolution of Plaintiff's forthcoming Rule 12(c) motion for judgment on the pleadings.

SO ORDERED.

DATED: ____________________ BY THE COURT: _________________________