# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.** **TELEPHONIC STATUS CONFERENCE**
**Case No. 26-CV-1293**

**CITY OF MILWAUKEE,**
**Defendant.**

---

HONORABLE LYNN ADELMAN, presiding
Proceeding Held: 10/23/2026
Deputy Clerk: GB

Time Called: 10:36 a.m.
Time Concluded: 10:55 a.m.
Court Reporter: Jen

**Appearances:**

**Plaintiff:** By Attorneys Pooja Majmundar and Alexander Furtaw

**Defendant:** By Attorney Clint Muche

---

Parties discussed discovery and scheduling issues. The court denied plaintiff's motion for a protective order subject to refiling. Renewed discovery motions to be filed within one week, with responses filed one week later. Briefing deadlines related to preliminary injunction motion temporarily stayed. Short order to follow.