**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MILWAUKEE,<br><br>Defendant. | No. 26-cv-1293-LA<br><br>**MOTION FOR JUDGMENT ON THE PLEADINGS** |

Please take notice that the United States of America hereby moves for judgment on the pleadings. The bases and reasons for this motion are set forth in the accompanying Memorandum in Support of Plaintiff's Motion for Judgment on the Pleadings.

Dated: October 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CODY M. POPLIN
Deputy Assistant Attorney General

HILARY K. PERKINS
Director

JACQUELINE COLEMAN SNEAD
Deputy Director

*/s/ Alexander William Furtaw*
Alexander William Furtaw (District of Columbia Bar No. 90036368)
Trial Attorney
Enforcement & Affirmative Litigation Branch
U.S. Department of Justice
450 5th Street, NW
Washington, D.C. 20001
Tel.: (202) 598-5667
Email: Alexander.W.Furtaw@usdoj.gov

*Pooja Majmundar*
Pooja Majmundar (DC Bar No. 1779930)
Trial Attorney
Enforcement & Affirmative Litigation Branch
U.S. Department of Justice
450 5th Street, NW
Washington, D.C. 20001
Telephone: (202) 598-0280
Email: Pooja.D.Majmundar@usdoj.gov

*Attorneys for the United States of America*