**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MILWAUKEE,<br><br>Defendant. | No. 26-cv-1293<br><br>**[PROPOSED] ORDER** |

Upon consideration of Plaintiff's Motion for Judgment on the Pleadings and the entire record, it is hereby ORDERED that the Motion is GRANTED; and it is further

ORDERED that Milwaukee Code of Ordinances § 105-140 is declared invalid as applied to federal law enforcement officers under the Supremacy Clause; and it is further

ORDERED that Defendant and its successors, agents, servants, employees, attorneys, and all persons acting in concert with Defendant, are permanently enjoined from enforcing § 105-140 against federal law enforcement officers; and it is further

ORDERED that the United States is awarded its costs and fees in this action.

SO ORDERED.

DATED: ____________________ BY THE COURT: _________________________