U.S. Customs and Border Protection
Air and Marine Operations

Uniform Wear Handbook

# UNIFORM WEAR HANDBOOK
# VERSION 2.1

April 2024

**Revision History**

| Date | Version | Summary of Changes |
|---|---|---|
| 4/15/2024 | 2.1 | Addition of Command Pin Insignia and Ground Tactical Air Coordinator Insignia |
| 4/15/2024 | 2.1 | Change to qualification requirements for Senior and Master (Aviator, Aircrew, and Marine) Insignias. |
| 4/15/2024 | 2.1 | Addition of the Class 3 performance shirt and cloth hook and loop rank. |
| 4/15/2024 | 2.1 | Addition of Honorary Awards wear guidance. |
| | | |
| | | |

Air and Marine Operations (AMO) is committed to continuous product quality improvement. Revisions to this handbook occur with changes to uniform guidance. Route suggestions, recommendations, and change requests to the AMO Headquarters National Uniform Program Manager through local uniform coordinators.

The Uniform Program on AMO's SharePoint is a vital resource for uniform-related updates and announcements. Consult the Uniform Program page for the most current information, supplemental guidance, and supporting products. Route technical issues to the AMO Headquarters National Uniform Program Manager through local uniform coordinators.
For example, changes may include:

- Updated vendor contact information;
- Availability of new uniform items or uniform item modification;
- Updated U.S. Customs and Border Protection or AMO uniform related policies; and
- Suggestions for existing or additional sections.

Change requests must specify the referenced page and section from the current version of the Uniform Wear Handbook.

Jonathan P. Miller
Executive Assistant Commissioner
Air and Marine Operations

**Table of Contents**

## Table of Contents


Revision History ....................................................................................2

I. Introduction....................................................................................5

II. Uniform Fundamentals ....................................................................................5

A. AMO Uniform Wear ....................................................................................5

B. Employees Authorized for AMO Uniform Wear ....................................................................................6

C. Waivers and Exceptions....................................................................................6

D. Uniform Allowance and Ordering ....................................................................................7

E. Disposal of Branded Uniforms....................................................................................7

III. Personal Appearance Standards....................................................................................7

F. Background....................................................................................7

G. General Standard ....................................................................................7

H. Scope ....................................................................................7

I. Terms....................................................................................7

J. Grooming Standards ....................................................................................8

IV. Badge, Patch, and Insignia Requirements ....................................................................................10

K. General Information....................................................................................10

L. Issued Metal Badges ....................................................................................11

M. Cloth Badges....................................................................................11

N. Branch Patches....................................................................................12

O. AMO Breast Insignia ....................................................................................12

P. Nametags ....................................................................................16

Q. T-Shirts and Undergarments ....................................................................................17

R. Outerwear ....................................................................................17

S. Footwear ....................................................................................17

T. Hats and Caps ....................................................................................18

U. Classes of Uniforms....................................................................................18

V. Class 1 Full Ceremonial Dress Uniform....................................................................................18

**Uniformed employees must ensure their Class 1 uniforms are complete and ready for wear at all times.**....................................................................................18

W. Class 2 Ceremonial Dress Uniform....................................................................................20

**Uniformed employees must ensure their Class 2 uniforms are complete and ready for wear at all times.** ....... 21

X. Class 3 Tactical Uniform ....... 23

*The Class 3 TU and Class 5 (2-piece FR flight suit, and tan quarter zip FR combat shirt with tan tactical FR pant) uniform items are not interchangeable. AMO only authorizes wear of these uniforms in their entirety. ....... 23

Y. Class 4 Enforcement Shirt, Enforcement Polo Uniforms, and Administrative Support Polo. 25

Z. Class 5 Flight Operations Uniform ....... 28

*The Class 3 TU and Class 5 (2-piece FR flight suit and tan quarter zip FR combat shirt with tan tactical FR pant) uniform items are not interchangeable. AMO only authorizes wear of these uniforms in their entirety ....... 28

AA. Class 6 Federal Law Enforcement Training Center AMO Academy Uniform ....... 31

BB. Class 7 Maternity Uniform ....... 32

Appendix A: Mourning Band Wear ....... 32

Appendix B: Award Citation Pins ....... 34

Appendix C: Rank Structure Organizational Chart ....... 35

# I. Introduction

The U.S. Customs and Border Protection (CBP), Air and Marine Operations (AMO), uniform is essential to the agency's image. Employees must recognize that the public often judges CBP's effectiveness based upon first impressions. Employees who are inattentive to their personal appearance project an unfavorable image upon themselves, the Department of Homeland Security (DHS), CBP, and AMO.

Employees will be always mindful of their personal appearance. Adherence to personal appearance standards projects a professional image. Projecting a professional image bolsters positive public perception, supports good order and discipline, and is an essential part of "officer presence." Good "officer presence" significantly increases "officer safety" while engaging the public.

The Uniform Program page on AMO's SharePoint contains additional uniform-related information.

# II. Uniform Fundamentals

## A. AMO Uniform Wear

Only authorized AMO employees will wear AMO uniforms.

AMO authorizes wearing only uniform items provided by the CBP uniform contractor as part of the AMO uniform.

Employees assigned to Headquarters will adhere to the Headquarters Uniform Wear Guidance.

Uniforms will be complete in all details, worn in their entirety, and be devoid of ornaments that are not a part of the AMO uniform.

Uniformed employees will wear uniforms while engaged in official CBP activities, except when business attire is more appropriate or required.

When conducting operations in response to civil unrest, agents will wear only authorized uniforms that have a name tag or personal identifier, badge, agency placard, and shoulder patches. Personal identifiers in lieu of nametags are only to be worn as directed by leadership.

Uniformed employees will not wear uniforms while off duty.

Uniformed employees may wear uniforms while traveling directly to and from the workplace when authorized by:

- CBP Commissioner
- AMO Executive Assistant Commissioner (EAC)
- AMO Deputy Executive Assistant Commissioner (DEAC)
- AMO Executive Director, Operations
- AMO Executive Director, Deputy, Operations
- AMO regional executive directors
- AMO Director, Air and Marine Operations (DAMO)
- AMO Deputy Director, Air Operations (DDAO)

- AMO Deputy Director, Marine Operations (DDMO)

**B. Employees Authorized for AMO Uniform Wear**

- AMO EAC
- AMO DEAC
- AMO Executive Director, Operations
- AMO executive directors (Senior Executive Service)
- AMO Chief of Staff
- AMO DAMO
- AMO DDAO
- AMO DDMO
- AMO law enforcement employee
- AMO Detection Enforcement Officer (DEO)
- AMO Flight Engineer (FE)
- AMO 2181 Series Flight Instructor
- AMO Aviation Maintenance Officer and Aviation Maintenance Inspector
- AMO GS-340 Program Manager
- AMO Aviation Advisor
- AMO GS-1899 student trainee (Aviation Enforcement Agent)
- AMO GS 1801 student trainee (Marine Interdiction Agent)
- AMO GS 1881 student trainee (Air Interdiction Agent)
- AMO Mission Support employees (Class 4 polo only and uniform allowance not authorized)

**C. Waivers and Exceptions**

1. Waivers

Executive directors, directors, and deputy directors may waive the above uniform requirements for plain clothes or undercover work, foreign operations, and the like. AMO does not authorize a blanket waiver. Executive directors, directors, and deputy directors must determine mission need and employee security as a prerequisite for granting case-by-case waivers.

2. Exceptions

The Assistant Commissioner, Office of Public Affairs, with the concurrence of the AMO EAC, may approve limited use of AMO uniforms as requested by outside sources, such as movie and television productions, on a case-by-case basis. Requests and approvals will specify the authorized terms of use. The Office of Public Affairs provides the CBP Office of Administration, Uniform Management Center, written authority to direct components concerning terms of use. The Office of Facilities and Asset Management may have additional restrictions and

uniform security management requirements. Reference Handbook HB 5230-01.

### D. Uniform Allowance and Ordering

AMO issues uniform accounts associated with annual uniform allowances to uniformed employees. Account management and ordering information is located on the Uniform Program page on AMO's SharePoint.

### E. Disposal of Branded Uniforms

Local uniform coordinators will manage the uniform disposal process when employees are terminated, separate, or retire. Serviceable uniform garments may be redistributed to current AMO uniformed employees. Remove **all** CBP, AMO, and federal law enforcement branding, including all patches, from uniform garments before discarding. Destroy **all** branding items removed from uniform garments or redistribute serviceable patches within AMO.

## III. Personal Appearance Standards

### F. Background

CBP establishes personal appearance standards for all uniformed employees. CBP draws distinctions between male and female standards. These distinctions reflect public expectations regarding norms for male and female employees. Maintaining standards is critical to recognition, approachability, and public cooperation.

### G. General Standard

Employees are to present a neat, clean, and professional image consistent with CBP standards. Uniforms and civilian attire will be clean and well maintained. Employees must adhere to the standards outlined in this document.

### H. Scope

The grooming standards outlined below apply to all AMO uniformed employees. This policy supersedes previous AMO uniform guidance, directives, memoranda, and legacy agency policies.

### I. Terms

- Agency: Refers to CBP.
- Component: Refers to any of the three operational offices (AMO, U.S. Border Patrol, and the Office of Field Operations) that comprise CBP.
- AMO: Refers to all branches, centers, and units that comprise AMO.
- Legacy agency: Refers to any U.S. agency integrated into DHS in 2002.
- Agent: Refers to any permanent, uniformed law enforcement Air and Marine Agent.
- Officer: Refers to any permanent, uniformed law enforcement or non-law enforcement AMO officer.
- Uniformed employee: Refers to any permanent, uniformed CBP employee.
- Employee: Refers to any CBP employee.
- Uniform: Refers to all AMO uniform articles of clothing and accessories issued

by CBP or purchased through the CBP uniform contractor.

## J. Grooming Standards

1. Male Hair

- Hair will be neatly trimmed, properly groomed, and must not touch the ears or the collar when in a standing position.
- Dyed hair will be natural in color. CBP prohibits the use of hair colorants or dyes that are unnatural in appearance.
- Hair must not be worn in extreme or faddish styles, such as ponytails or buns, or in any manner that exceeds standards for male employees, violates safety requirements, or impedes the proper wearing of authorized headgear or safety equipment.
- Hair ornaments, such as ribbons, jeweled pins, and the like, are prohibited by CBP.

2. Female Hair

- Hair will have a maximum bulk of four inches from the scalp and allow proper wear of headgear. There is no minimum hair length.
- Hair will end above the bottom edge of the collar and will not extend below an invisible line drawn parallel to the ground, both front to back and side to side, unless worn in authorized ponytail or long braid(s).
- One or two braids or a single ponytail may be worn down the member's back, with bulk not exceeding the width of the head and length not extending below a horizontal line running between the top of each sleeve inseam at the under arm through the shoulder blades.
- Extreme styles or wearing hair in any manner that exceeds standards for female employees, violates safety requirements, or impedes the proper wearing of authorized headgear is prohibited by CBP.
- The braid(s) or ponytail cannot be worn over the shoulder or pulled in front of the body. It must go down the member's back. Bangs, or side-swiped hair, may touch eyebrows but must not touch or cover eyes.
- Dyed hair will be natural in color. CBP prohibits the use of hair colorants or dyes that are unnatural in appearance.
- Plain pins, combs, elastic bands, and barrettes similar to the individual's hair color or in a color complementary to the uniform, such as black or tan, are authorized by CBP to keep hair in place.
- Hair ornaments, such as ribbons, jeweled pins, and the like, are prohibited by CBP.

3. Sideburns (Male Only)

- Sideburns must not extend below the lowest part of the ear and must not be more than one-half inch wider than at their narrowest point.
- Sideburns must be even in width (not flared) and end in a cleanly shaven, horizontal line.

4. Facial Hair

- The EAC or designee may restrict or limit the facial hair policy.
- Beards are authorized to be worn by all non-supervisory employees except for Air and Marine Operations Academy instructors and agents currently enrolled in the Air and Marine Operations Academy.
- Facial hair that is grown to connect the mustache with the facial hair of the chin, such as a circle beard or goatee, is permitted.
- Full beards are permitted and must not extend more than one-half inch below the jawline into the neck. The bulk of the beard (distance that the mass of facial hair protrudes from the skin of the face) must not exceed one-half inch. Pencil beards and other trendy beards do not constitute full beards and are not permitted. Beards must be well-groomed and trimmed to prevent a ragged appearance, and beard lines must be clean and sharp.
- Ungroomed beard stubble is not neat, clean, and professional. Employees who are not actively attempting to grow a beard or other type of facial hair must otherwise be clean-shaven.
- Patchy or spotty clumps of facial hair, excluding those resulting from scars, are not considered beards and, as such, are not permitted.
- Facial hair will not be worn in any extreme or unconventional styles.
- Moustaches must be neatly trimmed and may not extend outward beyond the natural contours of the upper lip, nor downward more than one-quarter inch past the corner of the mouth. Moustaches must not touch the lower lip when the mouth is closed. Handlebar moustaches are not permitted. Moustaches may not be twisted.
- Employees with a religious or medical condition that precludes shaving must present a written statement verifying such a condition exists with specific parameters, such as one-quarter inch to one-half inch in length on neck, cheek, chin, and lip area.
    - Medical documentation is subject to review in accordance with 5 Code of Federal Regulations § 339.104.

5. Male Fingernails

- Fingernails must not extend beyond the fingertips.
- Fingernails must be kept neat and clean.
- False fingernails and fingernail polish are prohibited for male employees.

6. Female Fingernails

- Fingernails must not extend more than one-quarter inch beyond the fingertips.
- Fingernail polish, if applied, must be a single neutral color.

7. Cosmetics

- CBP authorizes cosmetics for female employees only.

- Cosmetics must be natural in color and application.

8. Jewelry

- Rings: CBP prohibits employees from wearing more than three rings on both hands collectively. CBP authorizes wearing wedding rings, including wedding band and engagement ring combinations.
- Necklaces: CBP limits employees to wearing one necklace, medallion, or chain. CBP requires employees to conceal these items while in uniform. CBP prohibits choker-type necklaces.
- Earrings: CBP prohibits male employees from wearing earrings while in uniform. CBP authorizes female employees to wear plain, stud-type earrings no more than one-quarter inch in diameter. CBP prohibits female employees from wearing more than one pair of earrings.
- Bracelets: CBP prohibits employees from wearing bracelets other than medical alert and memorial bracelets while in uniform.
- Watches: CBP authorizes wearing one plain or military-style watch. Watchbands should be gold, silver, black, brown, dark blue, or dark green in color.
- Body Piercing: CBP prohibits any body piercing jewelry, other than earrings, to be visible while in uniform.

9. Eyewear

- Eyewear must be plain in style and color. Employees must not wear neon or brightly colored frames.
- CBP authorizes wearing eyewear straps that are subdued in color.

10. Tattoos and Brands

- Obscene, racially/ethnically derogatory, sexual in nature, and/or gang tattoos or brandings must not be visible. Disputes regarding these issues will be resolved as expeditiously as practicable.
- Tattoos and/or brandings on the head, face, neck, or hands are not permitted. Previously approved exemptions documented by a memorandum and color photographs will be honored for existing tattoos or brandings on the head, face, neck, or hands.
- All visible tattoos and/or brandings will be covered while performing the following duties: recruiting, public affairs officer, oral hiring boards, international liaison duties, community affairs, or judicial proceedings.
- Local DAMOs, DDAOs, and DDMOs may require concealment of all tattoos and brandings while in uniform.

11. Body Alterations

- CBP prohibits intentional body alterations, such as tongue splitting, tongue forking, disfiguring skin implants, decorative tooth capping, and the like.

## IV. Badge, Patch, and Insignia Requirements

### K. General Information

The Class 1, 2, 3, and 5 uniforms, aviation and maritime enforcement shirt, and all outer wear must display the AMO badge or badge patch, nametag, shoulder patches, and applicable rank insignia. Tan uniform items will be worn with brown patches, and black uniform items will be worn with black patches. Rank insignia is not required on the aviation and maritime enforcement shirt.

Class 1 and 2 uniforms must display the metal CBP badge, silver metal collar rank insignia, AMO metal breast insignia, award citation bars, and the brass nametag. Class 3 uniforms must display black metal collar rank insignia. Class 5 uniforms must display subdued cloth rank insignia.

The CBP keystone patch must be worn on the right shoulder sleeve, and the AMO patch on the left shoulder sleeve, of all Class 1, 2, 3, and 5 uniforms and the aviation and maritime enforcement shirts. Both patches must be attached, either by sewing or hook and loop, one inch below the appropriate shoulder sleeve seam.

In accordance with CBP policy, law enforcement employees displaying metal enforcement badges or enforcement badge patches must be armed. See Wear Guidance detailed in this document for additional requirements.

**L. Issued Metal Badges**

The National Uniform Program does not provide metal CBP badges. The Office of Professional Responsibility, Badge and Credential Office, at the Federal Law Enforcement Training Center in Glynco, Georgia, issues metal badges to employees. CBP prohibits wearing legacy agency badges. Uniformed employees issued an AMO metal badge must wear the badge on Class 1 and 2 uniforms while engaged in official CBP ceremonies or public events sanctioned or as directed by:

- CBP Commissioner
- AMO EAC
- AMO DEAC
- AMO Executive Director, Operations
- AMO Executive Director, Deputy, Operations
- AMO executive directors
- AMO DAMO
- AMO DDAO
- AMO DDMO

***AMO law enforcement employees must wear a metal badge while armed in any uniform or personal clothing not displaying the gold "Federal Agent" badge patch***. Agents are not required to wear a metal badge on their gun belt if they are wearing a uniform shirt displaying a gold "Federal Agent" badge patch.

**M. Cloth Badges**

While on official duty, AMO uniformed employees must wear cloth badge patches with Class 3 and 5 uniforms and on outerwear or ballistic protection worn

over uniforms. Law enforcement employees must wear the gold "Federal Agent" badge patch, and non-law enforcement employees must wear the subdued "Aviation Specialist" badge patch on the items listed above. AMO only authorizes law enforcement employees to wear the Class 4 enforcement polo shirt.

## N. Branch Patches

The AMO National Uniform Program Manager will review requests for branch patches for compliance before being reviewed by the AMO DEAC; the AMO DEAC reviews and approves all branch artwork and patches. Approved branch patches must use a subdued color palate, be three and one-half inches in diameter, and be worn on the right-hand side chest pocket of the Class 5 uniform. Unless authorized by official AMO Uniform Guidance or by the CBP Commissioner, no other badges, patches, pins, or insignia, such as DHS lapel pins, fraternal pins, political pins, longevity pins, and the like, are authorized for wear on any AMO uniform article. All requests will be submitted to the AMO DEAC through the National Uniform Program Manager, region, and local branch.

## O. AMO Breast Insignia

The authorized criteria for award of breast insignia are as follows:

1. Command Pin: Awarded to GS-15 Director, Air and Marine Operations, as designated by the EAC. Only authorized for wear on Class 1 and Class 2 uniforms.



Command Pin

2. Aviator Insignia

   a. Basic Aviator Insignia: Awarded to AMO employees authorized and designated, in writing, by the local DAMO or DDAO and mission-trained to perform Pilot-in-Command (PIC) duties in any aircraft or Second-in-Command (SIC) duties in a complex 2-pilot aircraft. AMO authorizes pilot trainees to wear the Basic Aviator Insignia Badge without a job title under their name.



Basic Aviator Insignia

b. Senior Aviator Insignia: Awarded to AMO employees authorized and designated, in writing, by the local DAMO or DDAO and mission-trained to perform PIC duties in any aircraft or SIC duties in a complex 2-pilot aircraft. Additionally, employees have logged 1,500 hours total flight time and completed 7 years of aviation service in AMO or legacy CBP agency based



on entrance on duty (EOD) date.

Senior Aviator Insignia

c. Master Aviator Insignia: Awarded to AMO employees authorized and designated, in writing, by the local DAMO or DDAO and mission-trained to perform PIC duties in any aircraft or SIC duties in a complex 2-pilot aircraft. Additionally, employees have logged 3,000 hours total flight time and completed 15 years of aviation service in AMO or CBP legacy agency based



on EOD date.

Master Aviator Insignia

3. Aircrew Insignia

a. Basic Aircrew Insignia: Awarded to AMO employees authorized and designated, in writing, by the local DAMO or DDAO and mission-trained to perform various aviation support duties aboard aircraft, such as DEOs working aboard P-3 aircraft and Aviation Enforcement Agents




flying as aircrew members.

Basic Aircrew Insignia

b. Senior Aircrew Insignia: AMO employees authorized and designated, in writing, by the local DAMO or DDAO and mission-trained to perform duties in any complex aircraft. Additionally, employees have logged 1,500 hours total flight time and completed 7 years of aviation service in AMO or legacy CBP agency based on EOD date.




Senior Aircrew Insignia

c. Master Aircrew Insignia: Awarded to AMO employees authorized and designated, in writing, by the local DAMO or DDAO and mission-trained to perform duties in any complex aircraft. Additionally, employees have logged 3,000 hours total flight time and completed 15 years of aviation service in AMO or CBP legacy agency based on EOD date.




Master Aircrew Insignia

4. Detection Enforcement Officer Insignia

a. Non-Flying Detection Enforcement Officer Insignia: Awarded to AMO employees authorized and designated, in writing, by the local director to carry out the duties of a DEO.



Non-Flying Detection Enforcement Officer Insignia

5. Marine Insignia

a. Marine Entry Level Insignia: Awarded to Marine Interdiction Agents (MIA), Border Patrol Agents (BPA), and Customs and Border Protection Officers (CBPO) who have been academy-trained and designated, in writing, by the local DAMO or DDMO, as authorized to perform law enforcement crewmember duties on any vessel.



Marine Entry Level Insignia

b. Marine Basic Vessel Commander Insignia: Awarded to MIAs, BPAs, and CBPOs authorized and designated, in writing, by the DAMO or DDMO and mission-trained to perform Vessel Commander (VC) duties on any vessel.



Marine Basic Vessel Commander Insignia

c. Marine Senior Vessel Commander Insignia: Awarded to MIAs, BPAs, and CBPOs authorized and designated, in writing, by the DAMO or DDMO and mission-trained to perform VC duties on any vessel. Additionally, employees have logged 3,000 hours of underway time and completed 7 years of maritime service in AMO or legacy CBP agency based on EOD date.



Marine Senior Vessel Commander Insignia

d. Marine Master Vessel Commander Insignia: Awarded to MIAs, BPAs, and CBPOs authorized and designated, in writing, by the DAMO or DDMO and mission-trained to perform VC duties on any vessel. Additionally, employees have logged 4,500 underway hours and completed 15 years of

maritime service in AMO or legacy CBP agency based on EOD date.



Marine Master Vessel Commander Insignia

6. Special Designation
   a. Ground Tactical Air Coordinator (GTAC) Pin Insignia: Awarded to AMO employees authorized and designated, in writing, by the AMO Headquarters Director or Deputy Director, Air Operations. The wear of the GTAC Pin will only be authorized for active, current, and fully qualified GTAC team members or Air and Marine Agents who complete three consecutive years in good standing as a fully qualified GTAC operator. Only authorized for wear on Class 1 uniforms.




GTAC Pin Insignia

## P. Nametags

AMO authorizes different types of nametags for use with its respective uniforms. Outerwear will be worn with a nametag patch, but Class 4 uniform polo shirts do not require nametags.

1. Leather Nametags

   AMO only authorizes the leather nametag for wear with the leather flight jacket. Leather nametags must display the employee's first initial and last name, applicable title, and appropriate AMO breast insignia.

2. Cloth Nametags

   Woven uniform items, such as jackets, require an official cloth nametag or name tape as garment is provisioned. AMO requires cloth nametags on the outermost garment of the Class 3, 4 and 5 uniforms. Cloth nametags must display the employee's first initial and last name; applicable title; and appropriate AMO breast insignia. Cloth name tapes must display employee's first initial and last name. During deployment of civil unrest, employees may wear their assigned unique identifier in lieu of their name tag as directed by

leadership.

3. Brass Nametags

AMO requires brass nametags on the Class 1 and 2 uniforms. Brass nametags must display the employee's first initial and last name.

**Q. T-Shirts and Undergarments**

AMO authorizes wearing a black base layer, black fire-retardant (FR), or black t-shirt (unbranded or enforcement) with the Class 3 Tactical Uniform (TU), Class 4 enforcement or administrative polo, Class 5 flight suits, tan quarter zip FR aviation enforcement shirt, maritime enforcement shirt, and Class 6 Federal Law Enforcement Training Center (FLETC) Academy uniform. Undershirts will be black in color and FR during aviation enforcement.

AMO authorizes substituting FR thermal underwear for the t-shirt during cold weather operations with Class 5 uniforms.

With Class 2 uniforms, a black crew neck undershirt will be worn as part of the uniform.

**R. Outerwear**

1. Authorized Versions

Except for the leather flight jacket and foul weather gear, outerwear must have a name tag, CBP keystone, and AMO shoulder emblem patches on the appropriate sleeves. AMO prohibits wearing legacy agency outerwear as part of the AMO uniform.

2. Badge and Nametag or Name Tape Requirements on Outerwear

Uniformed employees are required to wear the appropriate, visible badge patch and appropriate nametag or name tape on the outermost garment of AMO uniforms. Employees must affix the badge patch and nametag or name tape to the outermost garment with the badge on the left breast and nametag or name tape on the right breast.

Law enforcement employees must wear the gold "Federal Agent" badge patch. Non-law enforcement employees must wear the subdued "Aviation Specialist" badge patch.

**S. Footwear**

1. Footwear Requirements

Footwear must always be clean and in good condition**.** AMO only authorizes wearing coyote-colored boots with the Class 3, 4, 5, 6, and 7 uniforms.

AMO only authorizes wearing black dress shoes or roper boots with the Class 1 and 2 uniforms.

Aviation flight-certified FR footwear is available through the CBP uniform contract. AMO only authorizes aviation flight-certified FR footwear for flight duties.

AMO authorizes Air and Marine Agents to wear the maritime boat shoe provided by the CBP uniform contractor with the Class 4 uniform.

2. Footwear Exceptions

If the CBP uniform contractor is unable to fit the employee's footwear needs, an employee may purchase footwear similar in design, function, and color to the AMO-approved footwear, available through the CBP uniform contract, with personal funds. This exception must adhere to the footwear requirement for the specific class of uniform.

AMO Uniform Program Manager authorizes branch purchases for areas with specific mission and environmental needs on a case-by-case basis.

**T. Hats and Caps**

With the Class 3, 4, 5, 7, and 8 uniforms, employees may wear black or tan AMO ball caps while outdoors only, except in situations where caps would impair safety. Black knit and fleece caps may be worn during inclement weather. The tan "Boonie" hat may be worn in high-sun exposure environments, regardless of temperature. Only the black AMO ball cap is authorized with the class 6 uniform.

**U. Classes of Uniforms**

There are seven classes of AMO uniforms. Each class has unique authorization and wear requirements. AMO employees will adhere to policy for each class of uniform, including proper wear instructions and applicable seasonal variations.

The CBP Commissioner, AMO EAC, AMO DEAC, executive directors, local directors, and unit supervisors may designate a "uniform of the day."

**V. Class 1 Full Ceremonial Dress Uniform**

1. Class 1 Uniform Wear

Only authorized AMO uniformed employees may wear the Class 1 uniform. The Class 1 Full Ceremonial Dress Uniform is reserved for ceremonies and public events and as directed.

****Uniformed employees must ensure their Class 1 uniforms are complete and ready for wear at all times.****

2. Employees Authorized for Class 1 Uniform Wear

- AMO law enforcement employees
- AMO non-law enforcement employees issued an AMO metal badge

3. Class 1 Uniform Items

- Ike jacket
- Ceremonial long sleeve dress shirt
- Ceremonial dress trousers
- Dark brown tie and CBP tie tac
- Dark brown felt campaign hat with gold hat device, leather hat band, and chin strap
- Metal CBP badge
- Silver metal collar rank insignia (GS-13 supervisory and above, see

Appendix C)

- AMO metal breast insignia
- Brass nameplate
- Award citation bars (see Appendix B)
- Black dress shoes or roper boots
- Hook and loop closure belt (worn under Sam Browne or Sadie Browne belt)
- Black socks
- Sam Browne belt (male) or Sadie Browne belt (female)
- Four leather keepers with polished brass snaps
- CBP authorized holster and authorized firearm (law enforcement only)
- Leather handcuff case with polished brass snap and handcuffs (law enforcement only)
- Leather magazine pouch with polished brass snaps and magazines (law enforcement only)
- Collapsible straight baton (CSB) with scabbard or oleoresin capsicum (OC) spray and leather carry case with polished brass snap (law enforcement only)
- Service stars

4. Conditional Class 1 Uniform Items

- Campaign hat rain cover (for inclement weather only)
- AMO overcoats (only worn in transit or if selected as the "uniform of the day" in accordance with policy)
- Black leather gloves (for inclement weather only)
- Dark brown straw campaign hat (if selected as the "uniform of the day")
- AMO does not authorize seasonal or other deviations for the Class 1 uniform.

5. Wear Guidance for the Class 1 Uniform

a. Hatband: The hatband buckle centers the left side with the tail of the band facing the rear of the hat.

b. Silver Metal Collar Rank Insignia: GS-13 and above supervisory positions must wear rank insignia, in accordance with the AMO rank structure in Appendix C. No rank is displayed on the Ike jacket. Rank insignia is required on the Class 1 ceremonial dress shirt. Rank insignia must center the collar one inch from the front leading edge of the collar. Stars must point toward the head, eagles must face forward, and oak leaves must point toward the head with stem pointing toward the bottom edge of the collar.

c. AMO Metal Breast Insignia: Breast insignia is worn on the right side of the Ike jacket and dress shirts, above the brass nameplate. Breast insignia is centered one-half inch above the nameplate, measured from the lowest point

of the insignia to the top of the nameplate.

d. AMO Command Pin Insignia: Command Pin insignia is worn on the Class 1 Ike jacket and Class 2 shirt on the right breast pocket centered above the pocket buttonhole. The star of the device should touch the lower stich of the upper pocket flap.

e. AMO GTAC Pin Insignia: GTAC Pin insignia is worn on the Class 1 Ike jacket on the right breast pocket centered above the pocket buttonhole. The sword of the device should touch the lower stich of the upper pocket flap.

f. Award Citation Bars: Award citation bars accompany Commissioner-level awards. Citation bars are only worn on the Ike jacket. Citation bars are centered beneath the brass nameplate. The bottom of the bars rest along the top pocket seam of the Ike jacket. Multiple citation bars are placed next to each other horizontally in merit order, limited to highest top three honors, in accordance with CBP guidance in Appendix B. Employees with multiple awards in a single category are only authorized to wear one citation bar for that category.

g. AMO Honorary Awards: AMO Honorary Award medals will be worn only on the Class 1 Ike jacket. Medal placement will be on the left breast pocket with top of medal ribbon touching the lower stich of the upper pocket flap. Medals will be arranged centered to the pocket and no more than the highest three will be worn. When more than one medal is worn, they will be placed one-quarter inch apart.

h. Service Stars: Service stars are only worn on the left sleeve of the Ike jacket. Employees may wear one service star for every five years of service with AMO, a CBP legacy agency, other federal service, and active-duty military service. Service stars are worn on the left sleeve of the Ike jacket. The first star is centered one inch above the point on the left dark brown sleeve cuff. Additional stars are centered three quarters of an inch above the previous star measured from star center to star center.

i. Tie Tack: The CBP tie tack is centered on the tie and in line with the shirt pocket flap buttons.

j. Leather Gear: All leather gear must include polished brass snaps.

k. Less-Lethal Use of Force Device: In accordance with CBP policy, all law enforcement employees must carry at least one less-lethal use of force device. Law enforcement employees may carry either the CSB or OC spray with the Class 1 uniform.

l. Socks: Only black uniform socks are authorized with low-quarter dress shoes.

m. Footwear: Authorized footwear for the Class 1 and 2 uniforms is black dress shoes or roper boots. Black shoes must have a plain toe with no stitching or decorative design and a flat heel not exceeding three quarters of an inch in height.

**W. Class 2 Ceremonial Dress Uniform**

1. Class 2 Uniform Wear

Only authorized AMO uniformed employees may wear the Class 2 uniform. The Class 2 Ceremonial Dress Uniform is reserved for ceremonies and public events or as directed.

*****Uniformed employees must ensure their Class 2 uniforms are complete and ready for wear at all times.*****

Designated officials have discretion to include or exclude certain Class 2 uniform items based upon venue and weather.

2. Employees Authorized for Class 2 Uniform Wear

- AMO law enforcement employees
- AMO non-law enforcement employees issued an AMO metal badge

3. Class 2 Uniform Items

- Ceremonial long sleeve dress shirt
- Ceremonial dress trousers
- Black crew neck undershirt
- Dark brown tie and CBP tie tack (not worn with the ceremonial short sleeve dress shirt)
- Dark brown felt campaign hat with gold hat device, leather hat band, and chin strap (optional)
- Metal CBP badge
- Silver metal collar rank insignia (GS-13 supervisory and above, see Appendix C)
- AMO metal breast insignia
- Brass nameplate
- Black dress shoes or roper boots
- Hook and loop closure belt (worn under Sam Browne or Sadie Browne belt)
- Black socks
- Sam Browne belt (male) or Sadie Browne belt (female)
- Four leather keepers with polished brass snaps
- CBP authorized holster and authorized firearm (law enforcement only)
- Leather handcuff case with polished brass snap and handcuffs (law enforcement only)
- Leather magazine pouch with polished brass snaps and magazines (law enforcement only)
- CSB with scabbard or OC spray and leather carry case with polished brass snap (law enforcement only)

4. Conditional Class 2 Uniform Items

- Ceremonial short-sleeve dress shirt in place of long sleeve dress shirt (tie and CBP tie tack not required)
- Black crew neck undershirt
- Black leather gloves (for inclement weather only)
- Dark brown felt campaign hat with gold hat device, leather hat band, and chin strap (if selected as the "uniform of the day")
- Service stars are only worn on the Ike jacket
- Campaign hat rain cover (for inclement weather only)
- Additional keepers with polished brass snaps
- AMO leather flight jacket in place of Ike jacket

5. Wear Guidance for the Class 2 Uniform

a. Hatband: The hatband buckle centers the left side with the tail of the band facing the rear of the hat.

b. Silver Metal Collar Rank Insignia: GS-13 and above supervisory positions must wear rank insignia, in accordance with the AMO rank structure in Appendix C. No rank is displayed on the Ike jacket. Rank insignia is required on the Class 1 ceremonial dress shirt. Rank insignia must center the collar one inch from the front leading edge of the collar. Stars must point toward the head, eagles must face forward, and oak leaves must point toward the head with stem pointing toward the bottom edge of the collar.

c. AMO Metal Breast Insignia: Breast insignia is worn on the right side of the Ike jacket and dress shirts, above the brass nameplate. Breast insignia is centered one-half inch above the nameplate, measured from the lowest point of the insignia to the top of the nameplate.

d. Award Citation Bars: Citation bars are only worn on the Ike jacket.

e. Service Stars: Service stars are only worn on the left sleeve of the Ike jacket.

f. Tie Tack: The CBP tie tack is centered on the tie and in line with the shirt pocket flap buttons.

g. Leather Gear: All leather gear must include polished brass snaps.

h. Less-Lethal Use of Force Device: In accordance with CBP policy, all law enforcement employees must carry at least one less-lethal use of force device. Law enforcement employees may carry either the CSB or OC spray with the Class 2 uniform.

i. Socks: Only black uniform socks are authorized with low-quarter dress shoes.

j. Footwear: Authorized footwear for the Class 1 and 2 uniforms is black dress shoes or roper boots. Black shoes must have a plain toe with no stitching or decorative design and a flat heel not exceeding three quarters of an inch in height.

k. Black Crew Neck Undershirt: Uniformed employees must wear the black

crew neck undershirt with the Class 2 uniform.

## X. Class 3 Tactical Uniform

1. Class 3 Uniform Wear

   Only authorized AMO uniformed employees may wear the Class 3 uniform.

   ***The Class 3 TU and Class 5 (2-piece FR flight suit, and tan quarter zip FR combat shirt with tan tactical FR pant) uniform items are not interchangeable. AMO only authorizes wear of these uniforms in their entirety.***

2. Employees Authorized for Class 3 Uniform Wear

- AMO Senior Executive Service (SES)
- AMO DEO
- AMO FEs
- 2181 Series Flight Instructors
- AMO pilot trainees
- AMO law enforcement employees
- AMO non-law enforcement employees authorized for uniform wear

3. Class 3 Uniform Items

- Long or short sleeve desert tan TU shirt
- Long or short sleeve desert tan performance shirt
- Desert tan TU pants
- Black base layer or black t-shirt
- Black or tan AMO ball cap
- Black metal collar rank insignia
- CBP patch (right shoulder) and AMO patch (left shoulder)
- Embroidered badge patch: Law enforcement employees must wear the gold “Federal Agent” badge patch; non-law enforcement employees must wear the subdued “Aviation Specialist” badge patch
- Hook and loop, cloth embroidered nametag
- Coyote tactical boots
- Black hook and loop closure belt
- Black duty belt, black pouches, and black keepers (law enforcement only)
- CBP authorized firearm with CBP authorized black holster (law enforcement only)
- At least one CBP-authorized less-lethal use of force device and all required equipment per CBP and AMO policy (law enforcement only)

4. Conditional Class 3 Uniform Items

- "Boonie" hat (high-sun exposure environments)
- Black knit or black fleece cap (inclement weather)
- Black riggers or black trainer belt (optional)
- Light or heavy weight black outerwear jackets (optional)
- Leather flight jacket (optional)
- Black gloves (inclement weather, operational or safety requirement)
- Black balaclavas (inclement weather)

5. Wear Guidance for the Class 3 Uniform

a. TU Shirt: Class 3 TU shirts must be tucked in. Long sleeve shirts must be buttoned at the cuff when worn down. The CBP keystone patch is sewn on the right sleeve, and the AMO patch is sewn on the left sleeve.

b. Black Metal Collar Rank Insignia: GS-13 and above supervisory positions must wear rank insignia, in accordance with the AMO rank structure in Appendix B. Rank insignia is required on the Class 3 TU. Rank insignia must center the collar one inch from the front edge. Stars must point toward the head, eagles must face forward, and oak leaves must point toward the head with stem pointing toward the bottom edge of the collar.

c. Performance Shirt: Class 3 performance shirt must be tucked in. Long sleeve shirts must be attached at the cuff when worn down. The CBP keystone patch is sewn on the right sleeve, and the AMO patch is sewn on the left sleeve.

d. Cloth Collar Rank Insignia: Supervisory positions at GS-13 and above must wear rank insignia, in accordance with the AMO rank structure in Appendix B. Rank insignia is required on the Class 3 performance shirt. Rank will be placed on provided hook and loop system.

e. Cloth Nametag: AMO requires cloth nametags on the outermost garment of the Class 3 TU. Cloth nametags must display the employee's first initial and last name; applicable title; and appropriate AMO breast insignia. Command Pin takes precedence over other insignia.

f. Uniform Appearance and Care: The Class 3 TU must be neat, clean, and well maintained.

g. Duty Belt: With the Class 3 TU, law enforcement employees must wear black duty belts with either the black hook and loop closure belt, black trainer belt or black riggers belt underneath; non-law enforcement employees must wear either the black hook and loop closure belt, black trainer belt, or black riggers belt. Tanker rigs are not authorized.

h. Less-Lethal Use of Force Device: In accordance with CBP policy, armed law enforcement employees must carry at least one less-lethal use of force device. Law enforcement employees may carry any combination of CBP authorized less-lethal use of force devices with the Class 3 TU.

i. Footwear: Employees must wear coyote tactical boots with the Class 3 TU.

Maritime boat shoe or boot is not authorized to be worn with Class 3 uniform at Headquarters.

j. T-Shirts: Uniformed employees must wear the black base layer or black FR t-shirt with the Class 3 TU.

k. Hats and Caps: With the Class 3 TU, employees may wear black or tan AMO ball caps while outdoors only, except in situations where caps would impair safety. Black knit and fleece caps may be worn during inclement weather.

l. Firearm and Holster: Law enforcement employees must carry a CBP authorized firearm in a CBP authorized black holster while wearing the Class 3 TU.

m. Additional Required Equipment: In accordance with CBP and AMO policy, armed law enforcement employees must carry handcuffs and at least two extra magazines.

**Y. Class 4 Enforcement Shirt, Enforcement Polo Uniforms, and Administrative Support Polo**

1. Class 4 Enforcement Uniform Wear

Only authorized AMO law enforcement uniformed employees may wear the Class 4 Enforcement Uniform. Authorized CBP firearms must be worn with the Class 4 enforcement polo shirts (see Wear Guidance). AMO prohibits aircrew from wearing the Class 4 uniform aboard AMO aircraft for crewmembers during flight operations.

2. Class 4 Enforcement Uniform Items

- Black long or short sleeve enforcement polo shirt (law enforcement only)
- Desert tan tactical pants or desert tan stretch tactical pants
- Black base layer or black t-shirt
- Black or tan AMO ball cap
- Coyote tactical boots
- Black hook and loop closure belt
- Black duty belt, black pouches, and black keepers (law enforcement only)
- Alternate retention equipment (see Wear Guidance)
- CBP authorized firearm with CBP authorized black holster (law enforcement only)
- At least one CBP-authorized less-lethal use of force device and all required equipment in accordance with CBP and AMO policy (law enforcement only)

3. Conditional Class 4 Enforcement Uniform Items

- “Boonie” hat (high-sun exposure environments)
- Knit or fleece cap (inclement weather)

- Black riggers and trainer belt (optional)
- Light or heavy weight black outerwear jackets or vests (optional)
- Leather flight jacket (optional)
- Black marine boat shoe (marine enforcement operations only)
- Desert tan tactical shorts (marine enforcement operations only)
- Black gloves (inclement weather, operational or safety requirement)
- Black balaclavas (inclement weather)

4. Wear Guidance for the Class 4 Enforcement Uniform

a. Polo Shirts: Shirts will be tucked in. Only the top button of the polo shirt should be left unbuttoned.

b. Maritime Enforcement Shirt: The maritime enforcement shirt will only be worn during maritime operations or as directed. The maritime enforcement shirt will be worn with the tan tactical pants, tucked in only, and is intended to be worn with body armor. GTAC identifier is authorized for wear during GTAC operations above the AMO patch.

c. Pants: Only pants currently on the uniform contract and new items are authorized to be worn with any class of uniform.

d. Rank Insignia: Rank insignia nametags are not required with any polo shirt.

e. Cloth Nametag: AMO requires cloth nametags on the outermost garment of the Class 4 Enforcement Uniform. Cloth nametags must display the employee's first initial and last name; applicable title; and appropriate AMO breast insignia. Command Pin takes precedence over other insignia.

f. Uniform Appearance and Care: The Class 4 uniform must be neat, clean, and well maintained.

g. Duty Belt: With the Class 4 uniform, law enforcement employees may wear black duty belts with either the black hook and loop closure belt, black trainer belts, or black riggers belt underneath, in accordance with the CBP Use of Force Policy

h. Less-Lethal Use of Force Device: In accordance with CBP policy, armed law enforcement employees must carry at least one less-lethal use of force device. Law enforcement employees may carry any combination of CBP authorized less-lethal use of force devices with the Class 4 uniform.

i. Footwear: Employees will wear boots coyote in color. The maritime boat shoe and boot are authorized to be worn with the class 4 uniform.

j. T-Shirts: Uniformed employees may only wear a black base layer t-shirt with the Class 4 uniform.

k. Hats and Caps: With the Class 4 uniform, employees may wear black or tan AMO ball caps while outdoors, except in situations where caps would impair safety. Knit and fleece caps may be worn during inclement weather.

l. Firearm and Holster: Law enforcement employees must carry a CBP

authorized firearm in a CBP authorized holster in accordance with the CBP Use of Force Policy with the Class 4 enforcement polo shirt.

m. Additional Required Equipment: In accordance with the CBP Use of Force Policy, armed law enforcement employees must carry handcuffs and at least two extra magazines.

5. Class 4 Administrative Uniform Wear

   Only authorized AMO employees may wear the Class 4 administrative polo. Uniformed law enforcement employees may be authorized to wear the Class 4 administrative polo when assigned to a light duty capacity or as designated by leadership. Not all AMO employees authorized to wear the Class 4 administrative polo will have a uniform allowance schedule. AMO prohibits aircrew from wearing the Class 4 uniform aboard AMO aircraft for crewmembers during flight operations.

6. Employees Authorized for Class 4 Administrative Uniform Wear

- SESs
- AMO DEOs
- AMO FEs
- 2181 Series Flight Instructors
- AMO FLETC staff and trainees
- Public Affairs Officers and Program Managers
- AMO law enforcement employees (light duty status and as directed only)
- AMO non-law enforcement employees authorized for uniform wear
- AMO Mission Support employees (Class 4 administrative polo only and uniform allowance schedule not authorized)

7. Class 4 Administrative Uniform Items

- Black long or short sleeve administrative support polo shirt
- Desert tan tactical pants or desert tan stretch tactical pants
- Black base layer or black t-shirt
- Black or tan AMO ball cap
- Coyote tactical boots
- Black hook and loop closure belt

8. Conditional Class 4 Administrative Uniform Items

- “Boonie” hat (high-sun exposure environments)
- Black knit or fleece cap (inclement weather)
- Black riggers and trainer belt (optional)
- Light or heavy weight black outerwear jackets (optional)

- Leather flight jacket (optional)
- Black gloves (inclement weather or safety requirement)

9. Wear Guidance for the Class 4 Administrative Uniform

a. Polo Shirts: Shirts must be tucked in. Only the top button of the polo shirt should be left unbuttoned.

b. Rank Insignia and Nametag: Rank insignia and nametag are not required with the Class 4 Administrative Uniform.

c. Uniform Appearance and Care: The Class 4 Administrative Uniform must be neat, clean, and well maintained.

d. Footwear: Employees must wear coyote tactical boots with the Class 4 Administrative Uniform.

e. T-Shirts: Authorized employees may only wear a black base layer t-shirt with the class 4 Administrative Uniform

f. Hats and Caps: With the Class 4 Administrative Uniform, employees may wear black or tan AMO ball caps while outdoors only, except in situations where caps would impair safety. Black knit and fleece caps may be worn during inclement weather.

**Z. Class 5 Flight Operations Uniform**

1. Class 5 Uniform Wear

Only authorized AMO uniformed employees assigned to perform flight operations may wear the Class 5 uniforms. The Class 5 uniform consists of the flight suit, the 2-piece FR flight suit, or tan quarter zip FR combat shirt with tan tactical FR pant. When the Class 5 uniform is authorized, employees may wear either the flight suit, the 2-piece FR flight suit, or tan quarter zip FR combat shirt with tan tactical FR pant, unless otherwise directed.

***The Class 3 TU and Class 5 (2-piece FR flight suit and tan quarter zip FR combat shirt with tan tactical FR pant) uniform items are not interchangeable. AMO only authorizes wear of these uniforms in their entirety.***

2. Employees Authorized for Class 5 Uniform Wear

- AMO SESs
- Aircrew rated AMO DEOs
- AMO FEs
- 2181 Series Flight Instructors
- AMO pilot trainees
- Aircrew rated AMO law enforcement employees
- Aircrew rated non-law enforcement AMO employees
- All AMO employees while engaged in flight operations

- Border Patrol Supplemental Air Crewmembers

3. Class 5 Uniform Items

- Tan flight suit
- Long sleeve 2-piece FR flight suit shirt
- 2-piece FR flight suit trouser
- Tan quarter zip FR combat shirt (aviation enforcement operations only)
- Tan tactical FR pant (aviation enforcement operations only)
- Black FR base layer or black t-shirt (unbranded or enforcement)
- Black or tan AMO ball cap
- Cloth rank insignias
- CBP patch (right shoulder) and AMO patch (left shoulder)
- Embroidered badge patch: Law Enforcement employees must wear the gold "Federal Agent" badge patch; non-law enforcement employees must wear the subdued "Aviation Specialist" badge patch
- Cloth embroidered nametag
- Official fire resistant 8-inch coyote flight or tactical boots
- Official FR tan socks
- Black hook and loop closure belt
- CBP authorized firearm with authorized black holster (law enforcement only)
- CBP authorized black tanker rig or black duty belt and black keepers (law enforcement only)
- Aviation survival vest
- At least one CBP-authorized less-lethal use of force device and all required equipment in accordance with CBP and AMO policy (law enforcement only)

4. Conditional Class 5 Uniform Items

- "Boonie" hat (high-sun exposure environments)
- Black knit or fleece cap (inclement weather)
- Black riggers belt (optional)
- Light or heavy weight black outerwear jackets (optional)
- Leather flight jacket (optional)
- Black gloves (inclement weather, operational, or safety requirement)
- Balaclavas (inclement weather)
- Tan flight gloves (aviation operations)

5. Wear Guidance for the Class 5 Uniform

a. Class 5 Flight Suit, 2-Piece FR Flight Suit Tops, and Tan Quarter Zip FR Combat Shirt: Long sleeves must be fastened at the cuff when worn down. The 2-piece FR flight suit tops are intended to be worn un-tucked; however, they may be worn tucked in, based on mission needs. Tan quarter zip FR combat shirts are intended to be worn with ballistic protection displaying the gold "Federal Agent" badge patch.

b. Patches: The CBP keystone patch must be worn on the right shoulder sleeve and the AMO patch must be worn on the left shoulder sleeve of the Class 5 uniform.

Patches must be sewn on or attached by hook and loop one inch below the shoulder seam. On the Class 5 flight suit, the AMO patch must be placed as close as possible to the pen pocket with the top of the patch not exceeding one inch below the left shoulder seam. GTAC identifier is authorized for wear during GTAC operations above the AMO patch. AMO authorizes wearing the subdued American flag patch on the right sleeve of the 2-piece FR flight suit and the tan quarter zip FR combat shirts above the CBP keystone patch, flag stars facing forward.

c. Subdued Cloth Rank Insignia: GS-13 and above supervisory positions must wear rank insignia, in accordance with the AMO rank structure in Appendix B. Only subdued rank will be worn on Class 5 uniforms. Flight suit rank insignia is sewn on one-half inch from and parallel to the shoulder seam. Stars must point toward the head, eagles must face forward, and oak leaves must point toward the head. The mandarin of the flight suit must not be modified to apply rank insignia. The 2-piece FR flight suit rank insignia must be worn on hook and loop square chest tab. No rank insignia is worn with the tan quarter zip FR combat shirts.

d. Cloth Nametag: AMO requires cloth nametags on the outermost garment of the Class 5 uniform. Cloth nametags must display the employee's first initial and last name; applicable title; and appropriate AMO breast insignia. All insignia must be attached to pre-sewn loop hook and loop squares on the flight suit top.

e. Uniform Appearance and Care: The Class 5 uniform must be neat, clean, and well maintained. Employees may professionally press flight suits; however, starching the uniform is prohibited.

f. Tanker Rig and Duty Belt: If worn, duty belt must be black in color. Any CBP-approved black tanker rig may be worn with the Class 5 uniform.

g. Less-Lethal Use of Force Device: In accordance with CBP policy, armed law enforcement employees must carry at least one less-lethal use of force device. Law enforcement employees may carry any combination of CBP-authorized less-lethal use of force devices with the Class 5 uniform.

h. Footwear and Socks: Employees must wear aviation-certified FR coyote suede leather lace-up boots and FR socks with the Class 5 uniform.

i. T-Shirts: Uniformed employees may wear the black FR base layer or black t-shirt with the Class 5 uniform when the top blouse is worn as the outermost garment.

   ii. Law Enforcement Employees: Law enforcement employees are authorized to wear the black enforcement t-shirt. This t-shirt has the gold "Federal Agent" badge patch on the front. Wear of the enforcement t-shirt as the outermost garment is prohibited during enforcement operations.

   iii. Non-Law Enforcement Employees Issued an AMO Metal Badge: Non-law enforcement employees are not authorized to wear the enforcement t-shirt. Non-law enforcement employees issued an AMO metal badge are authorized to wear the black unbranded t-shirt.

   iv. Other Non-Law Enforcement Employees: Non-law enforcement employees not issued an AMO metal badge are not authorized to wear badge branded uniform items. Non-law enforcement employees not issued an AMO metal badge are authorized to wear the unbranded black t-shirt without a badge patch.

j. Hats and Caps: With the Class 5 uniform, employees may wear black or tan AMO ball caps while outdoors only, except in situations where caps would impair safety. Black knit and fleece caps may be worn during inclement weather.

k. Duty Weapon and Holster: A duty weapon, along with all required equipment in accordance with the CBP Use of Force Policy, must be worn by law enforcement employees when wearing the Class 5 uniform. Tanker rigs or black duty belts may be worn with the Class 5 uniform based on mission needs or employee preference.

l. Firearm and Holster: Law enforcement employees must carry a CBP authorized firearm in a CBP authorized black holster while wearing the Class 5 uniform.

m. Zippers: All zipper pockets must be zipped closed and hanging objects from pocket enclosures is prohibited. The main zipper of the Flight Suit must be zipped at or above the top of the cloth nametag.

**AA. Class 6 Federal Law Enforcement Training Center AMO Academy Uniform**

1. Class 6 Uniform Wear

- Only authorized AMO uniformed employees attending the FLETC Academy may wear the Class 6 uniform.
- The entire AMO academy class must always be dressed in the same manner. If one student is missing an item, the rest of the class must not wear that item.

2. Employees Authorized for Class 6 Uniform Wear

- Uniformed AMO senior management and AMO supervisors assigned to

FLETC

- Uniformed AMO students undergoing training at the FLETC

3. Class 6 Uniform Items

a. AMO academy will provide and maintain the following uniform items:

- Black short sleeve administrative polo shirt
- Desert tan TU pants
- Black Apex jacket without badge patches
- Black duty belt with holster

b. AMO must provide the following uniform items:

- Official AMO black ball cap
- Black trainer belt
- Tan boot socks
- Suede leather coyote tactical boots

4. Wear Guidance for the Class 6 Uniform

a. Uniform Appearance and Care: Class 6 uniforms must be neat, clean, and well maintained. Employees may professionally clean the uniform; however, starching the uniform is prohibited.

b. Polo Shirts: Shirts must be properly tucked in and only the top button of the polo shirt may be left unbuttoned with black t-shirt.

c. Rank, Nametag, and Patches: No rank, nametag, or shoulder patches are required on the Class 6 uniform.

d. Hats and Caps: Employees must wear official AMO black ball caps when outdoors only.

e. Belt. The black trainer belt, underneath academy-provided black duty belt, must be worn with the Class 6 uniform. Wear of unauthorized belts is prohibited.

f. Footwear and Socks: Employees must wear the coyote suede leather lace-up boots and tan socks with the Class 6 uniform.

**BB. Class 7 Maternity Uniform**

1. Class 7 Uniform Wear

The CBP uniform contractor has long and short sleeve maternity polo shirts and tan maternity pants available to pregnant uniformed employees with a uniform allowance schedule. Pregnant AMO uniformed employees are also authorized to wear appropriate business attire while assigned to administrative duties.

## Appendix A: Mourning Band Wear

The DHS Secretary or CBP Commissioner authorize wearing of black mourning bands over the CBP badge to acknowledge CBP agents; officers; and other federal, state, and

local law enforcement employees killed in the line of duty.

Position mourning bands over the DHS seal, diagonally, from top right to bottom left, when looking at the badge.



**Appendix B: Award Citation Pins**




Flag Citation Pin

Commissioner’s Valor Award

Commissioner’s Integrity Award

Commissioner’s Humanitarian Award

Commissioner’s Exceptional Service Award

Commissioner’s Blue Eagle Award

Commissioner’s Unit Citation

Iraq Service Citation

Hurricane Katrina Citation

Marksman Citation

## Appendix C: Rank Structure Organizational Chart

| Title | Collar Insignia | Pay Grade |
|---|---|---|
| Executive Assistant Commissioner |  | Senior Executive Service |
| Deputy Executive Assistant Commissioner<br>Executive Director, Operations<br>Executive Director, Training, Safety, and Standards<br>Executive Director, Mission Support |  | Senior Executive Service |
| Executive Director, National Air Security Operations<br>Executive Director, Air and Marine Operations Center<br>Regional Executive Directors |  | Senior Executive Service |
| Supervisory Air and Marine Agent/Officer/Specialist |  | GS-15 |
| Supervisory Air and Marine Agent/Officer/Specialist |  | GS-14 |
| Supervisory Air and Marine Agent/Officer/Specialist |  | GS-13 (Supervisors Only) |

**From:** HQ Broadcast Message
**Subject:** Public Affairs Guidance on Non-Title 21 Assistance to State and Local Law Enforcement
**Date:** Friday, August 22, 2025 2:35:54 PM

## Public Affairs Guidance on Non-Title 21 Assistance to State and Local Law Enforcement

As DEA Special Agents participate in various non-Title 21 public safety efforts with law enforcement partners, they may be approached by reporters or members of the public asking about their activities. The following is official guidance for DEA personnel assisting state and local law enforcement during these activities.

**Response if approached:**

"We're here with our partners supporting public safety. Our focus is making our communities safer for everyone."

**General Guidance:**

- Face coverings by operational employees should be avoided, unless
  - Agency policy mandates the wearing of such coverings
  - Specific agent works UC or CT
- Engaging with angry public during patrols should be avoided, unless
  - LE needs to secure an active enforcement scene (like during an arrest or search)
  - LE must restore law and order (due to physical confrontations with protestors or angry publics)
- Engaging with any persons in any manner that jeopardize the credibility of the U.S. Government and law enforcement, generally; impact the successful and fair prosecution of arrested and charged individuals; or otherwise influence outcomes, is strictly prohibited

*This message has been approved by Acting Chief, Office of Congressional and Public Affairs*

**Effective Date: October 31, 2018**
**Review Date: October 31, 2022**
**Office of Primary Responsibility: Enforcement**

## Enforcement and Removal Operations

# Fugitive Operations Handbook

**Law Enforcement Sensitive**

Approved by: [redacted]
Title: Acting Assistant Director, Enforcement
Date signed: October 30, 2018

# FOREWORD

The *Fugitive Operations Handbook* is an operational guide for Fugitive Operations Teams, Mobile Criminal Alien Teams, and all officers conducting at-large enforcement actions in the field. The Handbook incorporates policies, procedures, and best practices established by the National Fugitive Operations Program within the Office of Enforcement and Removal Operations.

The memoranda cited in the Handbook contain more detailed information, and employees conducting fugitive operations or at-large enforcement actions should familiarize themselves with their content.

[redacted]

Acting Assistant Director, Enforcement

# Table of Contents


FOREWORD ........ i

**PART 1: Fundamentals of the National Fugitive Operations Program** ........ 1

- Introduction ........ 1
- NFOP Overview ........ 1
- Authorities/References ........ 2
- Roles and Responsibilities ........ 3
- Definitions ........ 4
- Enforcement Activities ........ 5
- Training Requirements ........ 5

**PART 2: Fugitive Operations Team Casework** ........ 6

- Lead Development ........ 6
- Sources of Information ........ 7
- Case Management ........ 7
  - Enforce Alien Removal Module (EARM) and Docket Management ........ 7
  - A-File Review ........ 8
- Administrative Subpoenas ........ 10
- Referral to the Law Enforcement Support Center ........ 10
  - Administrative Warrants: NCIC Entry Requirements ........ 10
  - Criminal Warrants: NCIC Entry Requirements ........ 11
- Target Folder Creation ........ 12
- ICE "Wanted" Posters ........ 13
- Aliens Located While Incarcerated ........ 14
- Field Office Initiated Operations ........ 14
- Headquarters-Initiated Operations ........ 15

**PART 3: Conducting Operations** ........ 16

- Surveillance ........ 16
- Communications ........ 16
- Law Enforcement Visibility ........ 17
- Pre-operational Briefing ........ 17
- Ruses ........ 18
- Consent ........ 18

Travel Documents ........ 20

Vehicle Pursuits ........ 20

Vehicle Stops ........ 20

Gangs ........ 21

Arrests ........ 21

- Officer Safety ........ 21
- Sensitive Locations ........ 22
- Courthouses ........ 22
- Special Considerations for Arrest ........ 22
- Current or Prior United States Military Service ........ 22
- Juveniles/Unaccompanied Alien Children ........ 23
- Consular Notifications ........ 24

Prosecutorial Discretion ........ 25

Post-Operational Debrief ........ 25

**PART 4: Processing Cases** ........ 25

Reporting Requirements ........ 26

- Operations Management Module ........ 26
- Exhausted Leads ........ 27

Special Activities ........ 28

Timely and Accurate Reporting of Significant Incidents ........ 28

Alternatives to Detention Violations ........ 28

Escapes ........ 28

Fugitive Alien Removal Requests ........ 28

Liaisons and Task Forces ........ 29

Media ........ 30

**Appendix of Terms** ........ 31

# PART 1: Fundamentals of the National Fugitive Operations Program

## A. *Introduction*

To assist the field in its enforcement efforts, the National Fugitive Operations Program (NFOP) has assembled the *Fugitive Operations Handbook* ("Handbook"), a comprehensive policy and procedural resource to support ERO field personnel with at-large enforcement activities. This Handbook serves as an operational guide incorporating policies, procedures, and best practices utilized during the course of daily enforcement activities. In addition, the memoranda cited throughout this Handbook and available on the ICE insight page, contain more detailed information and therefore should be thoroughly reviewed by the user.

Those documents relating to fugitive operations previously issued by ERO and its predecessor, Detention and Removal Operations, now take on the status of historical reference material or supplemental information. As of the effective date of this Handbook, these documents may be found in the "Archived Documents" folder in the ERO Resource Library.

## B. *NFOP Overview*

[redacted]

Pursuant to 8 U.S.C. Section 1357(a)(1), an immigration officer has the authority, without a warrant, to interrogate any alien or person believed to be an alien as to his right to be or remain in the United States. 8 U.S.C. Section 1357(a)(2) provides the authority to make an arrest of an alien who the officer has reason to believe is in the United States in violation of immigration law and is likely to escape before an arrest warrant can be obtained. Furthermore, 8 U.S.C. Section 1357(a)(5) and 19 U.S.C 1589A provide an immigration officer with the authority to make an arrest, without a warrant, for a federal crime committed in the officer's presence, or for a federal felony based on probable cause if the officer has reasonable grounds to believe the person to be arrested has committed or is committing such a felony. These sections also authorize qualified officers to carry firearms and to execute and serve any order, warrant, subpoena, summons, or other process issued under authority of the United States in the course of performing their duties or any other law enforcement duties that have been designated for them.

## C. *Authorities/References*

*The information found in this Handbook reflects current policies and directives, which may be subject to change or revision at any time. It is the responsibility of the FOT officer to remain informed of any updated material.*

**Executive Orders:**

- Executive Order 13768 entitled, *Enhancing Public Safety in the Interior of the United States*, dated January 25, 2017

**United States Code:**

- Title 8: Aliens and Nationality (§ 1357)
- Title 19: Aliens and Nationality (§1589A)

**Immigration and Nationality Act:** Field Officers; Powers and Duties (§ 287)

**Code of Federal Regulations:** Title 8; Aliens and Nationality (Part 287)

**ICE Policy Memoranda:**

- ICE Policy Memorandum 10039.1 of June 21, 2004, *Issuances of Notices to Appear, Administrative Orders of Removal, or Reinstatement of a Final Removal Order on Aliens with United States Military Service*
- *Uses of Ruses in Enforcement Operations* dated March 6, 2006
- *Escape Reporting* dated July 14, 2006
- *Use of Ruses in ICE Enforcement Operations* dated August 22, 2006
- *Standard Operating Procedure, Escapes and Releases* dated December 11, 2006
- Designation of Cold Case Fugitive Files and the Creation of a Fugitive Docket for the Fugitive Operations Support Center dated September 4, 2009
- *Alien Registration File (A-File) Creation, Maintenance, Organization, and Disclosure Information* dated October 2, 2009
- *Department of Defense (DOD) Enlistment of Certain Nonimmigrant and other Aliens Determined to be Vital to the National Interest* dated October 14, 2009
- *Documentation of Consent in Enter and Search* dated January 19, 2010
- *ERO Quick Reference for Processing Guide, Version 1.1* dated June 10, 2010
- *Prosecutorial Discretion – Certain Victims, Witnesses and Plaintiffs* dated June 17, 2011
- *Enforcement Actions at or Focused on Sensitive Locations* dated October 24, 2011
- ICE Policy Memorandum 11064.1 – *Facilitating Parental Interests in the Course of Civil Immigration Enforcement Activities* dated August 23, 2013
- *Guidance for E-mailing Scanned Documents to the Law Enforcement Support Center for Entry into the National Crime Information Center* dated March 14, 2017

## D. *Roles and Responsibilities*

[redacted]



Case 2:26-cv-01293-LA Filed 11/06/26 Page 43 of 171 Document 38-3

## E. *Definitions*

[redacted]

## F. *Enforcement Activities*

[redacted]

## G. *Training Requirements*

[redacted]

[redacted]

**FOT officers must:**

1. Become familiar with the Handbook, upon assignment to a FOT.

2. Successfully complete the DFOTP within six months of assignment to a FOT unless training resources are unavailable. If compliance is not possible due to other issues outside the officer's control, a one-time six-month extension may be requested through the Deputy Assistant Director over ERO Training with concurrence of the Fugitive Operations Division.

3. Attend Fourth Amendment training provided by ICE OPLA every six months.

4. Qualify every quarter with all assigned firearm(s).

5. Become Familiar with the various firearm models, including long arms carried by FOT officers.

# PART 2: Fugitive Operations Team Casework

## A. *Lead Development*

[redacted]

**SDDOs overseeing FOT activity:**

[redacted]

**FOT Officers:**

[redacted]

3. [redacted]

## B. *Sources of Information*

[redacted]

**SDDOs supervising FOT activity:**

1. [redacted]
2. 
3. 

**FOT Officers:**

1. [redacted]
2. 
3. 

## C. *Case Management*

### (a) Enforce Alien Removal Module (EARM) and Docket Management

Docket management includes comprehensive, systematic review and updating of an officer's assigned caseload. An appropriately managed docket reduces the chances of unnecessary duplication of effort.

**SDDOs supervising FOT activity:**

1. [redacted]
2.

FOT Officers:

1. [redacted]
2.
3.
4.
5.
6.

Note: Some cases will not be found in EARM because of the lack of an encounter.

## (b) A-File Review

FOT Officers:

1. [redacted]
   - [redacted]
   -
   -
   -
   -
   -



Law Enforcement Sensitive

2. [redacted]

3. [redacted]

4. [redacted]

5. [redacted]

6. [redacted]

7. [redacted]

8. [redacted]

## D. *Administrative Subpoenas*

Immigration Enforcement Subpoenas (DHS Form I-138) are used to compel the appearance and testimony of witnesses and the production of books, papers, and documents, (phone records, forwarding address, etc.) consistent with 8 U.S.C. Section 1225(d)(4)(A) and 8 C.F.R. § 287.4.

**FODs or designee:** Approve and sign the DHS Form I-138.

**FOT Officers:**

1. Fill out Immigration Enforcement Subpoenas (DHS Form I-138).
2. Serve the approved and signed DHS Form I-138 upon the person or entity to which it is addressed.

## E. *Referral to the Law Enforcement Support Center*

[redacted]

### (a) Administrative Warrants: [redacted] Entry Requirements

**FOT Officers:**

1. [redacted]

- [redacted]

[redacted]

2. **Scanning Requirements:**

[redacted]

- [redacted]
- [redacted]

3. **Email Requirements:**

- [redacted]
- [redacted]
- [redacted]
- [redacted]

4. [redacted]

## (b) Criminal Warrants: [redacted] Entry Requirements

**FOT Officers:**

1. [redacted]

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

- [redacted]

2. [redacted].

    - [redacted]
    - [redacted]
        - [redacted]
        - [redacted]

3. Scanning Requirements:

    Documents must be scanned in color, using a portable document format (.pdf) and a minimum of 600 dots per inch (dpi).

    - [redacted]
    - [redacted]

4. Email Requirements:

    - [redacted]
    - [redacted]
    - [redacted]
    - [redacted]

5. [redacted]

## F. *Target Folder Creation*

[redacted]

[redacted]

[redacted]

## G. *ICE "Wanted" Posters*

[redacted]

**SDDOs supervising FOT activity:**

1. [redacted]
2. [redacted]

**FOT Officers:**

1. [redacted]
2. [redacted]

3. [redacted]

## H. *Aliens Located While Incarcerated*

[redacted]

**FOT Officers:**

1. [redacted]
2. 
3. 
4. 
5. 

## I. *Field Office-Initiated Operations*

[redacted]

[redacted]

**SDDOs supervising FOT activity:**

1. [redacted]
2.
3.
4.

**FOT Officers:**

1. [redacted]
2.
3.
4.

## J. *HQ-Initiated Operations*

[redacted]

[redacted]

2. [redacted]

FOT Officers:

1. [redacted]

2. [redacted]

# PART 3: Conducting Operations

## A. *Surveillance*

[redacted]

## B. *Communications*

[redacted]

[redacted]

**SDDOs supervising FOT activity or designated FOT Officers:**

1. [redacted]
2.
3.

## C. *Law Enforcement Visibility*

Consider environmental conditions, officer safety, and public perception when planning operations and determining the appropriate level of officer visibility. Officers may choose either high or low visibility marking based on environmental and tactical considerations.

During enforcement actions, officers must identify themselves to immediate parties involved, and provide credentials upon request when safe and practical. If operationally feasible, officers may identify themselves to third person parties.

1. High Visibility: When conducting high-visibility operations, acceptable means of identification include vest placards or clothing clearly identifying you as a law enforcement officer, such as Agency-issued shirts, windbreakers, and external body armor carriers distinctly marked with "Police." In addition, officers must have an ICE badge visible.

2. Low Visibility: If circumstances dictate a low-visibility approach, FOT officers may wear clothing that helps them blend into the environment. Officers must have police identifiers and/or badges immediately available for display as needed.

3. Whenever an officer's weapon(s) is (are) visible, an ICE badge must also be visible.

4. Body armor shall be worn during all planned enforcement actions.

## D. *Pre-operational Briefing*

[redacted]

- [redacted]

## E. *Ruses*

Ruses improve safety for the officers and the public by limiting opportunities for the target to flee. FOT use of ruses must comply with the current ICE memoranda entitled, *Uses of Ruses in Enforcement Operations* dated March 6, 2006, and *Use of Ruses in ICE Enforcement Operations* dated August 22, 2006.

[redacted]

## F. *Consent*

[redacted]

[redacted]

**SDDOs supervising FOT activity:**

1. [redacted]
2. [redacted]

**FOT Officers:**

1. [redacted]
2. [redacted]
3. [redacted]
4. [redacted]
5. [redacted]

6. [redacted]

## G. *Travel Documents*

**FOT Officers:**

[redacted]

## H. *Vehicle Pursuits*

[redacted]

## I. *Vehicle Stops*

[redacted]

**FOT Officers:**

1. [redacted]
2. [redacted]

[redacted]

## J. *Gangs*

[redacted]

[redacted]

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

[redacted]

## K. *Arrests*

[redacted]

### (a) Officer Safety

**<u>Safety is paramount</u>.** All participating officers should be fully equipped with both deadly and non-deadly force weapons, service-issued firearms, and personal body armor.

All ICE field management shall consider officer safety issues and available intelligence to ensure the welfare of all officers involved in the operation. In general, it is important to consider that a majority of the target locations associated with this operation will result in the arrest of more than one subject. Supervisors are encouraged to allocate greater manpower than is traditionally assigned to each target location in order to account for larger groups and associates with criminal histories.

### (b) Sensitive Locations

[redacted]

### (c) Courthouses

[redacted]

### (d) Special Considerations for Arrest

**FOT Officers:**

[redacted]

### (e) Current or Prior United States Military Service

[redacted]

**FODs:**

1. [redacted]
2.

**SDDOs supervising FOT activity:**

1. [redacted]
2. 

### (f) Juveniles/Unaccompanied Alien Children

[redacted]

**SDDOs supervising FOT activity:**

1. [redacted]

2.

FOT Officers:

1. [redacted]

2.

3.

4.

5.

6.

## (g) Consular Notifications

[redacted]

[redacted]

## L. *Prosecutorial Discretion*

**FOT Officers:**

1. [redacted]
2. [redacted]
3. [redacted]

## M. *Post-Operation Debrief*

[redacted]

# PART 4: Processing Cases

[redacted]

**FOT Officers:**

1. [redacted]
2. [redacted]
3. [redacted]
4. [redacted]

5. [redacted]

6.

7.

8.

9.

## A. *Reporting Requirements*

### (a) Operations Management Module

[redacted]

- [redacted]
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

## (b) Exhausted Leads

[redacted]

**FOT Officers:**

1. [redacted]
2. 
3. 
4. 
5. 

## B. *Special Activities*

### (a) Timely and Accurate Reporting of Significant Incidents

[redacted]

[redacted]

### (b) Alternatives to Detention Violations

[redacted]

### (c) Escapes

[redacted]

**FOT Officers:**

[redacted]

### (d) Fugitive Alien Removal Requests

[redacted]

[redacted]

**NFOP Officers:**

1. [redacted]
2. 
3. 
4. 

### (e) Liaisons and Task Forces

[redacted]

[redacted]

## (f) Media

[redacted]

**FOT Officers:**

[redacted]

## Appendix of Terms

| | | |
|---|---|---|
| **AFOD** | – | Assistant Field Office Director |
| **AOR** | – | Area of Responsibility |
| **ATD** | – | Alternatives to Detention |
| **BIA** | – | Board of Immigration Appeals |
| **CAP** | – | Criminal Alien Program |
| **CI** | – | Confidential Informant |
| **CPS** | – | Child Protective Services |
| **DAD** | – | Deputy Assistant Director |
| **DFOD** | – | Deputy Field Office Director |
| **DFOTP** | – | Field Operations Training Program |
| **EOIR** | – | Executive Office of Immigration Review |
| **ERO** | – | Enforcement and Removal Operations |
| **FAR** | – | Fugitive Alien Removal |
| **FLETC** | – | Federal Law Enforcement Training Center |
| **FOD** | – | Field Office Director |
| **FOJC** | – | Field Office Juvenile Coordinator |
| **FOT** | – | Fugitive Operations Team |
| **FOT Officer** | – | FOT Law Enforcement Officers (SDDO, DO) |
| **FOW** | – | Field Operations Worksheet |
| **ICE** | – | U.S. Immigration and Customs Enforcement |
| **INA** | – | Immigration and Nationality Act |
| **JFRMU** | – | Juvenile and Family Residential Management Unit |
| **LEA** | – | Law Enforcement Agency |
| **LESC** | – | Law Enforcement Support Center |
| **NCATC** | – | National Criminal Analysis and Targeting Center |
| **NCIC** | – | National Crime Information Center |
| **NFOP** | – | National Fugitive Operations Program |
| **NLECC** | – | National Law Enforcement Communications Center |
| **Officer** | – | Deportation Officer |
| **OM$^2$** | – | Operations Management Module |
| **Op Plan** | – | Operations Plan |
| **PCQS** | – | Person Centric Query System |
| **PERC** | – | Pacific Enforcement Response Center |
| **SDDO** | – | Supervisory Detention and Deportation Officer |
| **SFTO** | – | Senior Field Training Officer |
| **Supervisor** | – | Individual overseeing a program or person |
| **Team Member** | – | Member of a Fugitive Operations or At-large Team (SDDO, DO, ERA) |
| **UAC** | – | Unaccompanied Alien Child |
| **USCIS** | – | U.S. Citizenship and Immigration Services |
| **VCAS** | – | Violent Criminal Alien Section |

## Chapter 7: Equipment, Uniforms, Appearance and Attire

*7.1 Provision of Equipment and Uniforms:* Management is responsible for issuing employees any required work or operational equipment (e.g., protective gear, phones, computers, etc.) and/or uniforms or uniform items to employees. This obligation extends to fully "uniformed" employees as well as employees who are assigned to collateral duties ("Special Response Team," Firearms Instructors, honor guards with associated ceremonial uniforms, etc.) or other duties where the management has determined that there is a requirement for full uniforms or uniform items (ICE marked jackets, etc.). Management may, in its discretion, issue equipment, uniforms and/or uniform items directly (e.g., issuing employees the necessary items) or, with respect to uniforms or uniform items and associated equipment, via an allowance sufficient to purchase the required items. Issuance will be in a manner consistent with governing laws, rules and regulations, operational requirements, the availability of funds, and the existing policies of the Agency (including provisions on allowances, "open seasons," etc.) and Department.

*7.1.1 Maternity Uniforms*: In circumstances where a pregnant employee performs work assignments which require a uniform, the employee may request a maternity uniform. Management will make every effort to issue a maternity uniform; if that is not reasonably practicable, Management will work with the employee and determine a reasonable course of action with respect to attire.

*7.1.2 Inventory*: Employees shall maintain control of issued equipment and inventory such equipment consistent with governing laws, rules and regulations and the policies and practices of ICE and the Department. Information regarding ICE's procedures for physical inventory of property is located at icegov.sharepoint.com/sites/insight/mgt/oafm/oaa/pmb/Pages/inventory.aspx.

*7.2 Government Owned Vehicles*: Government Owned Vehicles (GOVs) assigned to ERO will be issued, operated, maintained, and retired pursuant to the applicable Agency and/or Department policies, procedures, systems, and handbooks, as well as all governing laws and regulations. Information regarding ICE's policies, procedures, systems and handbooks relating to GOVs and their use can be found on the intranet at: https://icegov.sharepoint.com/sites/insight/mgt/oafm/oaa/fmu/Pages/default.aspx.

*7.3 Use of Office Equipment and Information Systems*: ERO employees may utilize Agency office equipment and information systems in accordance with governing ICE and DHS policies, including but not limited to: DHS Directive 4600.1 – Personal Use of Government Office Equipment, DHS Directive 4900 – Individual Use and Operation DHS Information Systems / Computers; DHS Directive 4300 – Information Technology Systems Security; and DHS Directive 4300A – Sensitive Systems Policy; and any affiliated or successor policies. Similarly, employees will maintain and utilize issued Personal Identity Verification (PIV) cards in accordance with applicable ICE and DHS policies, including but not limited to: ICE Policy 4005.1 – Guidance on the Use of PIV Cards to Access DHS and ICE Networks and Information Systems from Desktops and Laptops; DHS Directive 121-03 – Common Identification Standard for DHS Employees, Contractors, Visitors, and Affiliates; and DHS Directive 121-13 – DHS PIV Card Collection, Revocation, and Destruction during Performance or Misconduct Leave; and any affiliated or successor policies. Email signatures will comport with the parameters set by the October 28, 2020, Memorandum: "Instituting a Standardized Signature Block and Optional Use of Microsoft Delve," or any successor policy or instruction. Copies of the above referenced policies are available on the ICE intranet and DHS intranet, respectively.

*7.4 Badges and Credentials:* DHS/ICE law enforcement badges and credentials are issued, maintained, utilized, controlled, inventoried, collected, retired and/or disposed of pursuant to ICE Policy 3002.1 – ICE Badge and Credential Program, a copy of which is available on the ICE intranet.

*7.5 Appearance and Attire*:

*7.5.1 Professional and Context-Appropriate Appearance and Attire*: Employees will maintain a professional appearance, consistent with norms prevailing in the local professional community (e.g., the attire within the normal range of the clothing that is acceptable at other federal law enforcement agencies operating in comparable contexts and located in the same general geographic area, or other appropriate comparators). Employees shall be groomed and attired in a manner appropriate for their position and the duties being performed, such as office duty, court duty, field duty, rough duty or undercover assignments. Subject to review and approval by the Executive Associate Director (EAD) for ERO (or any designee), ERO Program Directors, Field Responsible Officials, and Headquarters Responsible Officials may supplement this statement with a local level policy that provide greater specificity on the meaning of "professional appearance" in the various applicable contexts for their Area of Responsibility and may also establish occasional or recurring "dress down days." Official ICE or ERO guidance will supersede this handbook in the event any conflicts arise.

*7.5.2 Hair (Including Facial Hair)*: Hair will be neat, natural in color, and styled in a manner consistent with professional law enforcement environments and the duties assigned. Absent operational justification as determined by management, hair will not be worn in any manner that presents a safety concern, appears unprofessional or unkempt, impedes the proper wearing of authorized ICE headgear, or otherwise interferes with performance of assigned duties.

*7.5.3 Tattoos*: Employees will not expose any offensive body art while on duty, which includes images that are sexually explicit, obscene, or otherwise inappropriate; racially and/or sexually biased; or potentially viewed as discriminatory in nature. Visible body art on the face, neck, or scalp (to include the ears) is prohibited, except for reasonable purposes (e.g., medical reasons); employees who already have had such body art permitted are not required to remove the same as a result of this provision.

*7.5.4 Jewelry*: Jewelry of a kind or amount that creates a health or safety hazard, impedes the employee's ability to carry out their duties, or is inappropriate in nature is prohibited. Kind and amount of worn jewelry must be consistent with the norms of a professional and law-enforcement environment.

*7.5.5 Exemptions*: Threats to employee safety, medical issues, or religious needs may call for the employee to be exempt from attire and appearance policies. The Agency may temporarily or otherwise exempt an employee from such policies to address such concerns. Employees must submit a written request for such exemption to their supervisors, including through the Agency's reasonable accommodation procedures, as appropriate. Management will review the request and respond in accordance with applicable laws and regulations as quickly as is reasonably practicable and/or as required by ICE Policy 8011.1 – Procedures to Facilitate the Provision of Reasonable Accommodation.

| U.S. Customs and Border Protection | **Title:** Standard Operating Procedures for the wear of Alternate Unique Identifiers (AUI) | **Reference No.** [redacted] |
|---|---|---|
| | **Authoring Division/Office/Branch:** Fleet and Facilities Division | **Applicable Level:** National |
| | **Approving Official:** [redacted] **Barry Brinker – Acting Executive Director** **Mission Support Directorate** **Office of Field Operations** | **Approval Date:** 9/1/2026 **Next Review Date:** 9/1/2028 |

## Office of Field Operations Alternate Unique Identifiers Wear Policy

### 1. Purpose, Scope, and Intended Audience

#### 1.1 Purpose

This wear policy establishes management guidelines for the proactive use of Alternate Unique Identifier (AUI) tapes by U.S. Customs and Border Protection (CBP) Office of Field Operations (OFO). The use of AUIs is only authorized for Federal law enforcement personnel while providing support to Federal authorities to respond to civil disturbances. A civil disturbance is a public disruption involving collective actions that may threaten safety, property, or public order, ranging from peaceful protests to violent riots.

#### 1.2 Scope and Audience

- This SOP applies to GS-1895 Customs and Border Protection Officers (CBPOs) who may be authorized to wear AUIs while performing duties in the aforementioned circumstances.
- These procedures serve as supplemental guidance to OFO Uniform Policy Handbook.
- Waivers may be authorized for AUI use outside of this SOP with approval from OFO Headquarters.
- This policy is not a substitute for the requirements of the issuance of pseudonym nametapes in accordance with the NTEU Collective Bargaining Agreement.

### 2. Policy Statement

2.1 Roles and Responsibilities

- The OFO Executive Assistant Commissioner (EAC) is the lead official responsible for approving AUI use. This authority has been delegated to the Director, Field Operations (DFO) by the EAC. The EAC reserves the right to revoke this delegation.


Case 2:26-cv-01293-LA Filed 11/06/26 Page 74 of 171 Document 38-3
OFO_RE_000001

- First and second-line Supervisory Customs and Border Protection Officers (SCBPOs) are responsible for ensuring compliance with this SOP and monitoring proper use of AUIs by personnel under their supervision.
- Each CBPO is responsible for adhering to uniform standards, including proper wear of official name tapes and/or AUIs, in accordance with this SOP.

2.2 Issuance

- Each CBPO will receive an initial issuance of AUIs, using the official uniform vendor.
- OFO Headquarters will oversee the initial purchase of AUIs and disseminate them to ports through the official uniform vendor.
- Any subsequent purchases are the responsibility of the individual CBP officer and must be made through the uniform vendor.

2.3 Procedures

- The wear of AUIs will be authorized by the OFO EAC or DFOs in accordance with this policy and federal law.
- CBPOs will be notified by their leadership if an operation, responding to a civil disturbance, is permitted for AUI use.
- In absence of the authorization to wear AUIs, CBPOs will wear their official nametape/nametag in accordance with the OFO Uniform Wear Policy.

2.4 Wear

- When CBPOs are authorized to wear an AUI, they may choose to wear the AUI or their standard uniform name tape, as appropriate for the operation.
- All CBPOs will wear AUIs in the designated hook-and-loop location on the two outermost uniform items, where standard name tapes are typically placed.
- Only name tapes or AUIs obtained through the official uniform vendor(s) may be worn. These items may not be altered or modified, except as explicitly outlined in this SOP.

2.5 Record Management

- Each port of entry will be responsible for managing their AUI records.
- AUIs will be CBPO Uniform Account Numbers which are unique to each individual employee. All AUIs must be purchased from the official CBP Uniform Vendor.
- The Port Director will assign a port-level office to conduct AUI records management duties. The designated office will log each instance that AUIs are authorized for an operation, including the following details:
  - Mission justification for AUI use [as it comports with federal law and Agency policy];
  - Operation name or response type;
  - Dates used; and
  - Name, badge number, and assigned duty location for each CBPO authorized for wear.
- CBPOs are responsible for the proper wear, safekeeping, and accountability of AUIs during approved operations.

## Appendix A: ALTERNATICE UNIQUE IDENTIFER (AUI) LOG SHEET

In accordance with 10 U.S.C. 723 the use of AUI's is only authorized for Federal law enforcement personal while providing support to Federal authorities to respond to civil disturbances. A civil disturbance is a public disruption involving collective actions that may threaten safety, property, or public order, ranging from peaceful protests to violent riots.

| | |
|---|---|
| **NAME OF OPERATION** | |
| **LOCATION** | |
| **DATE OF OPERATION** | |
| **RESPONSE TYPE** | |
| **AUTHORIZING OFFICAL** | |

| **JUSTIFICATION SUMMARY** |
|---|
| |

| Employee Name | Badge Number | Duty Location | AUI Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Employee Name | Badge Number | Duty Location | AUI Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

1300 Pennsylvania Avenue NW
Washington, DC 20229

MAY 21 2017

U.S. Customs and Border Protection

MEMORANDUM FOR: All Uniformed Pers[redacted]

FROM: Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations

SUBJECT: [redacted]

The Office of Field Operations (OFO) [redacted] at all times. However, [redacted] may be worn under the Class 1, 2, 3, and 4 uniforms at the discretion of the employee. [redacted] Effective immediately, employees receiving [redacted] are authorized to wear it over the Class 2 and 3 uniform shirts in their respective environments.

In order to remain in compliance with OFO Uniform Policy, the name plate (above right chest pocket) and badge (above left chest pocket) must be affixed to [redacted]

[redacted] may always be worn under the Class 1, 2, 3, and 4 uniforms. The [redacted] remains authorized for the Class 2, 3, and 4 uniforms in their authorized environments.

In situations where management determines there is a threat to employee safety, affected employees may be required to wear [redacted]

If you have any questions, please contact OFO Uniform Program Manager [redacted] at [redacted]

Attachments

# Muster

**Date:** February 22, 2022

**Office:** Office of Field Operations, Operations Directorate

**Headquarters POC:** [redacted], (A)Director, Special Operations Division [redacted]

**Topic:** [redacted] Guidance

U.S. Customs and Border Protection (CBP) Office of Field Operations (OFO) [redacted] As a reminder, [redacted] is authorized for wear over the Class 2 and 3 uniform shirts in their respective environments. [redacted] is authorized for wear with Class 2, 3, 4, and 5 uniforms as well as with plain clothes while in the performance of official duties. [redacted]

[redacted] provides a means by which a variety of pouches and other equipment may be attached. Items attached [redacted] should be in support of the assigned mission and should not be excessive in nature or negatively impact officer appearance. Examples of acceptable items would include: [redacted]

Regardless of [redacted] or not, policy requires that Authorized Officers must always wear specific items on their duty belt while in uniform. These items include [redacted]

Branding affixed [redacted] is limited to a badge, nametape, rank, and authorized placards. Placards that are authorized for wear by Officers [redacted] include the "CBP Field Operations, Federal Officer", "POLICE – U.S. Customs and Border Protection", and the CBP (2x3) U.S. flag patch. The CBP (5x5) U.S. flag patch is not authorized as it violates Title 4 of the United States Code (Respect for Flag). The only placards that are authorized for wear by Agriculture Specialists [redacted] are the "CBP Agriculture Specialist" placard and the CBP (2x3) U.S. flag patch. Agriculture Specialists are not authorized to wear Police or Federal Officer placards.

The display of any placards or patches that are not listed above are only allowed if a mission specifically dictates and with supervisory approval. Examples of this may include an

alphanumerical identifier for Mobile Field Force operations or when working in cooperation with other agencies such as task forces.

[redacted] the badge is to be affixed to the same area as the uniform shirt (upper left), the name tape is to be affixed above the small CBP or POLICE placard (right front), and the appropriate metal rank insignia is to be pinned on the center [redacted] A nametape may also be worn on the back [redacted] at the officer's discretion. The [redacted] must always be worn with the badge and nameplate affixed to the appropriate areas, as per OFO Uniform Policy.

[redacted] may be mandated during the following activities:

- Special Operations deployments, when officers are part of an arrest, entry, or perimeter element;
- Execution of high-risk search or arrest warrants, terrorism related or other high-risk operations, and specialty unit operations;
- Air and marine operations;
- Emergency situations, when management determines that there is an immediate threat to the safety of CBP employees [redacted] and
- When practical, for the transportation, storage or destruction of seized narcotics, currency, or other high-risk or valuable commodities.

If you have any questions, please contact the OFO Headquarters Use of Force Branch at [redacted]

**U.S. Department of Homeland Security**
Washington, DC 20229

**U.S. Customs and Border Protection**

June 24, 2009

MEMORANDUM FOR: Executive Directors
Office of Field Operations

Directors, Field Operations
Office of Field Operations [redacted]

FROM: Assistant Commissioner
Office of Field Operations

SUBJECT: [redacted] Guidance

Since the inception of U.S. Customs and Border Protection (CBP), the duties and responsibilities of CBP officers have expanded from traditional functions. The Office of Field Operations (OFO) recognizes that certain duties of the position may be conducted more appropriately [redacted]

CBP officers [redacted]' to meet mission requirements. While carriage of firearms and necessary equipment is required to assist in performing those duties, various locations over time have not enforced those existing carriage practices.

In an effort to ensure that CBP officers consistently and uniformly adhere to policies, the following clarifying guidance is provided regarding the proper carriage of firearms and necessary equipment while operating in an on-duty status while [redacted]

- CBP officers working [redacted]s are subject to the same use of force policy as [redacted]. This includes the minimum required equipment that shall be carried during the performance of assigned duties, such as: [redacted]

- [redacted]

  Uniforms must be worn, [redacted] where the Director, Field Operations or Port Director determines [redacted] to be more appropriate [redacted]

- On a limited basis, the Director, Field Operations, the Port Director or his/her designee, may authorize [redacted]; however, [redacted] employees must request this authorization in advance of reporting [redacted]

- To meet the potential changes in operational requirements, [redacted].

This memorandum is intended to reiterate the standardized [redacted] guidance for those officers whose assignments [redacted] Please ensure that officers [redacted] are fully compliant with the Personal Appearance Standards as outlined in Chapter 3 of the CBP National Uniform Program Handbook.

If you have any questions or concerns, please contact [redacted], Field Programs, at [redacted].

# CHAPTER 3
# UNIFORM CLASSES AND APPLICATIONS

## A. UNIFORM FUNDAMENTALS

### 1. WHERE SHOULD THE UNIFORM BE WORN?

The Office of Field Operations (OFO) uniform will be worn by U.S. Customs and Border Protection (CBP) employees stationed in the field, at the Field Operations Academy, at the National Targeting Center and at Headquarters. Uniformed CBP employees are authorized to wear the uniform while engaged in the discharge of Official Business and while traveling directly to and from the workplace. Additionally, employees may also be authorized to wear the uniform by the Commissioner, Deputy Commissioner, Assistant Commissioner, Office of Field Operations, or Principal Field Officer (Director, Field Operations or Port Director) for other official or CBP-related functions such as award ceremonies, funerals, outreach functions, etc. Employees may also request from the Principal Field Officer (PFO) authorization to wear the uniform for personal functions such as weddings and memorial services. The personal wear request shall be in written form to the PFO and include specific details regarding the event such as the date, location and any potential media interest.

### 2. WHO SHOULD WEAR A UNIFORM?

In general, CBP Officers and Seized Property Specialists are authorized and required to wear the uniform and to carry a firearm. CBP Agriculture Specialists are also authorized and required to wear the uniform.

Those employees granted authorization to wear the uniform under the Uniform Expansion Program prior to December 8, 2008, are authorized to retain their uniformed status regardless of their Enhanced Retirement coverage.

### 3. WHO SHOULD NOT WEAR A UNIFORM?

Persons who are not employed by CBP are not authorized to wear the uniform or be dressed in a manner that attempts to duplicate the appearance of the uniform. The Assistant Commissioner, Office of Public Affairs, with the concurrence of the responsible office can approve the limited use of the uniform requested by outside sources, e.g., movie productions, television requests, etc. The request and approval will be documented in writing and the terms of use will be specified. The written authority will be provided to the Contracting Officers Technical Representative (COTR) who will direct the uniform vendor accordingly. Employees are not authorized to wear the uniform in an off-duty status without authorization from the PFO as specified in Section 1 above.

### 4. WEARING OF THE FIELD OPERATIONS UNIFORM BY OTHER CBP COMPONENT OFFICES

In order to provide a consistent image to the public and other CBP employees, employees wearing the Field Operations uniform while assigned to other CBP component offices shall adhere to the OFO Uniform Wear Policy and personal appearance standards.

## B. PERSONAL APPEARANCE STANDARDS (PAS)

**Background:** CBP has established the following personal appearance standards for all uniformed CBP Officers and employees assigned to the Office of Field Operations (OFO). These standards will, in addition to promoting the morale and efficiency of the workplace, significantly enhance the agency's ability to:

- Ensure that all representatives of CBP-OFO project a neutral image that encourages approachability and promotes interaction with the broadest possible spectrum of the public.
- Ensure employee safety.
- Establish and maintain a professional image consistent with the operational needs of the agency and the expectations of the American public.
- Promote positive relations with both foreign and domestic agencies with similar missions and standards.
- Maintain good order and discipline by establishing standards that foster esprit de corps and allow officers/employees to project a positive, professional image that bolsters self-confidence and promotes good conduct.

Uniformed employees must recognize that the public will often judge the effectiveness of CBP based upon first impressions. An employee who is inattentive to his/her personal appearance reflects an unfavorable image not only on him/herself, but also on the agency as a whole.

Uniformed employees are held in high esteem by the public as guardians of the Nation's borders; they are also highly regarded as role models who have many attributes Americans value including: Vigilance, Service, Integrity, Courtesy and Professionalism. Employees who wear the uniform also wear a badge that conveys a certain level of formal authority. As a result, uniformed employees are held to high standards of conduct and behavior, and must conduct themselves accordingly.

It is imperative to the CBP mission that officers project a neutral image that minimizes public antagonism and ensures approachability by the broadest possible spectrum of the public. Extremes and fads in personal appearance and attire are, therefore, prohibited in order to maintain the highest standards of professionalism, propriety, decorum, good taste and to project an image that encourages and facilitates public interaction with uniformed CBP personnel.

Uniformed employees must be mindful of their personal appearance at all times. A good personal appearance adds to their prestige, and is an essential part of "officer presence," i.e. officer safety. Where a uniform is required, it should be complete in all details, worn in its entirety, and should be devoid of ornaments which have not been designated to be a part of the uniform.

Certain aspects of the OFO personal appearance standards draw distinctions between standards for male and female officers. This does not reflect any difference in the degree to which it is imperative that male or female employees are well groomed; rather it reflects norms and expectations by the public of grooming standards by the two sexes. These norms and expectations are critical to recognition, cooperation and approachability by the public.

The personal appearance standards, as outlined below, shall apply to all uniformed employees assigned to OFO. Uniformed employees shall be subject to these standards whether on regular or overtime duty, regardless of the activity they are performing. Wearing the uniform in all instances makes compliance with the following standards compulsory.

**Scope:** The standards contained herein apply to uniformed U.S. Customs and Border Protection (CBP) employees assigned to OFO and other CBP component offices authorized to wear the Field Operations uniform. These standards supersede all directives, memorandums and policies previously issued regarding the uniform.

**Terms:**

**Agency:** Refers to all of the various components, offices and divisions of U.S. Customs and Border Protection

**Officer:** Refers to any permanent, part-time or seasonal uniformed CBP Officer, Agriculture Specialist, Seized Property Specialist or other such designated employee covered by the Enhanced Retirement covered provisions.

**Employee:** Refers to any permanent, part-time or seasonal uniformed CBP employee.

**Uniform:** Refers to all articles of clothing and their accessories issued by the agency or purchased by an officer/employee via an agency authorized uniform supplier.

**Facial Hair:** For the purposes of this document refers generally to hair grown on the lip, lower face and neck of an officer or employee.

**General Standard:** All uniformed officers and non-uniformed employees of CBP are expected to present a neat, clean and professional image consistent with the high regard in which the agency and its employees are held. Uniforms and civilian attire will be clean, well maintained, and employees will adhere to the personal hygiene standards expected by the public and their coworkers.

## Uniformed Non-Bargaining Unit Employees

### Hair Standard:

**Male:** Hair will be neatly trimmed and properly groomed. Hair will not touch the ears or the collar when in a standing position.

If dyed, hair will be dyed in a natural color. The use of hair colorants or dyes that are unnatural in appearance is prohibited.

Hair will not be worn in any extreme or faddish style (i.e. pony tails, buns, etc.) or in any manner that exceeds standards, violates safety requirements, or impedes the proper wearing of authorized CBP headgear. Hair ornaments such as ribbons, jeweled pins, etc. are prohibited.

**Female:** Hair shall be neat, natural in color and conservatively styled. Hair shall be arranged so that it does not extend below the bottom edge of the collar when in a standing position.

Hair will not be worn in any extreme style or in any manner that exceeds standards, violates safety requirements, or impedes the proper wearing of authorized CBP headgear.

If dyed, hair will be dyed in a natural color. The use of hair colorants or dyes that are unnatural in appearance is prohibited. Plain and conservative pins, combs, elastic bands, and barrettes similar to the individual's hair color or in a color complementary to the uniform, i.e. dark blue, black, or tortoise shell in color, are permitted to keep hair in place. Hair ornaments such as ribbons, jeweled pins, etc. are prohibited.

**Sideburns:** **(Male Only)** Sideburns will not extend below the lowest part of the ear. They will be even in width (not flared) and end in a cleanly shaven, horizontal line.

**Facial Hair:** Beards are prohibited except in cases when a PAS waiver is granted for medical, religious or cultural reasons. Mustaches shall not extend beyond the corners of the mouth or below the upper vermillion of the lip and must be conservative in style.

Figures 3-1 through 3-6 depict photos of CBP Officers and Agriculture Specialists who comply with the mustache and hair standards as outlined above.



Figure 3-1 Facial Hair Standard – Corners of the Mouth



Figure 3-2 Facial Hair Standard – Upper Vermillion



Figure 3-3



Figure 3-4



Figure 3-5



Figure 3-6

**Fingernails:**

**Male:** Fingernails shall not extend beyond the fingertips and should be clean. False fingernails and fingernail polish are prohibited.

**Female:** Fingernails shall not extend more than one-quarter (¼) inch beyond the fingertips and, if colored with fingernail polish, should be a single color.

Figures 3-7 through 3-9 depict photos of CBP Officers and Agriculture Specialists who comply with the fingernail standards as outlined above.



Figure 3-7



Figure 3-8



Figure 3-9

**Cosmetics:** **(Female Only)** Only cosmetics which are conservative in color and amount shall be permitted.

**Jewelry**:

**Rings:** Officers may wear no more than a total of three rings.

**Necklaces:** Officers are limited to the wearing of one necklace, medallion or chain. This item must be concealed and not be visible while wearing the uniform. Choker-type necklaces are not authorized.

**Earrings:**

**Male:** Prohibited.

**Female:** Plain, stud-type earrings no more than ¼-inch in diameter are authorized. Wearing of more than one pair of earrings is prohibited.

**Bracelets:** Other than medical alert bracelets, officers are prohibited from wearing bracelets while in uniform.

**Watches:** Officers are authorized to wear one conservatively styled watch. Watch bands can be gold, silver, black, brown or dark blue in color. Bracelet-style watches are prohibited.

**Eyewear:** Will be conservative in style and color. Neon or brightly colored frames and mirrored lenses are not authorized. Straps may be worn if they are black in color.

**Body Piercing:** May not be visible.

**Tattoos/Brands:** Must be concealed if obscene, racially motivated, or gang-related.

**Body Alterations:** **Intentional** alterations such as: tongue splitting, tongue forking, disfiguring skin implants, tooth filing, etc., are prohibited.

## Uniformed Bargaining Unit Employees

**Hair Standard:**

**Male:**

Hair will be neat, trimmed and properly groomed. Hair will not cover more than the top half of the ear, nor extend beyond the bottom of the shirt collar.

Hair will not be worn in extreme or faddish styles. Hair will not interfere with the proper wearing of CBP headgear.

Hair ornaments are prohibited.

**Female:**

Hair shall be neat, natural in color and conservatively styled. Hair shall be arranged so that it does not extend below the shoulder.

Hair will not interfere with the proper wearing of CBP headgear.

Conservative hair ornaments are permitted.

**Facial Hair:**

Facial hair will be no longer than 1 inch in length unless a PAS waiver is granted for medical, religious or cultural reasons. Facial hair will be trimmed and well groomed. Facial hair will not be worn in any extreme or unconventional styles. Absent the existence of facial hair, the employee must present a clean shaven face; this requirement shall not be misconstrued to prevent an employee an opportunity to grow facial hair, or groom, shape and maintain facial hair. Ungroomed beard stubble is not considered neat, clean and professional.

Figures 3-10 through 3-15 depict photos of CBP Officers and Agriculture Specialists who comply with the hair standards as outlined above.



Figure 3-10



Figure 3-11



Figure 3-12



Figure 3-13



Figure 3-14



Figure 3-15

**Fingernails:**

**Male:** Fingernails shall not extend beyond the fingertips. False fingernails and polish are prohibited.

**Female:** Fingernails shall not extend more than ¼ inch beyond the fingertips. Fingernails must be well manicured and clean at all times.

**Cosmetics:** **(Female Only)** Only cosmetics which are conservative in color and amount shall be permitted.

**Jewelry**:

| | |
|---|---|
| **Rings:** | Officers shall wear no more than two rings. Rings must not be likely to catch on other objects and shall be no larger than standard university or college rings. Engagement and wedding rings count as one ring. |
| **Necklaces:** | Necklaces must be concealed (not visible) while wearing the uniform. |
| **Earrings:** | |
| **Male:** | Prohibited. |
| **Female:** | May wear plain, stud-type earrings no more than ¼-inch in diameter. Wearing of more than two pairs is prohibited. |
| **Bracelets:** | Prohibited except for medical alert bracelets. |
| **Watches:** | May wear one conservatively styled watch. Watch band will be gold, silver, black, or dark blue in color. Bracelet-style watches are prohibited. |
| **Eyewear:** | Will be conservative in style and color. Neon, mirrored or brightly colored frames are not authorized. Straps may be worn if they are black in color. |
| **Body Piercing:** | May not be visible. |
| **Tattoos/Brands:** | Must be concealed if obscene, racially motivated, or gang-related. |
| **Body Alterations:** | Intentional alterations are prohibited. |

## C. GENERAL INFORMATION/REQUIREMENTS

1. **Insignia/Awards/Pins**
   The badge, nameplate, shoulder patches, and authorized rank insignia must be worn by uniformed employees while on duty and must remain unencumbered at all times. The CBP patches must be worn on both uniform sleeves (CBP keystone patch on the right sleeve; OFO patch on the left sleeve).

Each Commissioner level award is issued with a citation bar. Uniformed employees are authorized to wear these citation bars on the Class 1 Ike jacket as well as the Class 2 and Class 3 uniform shirts. If worn, the first citation bar must be centered ¼-inch above the nameplate. Subsequent citation bars shall be placed directly above the bottom citation bar in the prioritized order displayed in this handbook. They should be pinned individually in top to bottom succession. Employees who have received multiple awards in a single category are only authorized to wear one citation bar for that particular award on their uniform.

- Flag Citation Pin
- Commissioners Valor Award
- Commissioners Integrity Award
- Commissioners Humanitarian Award
- Commissioners Exceptional Service Award
- Commissioners Blue Eagle Award
- Commissioners Unit Citation
- Iraq Service Citation
- Hurricane Katrina Citation
- Marksman Citation




Figure 3-16
Award Citation Pins

Members of the OFO Honor Guard Team, Field Training Officers, Chaplains, Special Response Team (SRT), Peer Support and K-9 Officers are authorized to wear their respective pins/devices. <u>One</u> pin/device shall be worn ¼-inch centered above the right breast pocket above the nameplate and award citation bars on the Class 1,2 and 3 uniforms as appropriate. Multiple pins/devices are not authorized. Figures 3-16 and 3-17 depict authorized CBP pins/devices.

Union officials may wear a pin or identification tag (designed and paid for by the Union and subject to CBP review and approval) on the Class 2, 3, 5 or 7 uniform. These pins are only authorized for display centered on the right breast pocket flap of the uniform shirt.

- Honor Guard
- Field Trainer
- Chaplain
- SRT
- Peer Support (not shown)
- K-9




Figure 3-17 Other Authorized CBP Pins/Devices

CBP Officers and Agriculture Specialists are also authorized to wear the Flag Citation Pin on the Class 1 Ike jacket or the Class 2, 3 or 7 uniform shirts. If worn, the Flag Citation Pin must be centered 1/4-inch above the nameplate or directly above the highest commissioner-level citation bar. **NOTE**: since this Flag Citation Pin is a representation of the American flag, it must always be worn in the highest position above the right breast pocket of the uniform. Therefore, the insignia pin/device such as Honor Guard, Field Trainer, Chaplain, SRT, Peer Support cannot be worn in conjunction with the American flag pin.

2. **Badges**
   Badges are not provided under the National Uniform Program. Badges are issued to employees through the Office of Internal Affairs.

3. **Mourning Band** - Principal Field Officers (PFO) may authorize the wearing of black mourning bands over the badge to acknowledge CBP Officers and/or other Federal, State and local law enforcement officers who are killed in the line of duty. Additionally, PFO's may locally authorize the wearing of black mourning bands to acknowledge CBP Officers who died on or off duty. The mourning bands must be solid black in color, cannot exceed ½-inch in width and must be displayed diagonally centered across the badge obscuring the CBP seal, as depicted in figure 3-18. Mourning bands may be worn from the time of initial authorization by the PFO, until the deceased officer is interred.




Figure 3-18 CBP Badge with Mourning Band

No other badges, patches, pins, other devices or insignia (e.g. DHS lapel pins, Contraband Enforcement Team badges or patches, fraternal pins, political pins, longevity pins, etc.) are authorized to be worn on any other uniform article, including the badge, at any time.

4. **Longevity Stars -** Longevity stars indicate 5-year increments of total service with CBP or a combination of CBP and heritage agencies (U.S. Customs Service, Immigration and Naturalization Service, or Agriculture Quarantine Inspection Service). Years of prior military service and time spent working in other non-CBP or heritage agencies is not considered when determining the number of longevity stars authorized for display. Longevity stars should be centered on the lower portion of the left sleeve panel of the Class 1 Ike jacket 1-inch above the black trim. Additional stars should placed in a vertical line extending up the left sleeve spaced 3/4-inch apart from one another center to center. Figures 3-19 and 3-20 below depicts properly aligned longevity stars.





Figure 3-19
Longevity stars

Figure 3-20
Stars on left sleeve of Ike jacket

Note: 4 stars = 20 years of CBP service

5. **T-Shirts as an Undergarment** – For employees wearing a Class 1,2,3,5 and 7 uniforms, there is no t-shirt requirement. However, if visible, undershirts must be white in color and crewneck in style. Employees wearing the Class 4 BDU uniform

are required to wear the dark blue enforcement style t-shirt provided by the uniform vendor.

6. **Waivers/Exceptions** - Uniformed employees are required/authorized to wear only uniform items provided by the agency through the uniform vendor. Waivers of this policy (including the PAS standards) must be granted and approved only by CBP management. Skirts will be made available to female officers for medical, religious or cultural purposes.

7. **Nameplate Requirements** – The official nameplate is gold-framed with white gothic block letters on a black background, as indicated in figure 3-21. All uniformed employees are required to wear a nameplate indicating their legal last name centered ¼-inch above the right breast pocket (or vicinity if no pocket exists) on uniform shirts, sweaters, and outerwear items. Shirts and sweaters have nameplate grommets to facilitate the proper placement of nameplates on these uniform items. Exceptions to this policy may be granted on a case-by-case basis, and bargaining unit employees may be authorized to wear an agency-issued nameplate with an agency-authorized pseudonym if certain criteria are met as outlined in the National Collective Bargaining Agreement, Article 44: Attire and Appearance, Section 1(K)(1), dated May 11, 2011.



Figure 3-21 Authorized Nameplate

8. **Other Accessories** - Other items that may be worn on the uniform include **<u>agency-issued</u>** electronic communication devices, keys, glove cases, radio holders, cell phones, baton/O.C. spray holders, ECD holders and Personal Radiation Detectors. Multi-tools, buck knives, and flashlights are authorized for wear with the Class 2, 3, 4, 5, 7 and 8 uniforms if they are black in color or contained in a case that is black in color that can be properly affixed to the official duty belt. These items may be carried in cases that are of nylon, leather, or laminate construction and must be plain black in color. No items, to include radio handsets, are authorized to be clipped or affixed to shoulder epaulettes on uniform shirts, knitwear, or outerwear.

9. **Hemming Requirements** - Trousers can be hemmed by the uniform vendor. However, employees may order and receive trousers un-hemmed and have them hemmed at their own expense. Trousers should be hemmed so the front portion of the trouser cuff touches the top portion of the shoe when the employee is in the standing position, as reflected in Figure 3-22. The rear portion of the trouser cuff, optimally, should extend to the top edge of the shoe sole (it should never extend beyond the bottom edge of the rear portion of the shoe sole).



Figure 3-22

## D. OUTERWEAR

1. **Authorized Items -** In order to be considered serviceable, outerwear garments must be clean, neat, and free from visible repairs and other highly visible blemishes. With the exception of the trench coat and insulated vest, all outerwear garments, including the leather jacket, must have a CBP shoulder patch on the right sleeve and the OFO patch on the left sleeve. The official shoulder patches are depicted in figure 3-23 to 3-25. Outerwear must also contain the official badge patch on the left chest, with the exception of the trench coat and leather jacket. Previous edition outerwear containing the two CBP patches and/or the badge tabs are authorized for wear until they are considered no longer serviceable. Heritage agency identifiers (i.e. silk screened printing, embroidered badge patches, special buttons, etc.) are obsolete and cannot be worn with the uniform.




Figure 3-23




Figure 3-24




Figure 3-25

2. **Badge and Nameplate Requirements on Outerwear -** When outerwear is worn employees are required to wear their issued badge (if an embroidered badge is not already affixed) and a nameplate on their outermost garment. The nameplate is

required to display the employee's legal last name and must be affixed to the outermost garment centered above the right breast pocket (or vicinity if no pocket exists), as depicted in figures 3-26 to 3-29. Employees are required to wear large rank insignia on the shoulder epaulettes on outerwear items. If shoulder epaulettes do not exist, one large rank insignia pin will be worn centered on the zipper flap 6-inches below the neckline *.

* Gold and silver oak leaf - oak leaf stem pointed down
* Silver eagle – eagle facing forward on the shoulder epaulette and eagle facing right hand of wearer on front outerwear.



Figure 3-26



Figure 3-27



Figure 3-28



Figure 3-29

3. **Restriction on Wearing Outerwear** - Uniformed employees are authorized to wear most outerwear items indoors with all classes of uniform, except the Class 1

Ceremonial uniform (with which the all weather coat is optional). The only outerwear items not authorized for wear indoors (with exceptions to when employees are transitioning from indoors to outdoors and vice versa) are the raincoat and extreme cold weather parka.

## E. FOOTWEAR/HEADGEAR

1. **Footwear Requirements -** Uniformed employees are authorized to wear only footwear that is provided by the uniform vendor. Footwear restrictions are specified in Sections 3.F.1.C and 3.F.4.C of this chapter. Exceptions to this policy are set forth in section E(2) below. Footwear must be plain toe style, black in color, clean, well shined and in good repair.

2. **Footwear Exceptions -** In cases where a special size not currently offered in the uniform catalog is required, employees should contact the uniform vendor's Customer Service Department (phone number provided on the uniform vendor's website) in order to make a special size footwear request. Delivery of special sized items requires a minimum of 90 to 120 working days. Additionally, the employee is permitted to purchase with his/her own funds, black, plain toe military-type footwear. While prior supervisory approval is not required, it is suggested that employees first discuss this issue with their supervisor to ensure that the privately purchased footwear is in accordance with this provision. Management may deny an employee the ability to wear privately purchased footwear that after review does not meet this black, plain toe, military style standard. As a general rule, privately purchased footwear should be "confusingly similar" to that which is offered by the uniform vendor. Shoes with unsafe or unstable structure, or with excessively high heels, are not authorized.

3. **Headgear Requirements** – Except as noted below, headgear is only authorized for wear while employees are outdoors. The Class 1 dark blue felt campaign hat, leather hat band, chin strap, and CBP hat insignia are required to be worn with the Class 1 uniform and may be worn with the Class 2 uniform, as depicted in Figure 3-31. Only ball caps with "CBP" embroidered on the front panel and "U.S. Customs and Border Protection" on the back panel, as depicted in figures 3-32 to 3-33 are authorized for wear. The felt and straw campaign hats (with leather hat band, chin strap and CBP hat insignia) and ball cap are authorized to be worn with the Class 2, 3, 4, 5 and 7 uniforms. The fleece hat, knit cap and fur mouton headgear may be worn outdoors in inclement/cold weather conditions.

   Employees engaged in "transitional" duties in the Class 3 or 4 work environments, i.e. required as part of their duties to enter and exit a building with great frequency may, for **<u>brief periods</u>** of time, wear authorized headgear indoors, if so doing promotes the efficiency and effectiveness of the agency.

   Hats may be required only when working out of doors or where headgear is required for safety purposes. OFO Honor Guard personnel engaged in official Honor Guard

activities are authorized to wear headgear indoors in the official discharge of their duties. Additionally, headgear required for safety purposes (e.g., hardhats) are also authorized to be worn indoors as necessary and appropriate.

4. **Authorized Hat Insignia -** Only the official CBP Hat insignia provided by the uniform vendor is authorized. This insignia is required to be worn on the felt and straw campaign hats as well as the fur mouton headgear.



Figure 3-31
Proper Placement CBP Hat Device and Hat Band




Figure 3-32




Figure 3-33

5. **Official Tie Tack -** Whenever a tie is worn with a long-sleeve Class 2 long sleeve shirt, employees are required to wear the official gold CBP tie tack as depicted in Figure 3-34. The tie tack must be centered on the tie at an even level with the buttons on the chest pockets. All previous edition tie bars are obsolete and not authorized to be worn with the uniform. No other accessory is authorized on the tie.



Figure 3-34
Proper placement of tie tack

## F. CLASSES OF UNIFORMS

There are multiple classes of uniforms ranging from the Class 1 dress uniform to the Class 8 SRT uniform. This section will specify what uniform items are required/authorized in each Class and specify in which work environments these uniforms are required/authorized.

The Commissioner, Assistant Commissioner, OFO, or Principal Field Officer (PFO) e.g. Director of Field Operations, or Port Director, may designate a uniform of the day in support of/preparation for special events, functions, or visits by dignitaries. With the exception of periods when the PFO determines there is a need for a uniform of the day, employees must adhere to the wear polices outlined below:

## 1. CLASS 1 UNIFORM

### A. PERSONNEL AUTHORIZED TO WEAR THE OFFICE OF FIELD OPERATIONS UNIFORM

Full-time CBP Officers, Agriculture Specialists and Seized Property Specialists are required to maintain a complete Class 1 uniform. The Class 1 uniform is required/authorized to be worn in the following situations/applications:

- Required for graduation from basic and advanced training.
- Required for formal Awards Ceremonies, Change of Command Ceremonies, CBP sponsored memorial services and recognition events.
- Required when the PFO declares the Class 1 uniform as the uniform of the day.
- Authorized to be worn with the approval of the Commissioner, Assistant Commissioner, OFO, Director, Field Operations, or Port Director.
- Authorized to be worn when an individual employee personally petitions to the OFO Assistant Commissioner and the petition is granted.
- Authorized and strongly encouraged to be worn at NTEU and other fallen employee vigils, memorial services, and other honorary occasions.

NOTE: *Part-time CBP Officers who attend basic CBP Officer training at the Field Operations Academy, or part-time CBP Officers who are required to wear a Class 1 uniform upon direction from CBP will receive a Class 1 dress uniform at CBP expense.*

**B. CLASS 1 REQUIRED/AUTHORIZED ITEMS –** The following items are required/authorized with the Class 1 uniform:

CBP Employees as described in Section F1 (A) above are authorized/required to maintain and wear:

- Class 1 Ike jacket
- Class 2 long sleeve shirt
- Dark blue felt campaign hat
- Leather hat band
- Nameplate
- Class 2 trousers w/ black stripe
- Leather/Clarino low quarter shoes or roper/western boots
- Longevity stars
- Large rank insignia pin/devices (on jacket)
- Black tie w/ CBP tie tack
- Hat insignia
- Leather chin strap
- Rank shoulder boards (on shirt)
- Leather belt (plain or Velcro)
- Black/white sole socks
- Trench coat (optional)

C. **GUIDANCE ON PROPER WEAR (CLASS 1) -** Employees are required to wear large rank insignia on the shoulder epaulettes of the Class 1 Ike jacket and cloth rank insignia on the uniform shirt. These devices should be placed at the end of the jacket/shirt epaulettes so they are perpendicular to the leading edge of the jacket/shirt epaulettes. The insignia should also be placed centered on the top of the epaulette cross-stitching. Figure 3-35 shows the proper placement of the large rank insignia on the Ike jacket epaulettes.




Figure 3-35
Proper placement of large rank insignia on outerwear.

Shirts should be properly tucked in, and the top shirt collar button must be buttoned. Long sleeve shirts will be buttoned at the cuff; rolling or turning up long sleeves is

not authorized. Employees are considered out of uniform when they are not properly wearing the Ike jacket with this uniform. The Ike jacket will not be buttoned so that the tie tack is visible. The tie tack shall be centered on the tie and at an even level with the buttons on the chest pockets. Only the trench coat is authorized for wear over the Class 1 uniform outside during inclement weather.

Employees must wear the plain, dress, or Velcro overlap belts with this uniform. A nameplate is required to be worn centered ¼-inch above the right breast pocket of the Ike jacket and Class 2 long sleeve shirt. CBP employees must wear either leather/Clarino low-quarter black shoes or the roper/western boots. Employees must wear black socks or white sole black socks (the white portion of the sock must not be visible).

Employees are required to wear the dark blue felt campaign hat, leather hat band, chin strap and hat insignia with this uniform. The hat band buckle shall be positioned on the left side with the end of the belt extended towards the back, as depicted in Figures 3-36 and 3-37. The felt campaign hat shall only be worn during outdoor events and should be removed indoors during receptions, luncheons, and other events that routinely follow these types of ceremonies.



Figure 3-36



Figure 3-37

A service-issued weapon and leather gear shall be worn with the Class 1 uniform by armed uniformed personnel. Flashlights, knives, multi-tools, cell phones and other non-essential gear are not authorized when employees are wearing the Class 1 uniform.

A dress skirt will be made available for wear by female officers for religious, medical or cultural purposes. This article is available as a special order item from the uniform vendor. Female officers must wear hosiery (i.e. panty hose) that matches the natural skin tone of the wearer. Hosiery is not offered as part of the CBP uniform program. Figures 3-38 and 3-39 depict examples of a properly worn Class 1 uniform.



Case 2:26-cv-01293-LA Filed 11/06/26 Page 103 of 171 Document 38-3



Figure 3-38
Female OFO employee
wearing Class 1 uniform



Figure 3-39
Male OFO employee
wearing Class 1 uniform

## 2. CLASS 2 UNIFORM

### A. OFFICE OF FIELD OPERATIONS

Full-time CBP Officers, Agriculture Specialists and Seized Property Specialists are required/authorized to wear the Class 2 uniform in the following environments:

- Required for climate-controlled Air Passenger Processing facilities.
- Required for climate-controlled Sea Passenger Processing facilities when employees are assigned for a full 8-hour shift processing arriving sea passengers.
- Required when the PFO declares the Class 2 uniform as the uniform of the day.
- Authorized for all Class 3 and Class 4 environments at the employee's personal discretion.

B. **CLASS 2 REQUIRED/AUTHORIZED ITEMS:** – The following items are required/authorized with the Class 2 uniform:

Employees as described in Section F2 (A) above are required/authorized to maintain and wear:

- Class 1 Ike jacket (optional)
- Class 2 long/short sleeve shirt
- Black tie w/ CBP tie tack
- Felt/ straw campaign hat
- Hat insignia
- Leather belt (plain or Velcro)
- Rank shoulder boards
- Nameplate
- Class 2 trousers w/black stripe
- Turtleneck or mock turtleneck
- Lightweight knit sweater
- Heavyweight wool sweater
- Any black footwear in uniform program (with the exception of the boat shoes)
- Black/white sole black socks

## C. GUIDANCE ON PROPER WEAR (CLASS 2):

The Class 2 uniform can be worn in several variations depending on the sleeve length selected by the wearer. When wearing a short sleeve shirt, employees are not authorized to wear the tie, tie tack, turtleneck, or mock turtleneck. However, when wearing a long sleeve shirt, employees must wear either the tie and tie tack, or the turtleneck/mock turtleneck. Shirts will be properly tucked in and, when a tie is not worn, the top button (and only the top button) of the Class 2 long- and short-sleeved shirts will be left unbuttoned. Long sleeve shirts will be buttoned at the cuff; rolling or turning up/in long sleeves is not authorized. Unless the PFO designates a uniform of the day, the decision of whether to wear a long or short sleeve shirt will be determined by the individual employee.

When a tie is worn, the top collar button must be buttoned, and the tie should reach the belt buckle. The tie tack should be evenly aligned with chest pocket buttons and centered on the tie.

Employees are required to wear rank shoulder boards (as applicable) and a nameplate centered 1/4-inch above the right breast pocket (or vicinity if no pocket exists) with this uniform. Employees may wear the lightweight or heavyweight wool sweater with either the long or short sleeve version of this uniform. Employees must wear the plain or Velcro overlap belts with this uniform.

Employees may wear any black footwear option provided by the uniform vendor with the exception of the boat shoes. Employees may substitute white sole black socks for plain black socks (the white portion of the sock must not be visible). Employees may wear the felt or straw campaign hat, ball cap, fleece hat, knit cap,

or fur mouton headgear with this uniform when outdoors as appropriate for existing weather/climate conditions.

The Class 1 Ike jacket may be worn as an option with the Class 2 uniform if employees are wearing a long-sleeved shirt and tie with tie tack. When worn, officers must wear large insignia pins on the Ike Jacket. When a Class 1 Ike jacket or sweater is worn with a Class 2 uniform, the badge and nameplate must migrate outward to the outermost garment and must remain unencumbered at all times. The nameplate must be worn centered ¼-inch above the right breast pocket (or vicinity if no pocket exists).

Qualified armed officers are required to wear their service-issued weapon, magazines, handcuff case, intermediate force device(s), and gun belt with the Class 2 uniform. The Use of Force Handbook provides more specific information on when weapons and duty gear are required to be worn. Figures 3-40 through 3-43 below are examples of authorized and properly worn Class 2 uniforms.



Figure 3-40



Figure 3-41



Figure 3-42



Figure 3-43

## 3. CLASS 3 UNIFORM:

### A. OFFICE OF FIELD OPERATIONS

Full-time CBP Officers, Agriculture Specialists and Seized Property Specialists are required/authorized to wear the Class 3 uniform. The Class 3 uniform is required/authorized to be worn in the air, sea and land border cargo environments, as well as land border passenger environments.

- Authorized for Firearms and Defensive Tactics Qualification.
- This uniform is required when the PFO declares the Class 3 uniform as the uniform of the day.

### B. CLASS 3 AUTHORIZED/REQUIRED UNIFORM ITEMS:

Employees as described in Section F3 (A) above are required/authorized to maintain and wear:

- Class 3 long/short sleeve shirt
- Plain/ cargo trousers
- Straw campaign hat (with leather hat band, chin strap and hat insignia)
- Leather trouser belt (plain or Velcro)
- Rank shoulder boards
- Any black footwear in uniform program (except the boat shoes)
- Nameplate
- Turtleneck/mock turtleneck
- Lightweight knit sweater
- Heavyweight wool sweater
- Black/white sole black socks
- Cargo Shorts*

*Cargo Shorts are an authorized trouser option in all Class 3 environments. When wearing cargo shorts, employees must wear only agency authorized solid black, plain toe athletic-style shoe footwear included in the national program and black socks, with no brand identifiers, that extend no more than 3 inches above the ankle.

## C. GUIDANCE ON PROPER WEAR (CLASS 3):

The Class 3 uniform can be worn in several variations depending on the sleeve length selected by the officer. A tie is not authorized for wear with this class of uniform. When employees are wearing a long sleeve Class 3 shirt in a Class 3 environment, as defined in 3-A above, employees have the option of wearing a turtleneck/mock turtleneck. Shirts will be properly tucked in and the top button (and only the top button) of the Class 3 long and short-sleeved shirts will be left unbuttoned. Long sleeve shirts will be buttoned at the cuff; rolling or turning up/in long sleeves is not authorized. Unless the PFO designates a uniform of the day, the decision of whether to wear a long or short sleeve shirt will be determined by the individual employee. Employees are required to wear rank shoulder boards (as applicable) and a nameplate centered ¼-inch above the right breast pocket (or vicinity if no pocket exists) with this uniform. Rank shoulder boards and the nameplate are required on the outermost garment when an outer garment or sweater is worn (as appropriate). Figures 3-44 to 3-47 below are examples of authorized and properly worn Class 3 uniforms.



Figure 3-44



Figure 3-45




Figure 3-46




Figure 3-47

In cases where an employee has an approved waiver on file to wear a Class 3 uniform in a Class 2 environment due to a medical condition, employees are required to wear either a tie and tie tack or a turtleneck/mock-turtleneck and may only wear Class 3 plain trousers.

Employees may wear the lightweight or heavyweight sweater with either the long or short sleeve version of this uniform. Employees must wear the plain, or Velcro overlap trouser belts with this uniform. CBP employees may wear any footwear option provided by the uniform vendor except the boat shoes with this uniform. Employees may substitute white sole black socks for plain black socks (the white portion of the sock must not be visible). Employees may wear the straw campaign hat, ball cap, knit cap, fleece hat or fur mouton headgear with this uniform when outdoors as appropriate for existing weather/climate conditions.

When an immediate operational need exists, on a limited case by case basis, CBP managers may temporarily authorize officers to wear the Class 3 uniform while working in a Class 2 environment. This authorization should be non-recurring in nature and limited in scope to satisfy an immediate and necessary operational requirement. Example: Management determines there is an immediate need to assign employees in cargo environments wearing Class 3 uniforms to work temporarily in an airport passenger processing facility due to an unanticipated staffing shortage. However, employees will not be permitted to wear the Class 3 uniform in a Class 2 environment on a regular and/or recurring basis.

## 4. CLASS 4 BDU UNIFORM (Battle Dress Uniform):

### A. OFFICE OF FIELD OPERATIONS

The Class 4 uniform is:

- Authorized for CBP Officers, Agriculture Specialists and Seized Property Specialists in the air, sea and land border cargo environments, as well as land border passenger environments.
- Never authorized for Air and Sea Passenger Processing.
- Authorized for Firearms and Defensive Tactics Qualification.
- Required when the PFO declares the Class 4 uniform as the uniform of the day.
- Authorized as directed by the Assistant Commissioner, Office of Field Operations, with written approval.

## B. CLASS 4 UNIFORM ITEMS

CBP employees as described in Section F4 (A) above are required/authorized to wear:

- Class 4 BDU long/short sleeve shirt
- Dark blue enforcement t-shirt
- Embroidered name tape
- Class 4 rip-stop trousers
- Turtleneck/mock turtleneck shirt
- Straw campaign hat (with leather hat band, chin strap and hat insignia)
- Leather or nylon web duty gear
- Leather trouser belt
- Rank shoulder boards
- 8-inch lace-up boots
- Lightweight/heavyweight sweater
- Black socks
- Knit cap or ball cap (optional)
- Twisted blousing bands

## C. GUIDANCE ON PROPER WEAR (CLASS 4 BDU):

The Class 4 uniform can be worn in several variations depending on the sleeve length selected by the officer. This uniform is constructed of "rip-stop" material. The Class 4 BDU pants are designed with a straight cuff and must be bloused (i.e., tied above the boot, using twisted blousing bands or tucked into boots). Shirts will be properly tucked in and the top button (and only the top button) of the Class 4 long and short-sleeved shirts will be left unbuttoned. When wearing a long sleeve shirt, employees have the option to wear the turtleneck or mock turtleneck. Long sleeve shirts will be buttoned at the cuff; rolling or turning up long sleeves is not authorized. Unless the PFO designates a uniform of the day, the decision of whether to wear a long or short sleeve shirt will be determined by the individual employee. Employees are required to wear rank shoulder boards and an embroidered nametape with this uniform.

Employees may wear the lightweight or heavyweight sweater with either the long or short sleeve version of this uniform. Employees must wear either the plain or Velcro overlap belts with this uniform. Rank shoulder boards and the nameplate are required on the outermost garment when outerwear or a sweater is worn. Employees may wear any **8-inch <u>leather lace</u>-<u>up boot option</u>** provided by the uniform vendor. (Note: Chukka boots do not meet this requirement). Employees may substitute white sole black socks for plain black socks (the white portion of the sock must not be visible). Employees may wear the straw campaign hat, ball cap, knit cap, fleece hat or fur

mouton headgear with this uniform when outdoors as appropriate for existing weather/climate conditions.

A dark blue enforcement style t-shirt is **required** with this uniform. This shirt will have the CBP approved embroidered badge patch affixed to the left front breast area. "CBP Federal Officer" will be silk-screened in large block letters on the back of this shirt in the same font used for embroidery on the ball cap. Employees may wear this enforcement style t-shirt as their outermost shirt when they are **actually engaged in cargo examinations in the Class 4 uniform environment**. Upon completion of this work, employees are required to wear the Class 4 shirt over the enforcement t-shirt. PFO's will be held accountable for strict oversight and enforcement of this policy.

**Blousing Instructions:**

**Tucking:**

- Put on your pants and boots. Do not tie your boots.
- Sit in a chair so that your pant legs are pulled up slightly.
- Tuck the bottom of each pant leg into your boots. Tie your boots as usual.
- Stand up. Reach down and pull the excess material of your pant legs over the tops of your boots; leave the bottoms of your pant legs tucked into your tied boots.

**Boot Blousers:**

- Put on your pants.
- Pull your pant leg up over your calf to use the twisted blousing bands, which have wire-hook fasteners and can be applied without removing your boot.
- Pull your sock up and wrap the twisted blousing band around your leg above the top of your boot, then secure the wire hooks.
- Allow your pant leg to hang over the twisted blousing band and then, while turning the pant leg up and in, push several inches of pants material under the twisted blousing band to form the bloused appearance.

**Tying the Drawstring:**

- Put on your pants and boots. Do not tuck your pants legs into your boots.
- Reach down and grasp the two ends of the drawstring at the ankle cuff. Pull the strings to tighten the ankle cuff. Tie them together securely above the top rim of your boot.
- Pull the excess material of your pant leg down to cover the drawstring. Leave the tie above your boots to create the bloused appearance.

Figures 3-48 and 3-49 are examples of authorized and properly worn Class 4 uniforms.



Figure 3-48



Figure 3-49

## CLASS 5 ADMINISTRATIVE SUPPORT UNIFORM:

### A. OFFICE OF FIELD OPERATIONS/OFFICE OF TRAINING AND DEVELOPMENT

The Class 5 Administrative Support uniform is only authorized for the following positions:

- CBP Aides-CBP Technicians
- Co-op Students assigned to OFO locations
- Intern Students assigned to OFO locations

### B. CLASS 5 UNIFORM ITEMS:

CBP employees described in Section F5 (A) above are required/authorized to maintain and wear:

- Class 5 long/short sleeve knit shirt
- Class 3 plain trousers
- Class 3 cargo pants
- Leather belt (plain or Velcro)
- Turtleneck/mock turtleneck (optional with long sleeve shirt)
- Lightweight knit sweater
- Heavyweight wool sweater
- Black footwear
- Black/white sole black socks
- Knit/ ball cap (optional)

### C. GUIDANCE ON PROPER WEAR (CLASS 5):

OFO employees as indicated in Section F5 (A) above, can wear the Class 5 uniform with Class 3 plain trousers or Class 3 cargo pants. When a long sleeve shirt is worn, employees have the option of wearing a turtleneck or mock turtleneck. Shirts will be properly tucked in and the top button (and only the top button) of the long and short-sleeved shirts will be left unbuttoned. Rolling or turning up long sleeves is not authorized.

Employees may wear the lightweight knit or heavyweight wool sweater with either the long or short-sleeve version of this uniform. Employees must wear the plain or Velcro overlap belts with this uniform. CBP employees may wear any footwear option provided by the uniform vendor except the boat shoes. Employees may substitute white sole black socks for plain black socks. All employees may wear

the straw campaign hat, ball cap, knit cap or fur mouton headgear with this uniform when outdoors as appropriate for existing weather/climate conditions.

Figures 3-50 and 3-51 are examples of an authorized and properly worn Class 5 uniform.



Figure 3-50



Figure 3-51

## 7. CLASS 7 MATERNITY UNIFORM:

### A. OFFICE OF FIELD OPERATIONS

The Class 7 maternity uniforms are available for pregnant CBP uniformed employees. Pregnant employees may wear the maternity clothing when they are no longer able to wear their regular uniform. Non-pregnant employees may not order or wear this uniform.

### B. CLASS 7 UNIFORM ITEMS:

CBP employees as described in Section F7 (A) above are authorized to wear:

- Class 7 short/long sleeve maternity shirt
- Rank shoulder boards
- Class 7 maternity trousers
- Class 7 maternity jumper
- Mock turtleneck dickie

- Stockings similar to skin tone of wearer
- Black footwear

### C. GUIDANCE ON PROPER WEAR (CLASS 7 MATERNITY):

The Class 7 uniform is designed to be worn in two variations, depending on the employee's preference. The employee can wear either the trousers with the short/long sleeve maternity shirt, or the maternity jumper. When wearing either option, as there are no belt loops, the firearm and other accessories shall not be worn.

When wearing a long sleeve shirt, employees have the option to wear the mock turtleneck dickie. Long sleeve shirts will be buttoned at the cuff; rolling or turning up long sleeves is not authorized. Unless the PFO designates a uniform of the day, the decision of whether to wear a long or short sleeve shirt will be determined by the individual employee. Employees are required to wear rank shoulder boards and nameplate with this uniform.

The trousers can be worn with any black footwear in the program. Only black, low-quarter footwear is authorized for wear with the jumper. Employees may wear the straw campaign hat, ball cap, knit cap, fleece hat or fur mouton headgear with this uniform when outdoors as appropriate for existing weather/climate conditions.

## 8. CLASS 8 SRT UNIFORM:

### A. OFFICE OF FIELD OPERATIONS

The Class 8 uniform is:

- Authorized for CBP National Special Response Team (SRT) Operators in air, sea and land border environments.
- Authorized for wear during SRT training, operations and deployments.
- Authorized as directed by the Assistant Commissioner, Office of Field Operations.
- Not authorized for air, sea and land border passenger processing.

### B. CLASS 8 UNIFORM ITEMS:

CBP SRT Operators as described in Section F8 (A) above are required/authorized to maintain and wear:

- Class 8 SRT tan uniform shirt

- Class 8 SRT tan uniform trouser
- Tan nylon trouser belt
- Short/long sleeve tan moisture management t-shirt
- Tan CBP ball cap
- Tan boonie hat
- Brown knit cap
- Tan Danner TFX boot
- Subdued metal rank insignia

## C. GUIDANCE ON PROPER WEAR (CLASS 8)

The design of the Class 8 SRT uniform can be worn in several variations depending on the equipment designated for SRT training, operations, and deployments. The uniform shirt is to be worn un-tucked; rolling or turning up the sleeves is not authorized. The uniform shirt will be worn unzipped to the top edge of the first Velcro tab and the collar is folded down laying flat on the collar bone area. The tan moisture management short/long sleeve t-shirt is required to be worn with the uniform. When worn with the standard issued duty belt the uniform shirt will be properly tucked in.

- The CBP badge patch will be worn on the left side of chest above pocket.
- Name tape will be worn on the right side of chest above pocket.
- The SRT rocker patch will be worn on the right sleeve centered with the top edge; flush with the bottom edge of the pocket flap. The CBP keystone patch will be worn centered; flush under the SRT rocker.
- The Field Operations patch will be worn on the left sleeve centered with the top edge; flush with the bottom edge of the pocket flap.

The subdued metal rank insignia shall be worn on each side of the collar placed ½-inch from the front edge of the collar and centered.

- Oak leaves will be worn with the tip to the stem parallel to the front collar edge.
- Eagles will be worn with the head toward the top of the collar facing to the front, with the wings perpendicular to the deck.
- Stars will be worn with one ray of each star pointing toward the top edge of the collar.

Only first line SRT Supervisors and above will be required to wear collar rank insignia.

- Brown Oak Leaf / first line SRT supervisors
- Black Oak Leaf / second line SRT supervisor or manager
- Black Eagle / GS-14
- Single Star / GS-15

Additionally, the design of the Class 8 SRT uniform trouser is to be worn un-bloused. Authorized headgear with the uniform is the tan CBP ball cap or tan boonie hat. Authorized footwear with the uniform is the tan Danner TFX boot or a tan colored boot of comparable shade.

## 9. OFFICE ORDER ITEMS

The following items are available from the uniform vendor as individual and/or office order items and can be purchased by OFO Field Offices and Training Centers:

A. **COVERALLS (Long and Short Sleeve)** This is a special use garment that can be worn **over** an existing Class 2, 3 or 4 CBP uniform for limited periods of time when officers are actually engaged in high impact working activities such as: vessel searches, searching perishable cargo, examining gas tanks, etc. Upon request, employees assigned to duties on a regular or semi-regular basis that are traditionally performed by uniformed employees, e.g. import specialists performing cargo examinations, will be provided individual items to protect their clothing and persons on an as-needed basis.

B. **SHOULDER EMBLEMS**

D. **EXTRA BUTTONS (Class 1, 2, and 3 coat and shirt buttons available in boxes of 50 each)**

E. **BALL CAPS**

E. **NAMEPLATE FASTENERS (CLUTCHBACKS AND MAGNETS)**

F. **PSEUDONYM NAMEPLATES**

G. **CBP ENFORCEMENT T-SHIRT**

H. **CBP SAFETY VESTS**

I. **Identification Jacket** (Figure 3-52) This lightweight jacket is for CBP Officers and Agriculture Specialists to wear during plain clothes operations to be identified as a CBP Officer. The jacket is only authorized for wear by officers when assigned to a plain-clothes operation and is never authorized to be worn with the Field Operations uniform or in the passenger or cargo processing environments.

Situations in which CBP Officers and Agriculture Specialists are authorized to wear plain clothes and need to have an Identification jacket accessible include:

- Joint Terrorism Task Force

- Criminal Alien Apprehensions
- Fugitive Operations Joint Recovery
- Joint Operations with Immigration and Customs Enforcement
- Serving Warrants
- Joint Operations with Animal and Plant Health Inspection Service




Figure 3-52
Identification Jacket

Additionally, the following items are also available as office order items but are not available from the uniform vendor:

### J. OTHER SAFETY EQUIPMENT (Hard Hats, gloves, goggles, earplugs, etc.)

## 10. RANK INSIGNIA

### A. METAL COLLAR/JACKET INSIGNIA/RANK SHOULDER BOARDS

Uniformed employees will wear the appropriate metal jacket insignia, and rank shoulder boards as indicated in Table 3-1 on the next page.

Large pin insignia are required to be worn on the Class 1 Ike jacket, and must also displayed on all outerwear items with the exception of the dress trench coat (nameplate only).

Uniformed employees are also required to wear rank shoulder boards on Class 1, 2, 3, 4, and 7 uniforms and sweaters that have shoulder epaulettes.



Case 2:26-cv-01293-LA Filed 11/06/26 Page 120 of 171 Document 38-3
OFO_RED_000047

# OFFICE OF FIELD OPERATIONS
# UNIFORM WEAR POLICY

| RANK INSIGNIA | FORMER<br>FIELD OPERATIONS POSITION/GRADE | CURRENT<br>FIELD OPERATIONS POSITION/GRADE |
|---|---|---|
| None  | CBP Officer / Agriculture Specialist / Seized Property Specialist<br>(GS-5/7) | CBP Officer / Agriculture Specialist / Seized Property Specialist<br>(GS-5/7) |
| Silver Stripe  | CBP Officer / Agriculture Specialist / Seized Property Specialist<br>(GS-9) | CBP Officer / Agriculture Specialist<br>(GS-9/11)<br>Seized Property Specialist (GS-9) |
| Broken Bar Gold/Blue  | CBP Officer / Agriculture Specialist<br>(GS-11) | CBP Officer / Agriculture Specialist<br>(GS-12)<br>Seized Property Specialist (GS-11) |
| Silver Bar  | CBP Officer (Enforcement)<br>(GS-11) | CBP Officer (Enforcement)<br>(GS-12) |
| Gold Oak Leaf  | Supervisory CBP Officer / Supervisory Agriculture Specialist<br>(GS-12)<br>Supervisory and management positions such as Program Manager / Technical Trainer / CBPO – Intel | First line supervisors at the GS-13 level to include: Supervisory CBP Officer / Supervisory Agriculture Specialist / Supervisory Course Developer-Instructor<br>(GS-13)<br>All other supervisory or management positions and all other uniformed positions that donned the gold oak leaf prior to the journey level increase such as Program Manager / Technical Trainer / CBPO – Intel |
| Silver Oak Leaf  | Supervisory CBP Officer (Deputy Chief/Chief) / Supervisory Agriculture Specialist (Chief)<br>(GS-13)<br>All uniformed employees at the GS-13 level such as Program Manager / Operations Specialist | Second line supervisors with responsibilities over at least two subordinate first line supervisors and at the GS-13 level to include: Supervisory CBP Officer (Deputy Chief / Chief ) / Supervisory Agriculture Specialist (Chief)<br>(GS-13)<br>All other supervisory or management positions and all other uniformed positions that donned the silver oak leaf prior to the journey level increase such as Program Manager / Operations Specialist |
| Silver Eagle  | Supervisory CBP Officer / Supervisory Agriculture Specialist<br>(GS-14)<br>All uniformed employees at the GS-14 level | Supervisory CBP Officer / Supervisory Agriculture Specialist<br>(GS-14)<br>All uniformed employees at the GS-14 level |
| 1 Silver Star  | Director / Assistant Director / Port Director / Assistant Port Director<br>(GS-15)<br>All uniformed employees at the GS-15 level | Director / Assistant Director / Port Director / Assistant Port Director<br>(GS-15)<br>All uniformed employees at the GS-15 level |
| 2 Silver Stars  | Port Director<br>(SES)<br>Director of Field Operations | Port Director<br>(SES)<br>Director of Field Operations |

| | | |
|---|---|---|
| 3 Silver Stars | Deputy Assistant Commissioner (SES) | Deputy Assistant Commissioner (SES) |
| 4 Silver Stars | Assistant Commissioner (SES) | Assistant Commissioner (SES) |

Table 3-1

# U.S. Customs and Border Protection Office of Professional Responsibility, Security Operations Directorate, Security Management Division and Investigative Operations Directorate Uniform Wear Policy

OPR SMD Physical Security Specialists are series 0080 employees; SMD Security Program Compliance Coordinators are series 1802 employees and OPR IOD Criminal Investigators are series 1811 law enforcement officers

## I. Purpose

This document provides guidance and direction to promote the efficient, objective, and consistent application of policy and procedure regarding Office of Professional Responsibility (OPR) uniforms. This document does not serve as a substitute for existing laws, regulations, or Department of Homeland Security (DHS) or U.S. Customs and Border Protection (CBP) policies and procedures. OPR employees must be aware of and follow all relevant policies, procedures, and requirements pertaining to uniforms within CBP.

## II. Rationale for Office of Professional Responsibility (OPR) Uniforms

OPR Physical Security Specialists are series 0080 and Security Program Compliance Coordinator are series 1802 and employees assigned a number of facilities where they are responsible for the protection of CBP assets including life, property, equipment, and information, including classified National Security Information, under the charge and control of the U.S. Government or in locations as may be necessary for the promotion of Homeland Security as directed by the DHS Secretary.

OPR Physical Security Specialists and Security Program Compliance Coordinators can expect to encounter and meet with a variety of government and non-government personnel during facility and worksite inspections and meetings. Meetings may include representatives from General Services Administration, Army Corp of Engineers, Federal Protective Service, other federal, state, and local agencies with presence in the facility, as well as architectural and engineering firms and both general and sub- contractors. Given the potential for a variety of contacts in the execution of site inspections, wear of the 3I uniform is authorized.

OPR Criminal Investigators are series 1811 law enforcement officers who are required to be available 24 hours a day, 7 days a week to respond to or conduct investigations related to a wide range of incidents involving CBP personnel and operations. Their incident response and related investigation activities often take place in the same environments where frontline CBP employees work to include remote border locations, seaports, airports, and warehouse inspection facilities. In responding to these locations and in the performance of investigations, typical business attire may be neither appropriate, functional, nor safe. Additionally, given that

incidents may include the response of multiple federal, state, or local enforcement agencies, OPR Criminal Investigators require clothing that helps distinguish their agency and office affiliation. Given the potential for a variety of contacts in the execution of duties, wear of the class 3I uniform, as well as additional clothing and accessory items identified under class Y (i.e. duty belt, tactical gear, etc.), is authorized.

## III. Authorities and References

The Commissioner of CBP requires specific approved personnel to wear a designated uniform to conduct business under conditions stated in this document. Final approval is the responsibility of the Commissioner of CBP. Approval will be received each Fiscal Year with the approval of the Annual Allowance Schedule.

5 C.F.R. §§ 591.101-104 (Allowances and Differentials – Uniform Allowances) requires federal agencies to provide uniforms or uniform allowances on an annual basis to employees who are required to wear a uniform by statute, regulation, or written agency administrative procedures. This regulation also requires agencies who provide uniform allowances to establish policies to administer their uniform allowance programs and develop standards for acceptable uniforms.

5 U.S.C. §§ 5901-5903 (Federal Employees Uniform Allowance Act of 1954, as amended) authorizes government agencies to furnish uniforms or uniform allowances on an annual basis to employees who are required to wear a uniform. This legislation also states that uniform allowances are not considered wages.

The CBP Uniform Handbook (HB 5230-02) provides policies and procedures for the determination of allowances and the authorization, procurement, and official use of CBP uniforms.

The EAC, Enterprise Services (ES), is delegated the authority (CBP Delegation Order 17-015A) to approve the list of uniformed employees, uniform allowance amounts, and uniform class(es) eligible for purchase as presented in the annual Uniform Allowance Schedule.

- 5 U.S.C. §§ 5901-5903 (Federal Employees Uniform Allowance Act of 1954, as amended)
- 5 C.F.R. §§ 591.101-104 (Allowances and Differentials – Uniform Allowances)
- CBP Uniform Handbook, HB 5230-02, April 26, 2023
- CBP Delegation Order 17-015A, Delegation of Uniform Approval Authority, September 21, 2017

- CBP Air and Marine Operations (AMO) Uniform Wear Handbook, Version 2.0 April 15, 2022
- CBP Office of Field Operations (OFO) Uniform Wear Policy, July 5, 2012
- CBP OFO Uniform Wear Guidance, November 9, 2015
- CBP U.S. Border Patrol (USBP) Uniform and Grooming Standards Policy, OP-5230-02A-UGSBPA, August 16, 2023
- Collective Bargaining Agreement between the National Border Patrol Council and U.S. Customs and Border Protection, Article 25, dated November 1, 2019
- National Collective Bargaining Agreement between U.S. Customs and Border Protection 3 and the National Treasury Employees Union, Article 44, dated October 1, 2017

## IV. Uniform Description

The OPR Physical Security Specialist and Security Program Compliance Coordinator shall wear the approved 3I uniform, which consists of the following:

- Tan/khaki tactical style pants
- Black or white polo w/CBP embroidery (short or long sleeve).
- Desert and Black (insulated and non-insulated) boots
- Black leather trouser belt or nylon riggers belt
- Tan boonie hat
- Black ball cap w/CBP embroidery
- Black Apex or Seal Force jacket w/CBP embroidery and name tape
- Black or white crew neck base layer (short or long sleeve).
- Black cargo rain pants (optional with inclement weather)
- Additional cold weather clothing to include, hats, beanies, thermals, socks, etc.
- Other items approved by OPR

OPR Criminal Investigators shall wear the approved class 3I items and class Y uniform items consisting of the following:

- 3I items listed above
- Desert and Black (insulated and non-insulated) boots
- Duty Belt and tactical accessories to hold/carry a holster, magazine cases, magazine pouches, handcuff pouches and chemical pouches.
- Additional cold weather clothing to include, hats, beanies, thermals, socks, etc.
- Other items approved by OPR

## V. <u>When Uniforms are to be Worn</u>

OPR Physical Security specialist and Security Program Compliance Coordinator are authorized wear of the class 3I uniform when supporting the following assigned activities and tasks:

- Perform Risk assessments;
- conduct site surveys;
- inspect facilities undergoing modernization/construction;
- conduct surveys of Vault, HSDN and COMSEC areas;
- responding to critical security incidents at CBP facilities;
- in support of reconstitution efforts after a natural disaster; or
- Other situations as approved by SMD Management.

OPR Criminal Investigators are authorized wear of the class 3I and Y uniform is under the following conditions and in support of the following activities:

- IOD Training, to include Less-Lethal and Firearms Training;
- Use of Force Incident Team (UFIT) deployments;
- high risk criminal operations;
- arrest warrants / search warrants;
- overt Law Enforcement operations;
- critical incident responses;
- Other situations as approved by IOD Management.

The uniform <u>shall not</u> be worn for personal use in a non-work setting.

Pant legs of the 3I uniform may not be bloused. Base layers must be of the same color and length as the polo shirt being worn.

The wearing of ball caps or boonie hats is optional. Personnel are not required to wear headgear while in the 3I uniform. If worn, the headgear must be part of the issued gear.

## VI. Exceptions

Local OPR management may waive the Agency provided clothing and uniform requirement for operational needs, such as undercover operations, surveillance, situations requiring an immediate response, or any other situation deemed appropriate by local management.

## VII. Uniform Allowance

All OPR IOD Criminal Investigators will be given an initial allowance of $1500 in order to acquire appropriate clothing and duty gear from CBP Uniform Vendor to be utilized in situations as described above. A lesser annual clothing allowance of $500 will be provided to all OPR IOD Criminal Investigators every year thereafter to allow for replacement of worn items, clothing size changes, etc.

## VIII. Acquiring Uniforms

**Bulk Orders - OPR Physical Security Specialists and Security Program Compliance Coordinator**

Personnel will normally wear this uniform on an infrequent basis, therefore items will be ordered as needed via the bulk order process. Employees will be issued the uniforms when received by the appropriate office POC. If a uniform item needs to be returned or exchanged, this must occur within 60 days of the delivery date.

Uniforms and uniform gear are considered the employee's personal property, with the exception of any specific office or law enforcement branding. The uniform contract requires delivery to the duty office. Therefore, all uniforms and uniform gear must be delivered to official CBP locations. Uniform orders are **not** permitted to be shipped to personal addresses; all uniform orders must be shipped to valid CBP locations, and received and accounted for by CBP employees. Each CBP location is then responsible for storing/securing and distributing uniforms and uniform gear to the appropriate requesting employee.

Offices must establish procedures for receiving, tracking, and delivering the uniforms to the requesting employees. Such procedures shall include acknowledging and certifying receipt of goods from the carrier and accepting and safeguarding the shipment from the time of receipt until delivery to the employee.

**Allowances Orders - OPR Criminal Investigators**

The OPR Criminal Investigators will be provided with an active uniform account to facilitate the online ordering of uniforms and uniform gear with allowance funds. The OPR Criminal Investigators can only view the uniforms and uniform gear they are authorized to wear according to their position title and series, detailed by the Uniform Allowance Schedule and Class Distinctions List.

Because not all items provided in the uniform program run in the exact same dimensions, sizing

may vary for each garment. Uniformed employees should check the measurement guidance provided on the website to confirm that they are ordering the correct size for each product. Once an order is placed, the Uniform Vendor will provide an estimated delivery time for each uniform item. Employees generally should receive online orders within seven days of the order placement as defined in the Uniform Vendor's contract. If the uniformed employee does not receive the order within this contractually agreed upon timeframe, the Uniform Vendor may be contacted directly for a status update.

If the employee's order exceeds the allowance balance, a personal credit card number must be included with the order to cover the exceeded amount. It should be noted that any uniforms or uniform gear purchased with an employee's personal funds are non-reimbursable by CBP.

Uniforms and uniform gear purchased with uniform allowances are considered the uniformed employee's personal property, with the exception of any specific office or law enforcement branding. The uniform contract requires delivery to the duty office. Therefore, all uniforms and uniform gear must be delivered to official CBP locations. Uniform orders are **not** permitted to be shipped to personal addresses; all uniform orders must be shipped to valid CBP locations, and received and accounted for by CBP employees. Each CBP location is then responsible for storing/securing and distributing uniforms and uniform gear to the appropriate requesting employee.

Uniform Coordinators must establish procedures for receiving, tracking, and delivering the uniforms to the requesting uniformed employees. Such procedures shall include acknowledging and certifying receipt of goods from the carrier and accepting and safeguarding the shipment from the time of receipt until delivery to the employee.

Uniform Coordinators should notify their uniformed employee in a timely manner once an order has been received so the employee can verify the accuracy of the shipment. Each uniform delivery will include a packing slip which reflects the order number, shipping recipient, address, ship date, and an itemized list of shipment contents including item number, description, quantity, and size. A Return/Exchange Form and return label is also included with each package to facilitate returns/exchanges, if necessary.

Employees should notify the Uniform Vendor of any discrepancies they discover for resolution within 10 days of receipt of delivery. If the employee, Supervisor or Uniform Coordinator is unable to resolve the issue with the Vendor, the CBP COR should be contacted for assistance. If a uniform item needs to be returned or exchanged, this must occur within 60 days of the delivery date.

Uniform shipments are delivered to local field offices via the Vendor's method of shipping and are issued with a tracking receipt. This allows the Vendor and CBP to track the status of a uniform delivery or return shipment. Employees can log into their account on the uniform

website to obtain shipment/tracking information. It is recommended that CBP employees retain shipping/tracking data for shipments/returns in order to facilitate resolution of issues in a timely manner should they occur.

Employees uniform allowance is to be utilized solely by the individual. They are not allowed to purchase items for any other employee that may or may not be covered by the uniformed program.

For other uniform issues not previously covered, the employee may contact the Uniform Vendor Customer Service at [redacted]

## IX. Links/References

**Uniform Vendor Ordering Website:**
[redacted]

**Uniform Vendor Customer Service:**
[redacted]

**Allowance Account Management Tool (AAMT):**
Allowance Account Management Tool (AAMT)

**Allowance Account Management Tool Customer Service Email:**
[redacted]@cbp.dhs.gov

**Uniform Program Email Address:**
[redacted]@cbp.dhs.gov

**Uniform Program Phone Number:**
[redacted]

**Uniform Program SharePoint Site:**
[redacted]

X ASHTON L HAYES
Digitally signed by ASHTON L HAYES
Date: 2025.08.22 07:59:49 -04'00'

Executive Director
Security Operations Directorate

X JEFFREY R EGERTON
Digitally signed by JEFFREY R EGERTON
Date: 2025.08.21 17:03:57 -04'00'

Executive Director
Investigative Operations Division

# BULLETIN

**DATE:** OCT 27 2025

**BULLETIN FOR:** All Chief Patrol Agents
All Executive Directorates

**FROM:** Michael W. Banks [redacted]
Chief
U.S. Border Patrol

**SUBJECT:** Updated Uniform Identifiers

Pursuant to Section 5.96 of the Uniform and Grooming Standards 2025 (IOP-MSDRES-2025-0002-01), the following uniform change is being made to reduce the potential risk of agents being doxxed while conducting their daily duties. Agents will begin receiving last name only uniform identifiers from Image Authority once all current premade name identifiers are exhausted. This change will affect name tapes, name plates, and all embroidery. Agents may begin wearing the new identifier as soon as it is received. Previously issued uniform identifiers are also authorized for continued use.

---

**QUESTIONS.** Questions regarding this bulletin may be directed to [redacted]

**EFFECTIVE.** The signature above enacts this bulletin, which will remain active unless superseded by another policy, canceled, or retired.

**NO PRIVATE RIGHT CREATED.** This bulletin is an internal policy statement of USBP and does not create or confer any rights, privileges, or benefits upon any person, party, or entity.

**DISCLOSURE.** This document contains information that may be exempt from disclosure to the public under Federal law. No part of this document will be disclosed to the public without express authority from USBP.

# U.S. Border Patrol

# STANDARD OPERATING PROCEDURES

## Alternate Unique Identifiers

**Authorized by:** [redacted]

**Michael W. Banks**
Chief, U.S. Border Patrol

**Date:** SEP 10 2025

**Alternate Unique Identifiers**

## 1. PURPOSE

1.1. This standard operating procedure (SOP) provides management guidelines for alternate unique identifier (AUI) tapes U.S. Border Patrol (USBP) Headquarters (HQ) will issue to the field. Chief Patrol Agents (CPA) will request USBP Chief approval to use AUIs to replace standard name tapes [redacted] where their use is deemed necessary for officer safety.

1.2. This document applies to GS-1896 Border Patrol Agents (BPA) in the field who may be issued an AUI when assigned duties in the aforementioned types of events.

1.3. These procedures are supplemental guidance to IOP-MSDRES-2025-0002-01, USBP Uniform and Grooming Standards 2025, Section 5.9.6.

1.4. Waivers are not authorized for AUI use outside of this SOP without USBP Chief approval.

## 2. OVERVIEW

2.1. In cases of exigent circumstances, AUIs will be distributed to BPAs [redacted]

2.2. Each sector is responsible for strategically storing AUIs at stations to support personnel across the sector. Stations may borrow AUIs from other stations if additional AUIs are required.

2.3. Except as authorized under this SOP, all BPAs will wear the official name tape as prescribed in the USBP Uniform and Grooming Standards when performing USBP duties.

2.4. Failure to comply with this SOP may result in disciplinary action.

2.5. This SOP replaces and supersedes all relevant existing policies and memoranda regarding AUI tapes.

## 3. ROLES AND RESPONSIBILITIES

3.1. The USBP Chief is the lead official responsible for approving AUI use. This authority can be delegated to the CPAs at the discretion of the USBP Chief.

3.2. CPAs and HQ Division Chiefs are responsible for directly administering the AUI SOP and submitting AUI use requests to the USBP Chief.

3.3. First and second-line Supervisory Border Patrol Agents are responsible for ensuring compliance with this SOP.

3.4. Each BPA is responsible for proper name tape and AUI wear, when issued.

## 4. PROCEDURES

4.1. Purchase and Dissemination

4.1.1. Each sector will receive a specific number of AUIs, determined by the size of the sector.

4.1.2. USBP HQ will make the initial purchase of AUIs and disseminate AUIs to sectors by the official uniform vendor.

4.1.2.1. [redacted]

4.1.2.2. Two of each tape will be ordered and issued to the sectors.

4.1.3. Purchases for additional AUIs can be requested through the official uniform vendor at the sector's expense, with the USBP Chief's approval.

4.2. Wear

4.2.1. When agents are authorized to wear an AUI, they may choose to wear the AUI or their standard uniform name tape.

4.2.2. All agents issued an AUI [redacted] will wear it in the same hook and loop location on the two outermost uniform items, where standard name tapes are placed.

4.2.3. Only name tapes or AUIs obtained through the official uniform vendor(s) may be worn, and may not be altered or modified, except as outlined in this SOP.

4.2.4. If it is determined that a planned event [redacted] allows for the use of AUIs, but at the time they are unavailable, BPAs will be expected to participate and AUIs will be issued as soon as practicable.

## 5. RECORDS MANAGEMENT

5.1. Each sector will be responsible for their AUI records management. AUIs should be considered tracked items and managed and stored as such.

5.2. The CPA will assign a sector-level office to conduct AUI records management duties. The designated office will:

5.2.1. Log each time an AUI is issued to an agent [redacted] noting the:

5.2.1.1. AUI assigned;

5.2.1.2. [redacted] or response type;

5.2.1.3. Date; and

5.2.1.4. Name, star number, and the assigned duty location.

5.2.2. Log the return of each AUI.

5.3. Stations issued AUIs for [redacted] by the sector will record the assigned AUI in the Daily 481 in the comments section for the agent the AUI is assigned. The Patrol Agent in Charge (PAIC) or their designee will be responsible for AUI issuance, collection, and return to the responsible sector office [redacted]

5.4. Agents are responsible for the AUI wear and safekeeping when using them [redacted]. Agents are responsible for returning the AUI to the PAIC or designee.

**6. QUESTIONS.** Direct questions to [redacted]

**7. EFFECTIVE.** The signature above enacts these standard operating procedures, which will remain active unless superseded by another policy, cancelled, or retired.

**8. NO PRIVATE RIGHTS CREATED.** This is an internal policy statement of USBP and does not create or confer any rights, privileges, or benefits upon any person, party, or entity.

**9. DISCLOSURE.** This document contains information that may be exempt from disclosure to the public under federal law. No part of this document shall be disclosed to the public without express authority from USBP.

# U.S. Border Patrol

# INTERNAL OPERATING PROCEDURE

USBP Uniform and Grooming Standards 2025

**Authorized by:** [redacted]

**Michael W. Banks**
Chief, U.S. Border Patrol

**Date:** 07/02/25

## 1. PURPOSE

1.1. This Internal Operating Procedure (IOP) implements the U.S. Customs and Border Protection (CBP) Directive 5230-02, CBP Uniform Handbook within the U.S. Border Patrol (USBP). It provides guidance and procedures to promote Border Patrol Agents' (BPA) image as professional law enforcement officers.

1.2. This document applies to GS-1896 BPAs across all Department of Homeland Security (DHS) and CBP components, regardless of duty station or status, e.g., permanent or temporary duty assignments. All GS-1896 BPAs will follow the same standards to ensure uniformity, exemplifying the pride and professionalism of the agency.

1.3. Ensure all records created as a result of processes prescribed in this publication are maintained per current CBP records management directives.

1.4. Refer recommended changes and questions about this publication to the responsible office identified at the top of this page.

1.5. This publication may not be supplemented.

1.6. Waivers are not authorized for this publication.

## 2. SUMMARY OF CHANGES

2.1. Updating or adding a new uniform device. (Section 5.7.7 and 5.7.8).

2.2. Wearing honorary award ribbons on the Ike jacket. (Section 5.8).

2.3. Wearing uniform devices on uniform. (Section 5.10).

2.4. Class B long sleeve optional wearing of tie. (Section 5.12.3).

2.5. Subdued Olive Drab (OD) patches are authorized to be worn by all agents on their uniform to include Class C through Class G and outerwear garments (Section 5.13).

2.6. Subdued OD placards are authorized on vest carriers. (Section 5.16).

## 3. OVERVIEW

3.1. All BPAs will wear the official uniform as prescribed herein when performing USBP duties, except as authorized under this IOP.

3.2. Only uniform items obtained through the official uniform vendor(s) should be worn, and may not be altered or modified, except as outlined in this IOP. Tailoring the uniform for a more professional appearance is permitted.

3.3. Absent extraordinary circumstances, uniforms shall be clean, serviceable (free of tears, not overly worn or faded), and present a professional image at the beginning of the tour of duty.

3.4. Uniforms must be disposed of or destroyed in compliance with this IOP.

3.5. It is management's responsibility to maintain high standards of uniform regulations by ensuring personnel are properly uniformed daily and to intervene when the guidance herein is not followed.

3.6. Failure to comply with this IOP may result in disciplinary action.

3.7. This IOP replaces and supersedes all relevant existing policies and memoranda.

## 4. ROLES AND RESPONSIBILITIES

4.1. The USBP Chief is the lead official responsible for the USBP Uniform Program.

4.2. Chief Patrol Agents (CPA) and Headquarters (HQ) Division Chiefs are responsible for directly administering the uniform IOP and submitting policy recommendations to the Chief.

4.3. First- and second-line Supervisory Border Patrol Agents (SBPA) are responsible for ensuring daily compliance with this IOP.

4.4. Each BPA is responsible for the proper wear and maintenance of his or her uniform. BPAs are provided a basic uniform allowance and are required to maintain the minimum number of uniform items specified in Attachment 10 to perform his or her duties, as assigned. BPAs who received an initial issuance of uniforms must order or acquire all items


Case 2:26-cv-01293-LA Filed 11/06/26 Page 137 of 171 Document 38-3
USBP_RFD_000008

listed in Attachment 10 within 90 days after receiving their second annual uniform allowance.

## 5. PROCEDURES

5.1. Wearing of Uniforms

5.1.1. All BPAs will only wear officially authorized uniform items when performing USBP duties which require a uniform, except as authorized under this IOP.

5.1.2. BPAs are prohibited from wearing the USBP uniform while engaged in any of the following activities, functions, or circumstances, unless specifically authorized by the CPA, regardless of the duty status of the individual: soliciting funds for any purpose from the public; participating in any type of show or event that is commercially sponsored for advertising purposes, where it could be implied or construed that USBP endorses the product advertised; or appearing or participating in any event in public that would denigrate USBP integrity.

5.1.3. Other than travel to and from an individual's duty location, BPAs are prohibited from wearing the USBP uniform while in an off-duty status, unless specifically authorized by the CPA. The USBP uniform may be worn in an off-duty status when the agent is representing USBP as an agency, but not when an agent is primarily representing his or her own interests.

5.1.4. The mixing of Class A or Class B uniform items and civilian attire or the wearing of a partial Class A or Class B uniforms may only occur while in transit to and from work. The mixing of Class C uniform items and civilian attire or the wearing of a partial Class C uniform may only occur off-duty or as dictated by the needs of the agency. In both instances, no badges, patches, or agency insignia will be displayed. The duty belt must not be worn with civilian attire, unless the agent is performing firearms qualifications or practice, or as dictated by the needs of the agency. The primary intent of this subsection is to acknowledge officer safety concerns, allowing agents to avoid being identified as law enforcement officers while off-duty and/or in transit; it does not apply to wearing Class C RDU pants with authorized polo shirts, as specified in Attachment 4.

5.1.5. Official credentials will be carried at all times while on duty, except during undercover operations, if doing so would compromise the safety of the agent.

5.1.6. Badges and nameplates or unique identifiers must be worn on the outermost uniform garment and visible to the public when practicable. Nameplates should not be worn on the leather jacket.

5.2. The Class A and Class B uniforms must be clean, pressed or steamed, polished where applicable, undamaged, not faded, and worn as outlined in Attachment 3. Class A and Class

B uniform maintenance must be given the utmost care to ensure all uniformed BPAs exemplify the pride and professionalism of the agency.

5.3. Class C Uniform. The uniform of the day is assigned by management. USBP duties and responsibilities are primarily conducted outdoors; accordingly, the Class C uniform (Attachment 3) is normally worn while performing the following types of assignments and this list is not all inclusive.

5.3.1. The Class C uniform is normally worn while performing as:

5.3.1.1. Linewatch;

5.3.1.2. Transportation Check;

5.3.1.3. Interior Patrol;

5.3.1.4. Checkpoint Operations;

5.3.1.5. Training. Any practical training where it is necessary or reasonable to wear the Class C uniform, such as firearms qualifications.

5.3.2. Metal badges and nameplates are not permitted on the Class C uniform, as name tapes and badge patches are provided with each shirt.

5.3.3. Pants will not be bloused when wearing the Class C uniform, except during offroad vehicle operations when safety could be compromised.

5.3.4. When wearing the Class C uniform, each agent has the discretion to wear the short or long-sleeve shirt.

5.4. Ceremonial Attire. For any type of ceremonial event or occasion (i.e., law enforcement funerals or memorial services, awards ceremonies, any law enforcement or military gathering where the dress uniform is appropriate), the Class A uniform is the only authorized uniform to be worn unless otherwise authorized by the USBP Chief or CPA. This includes the felt campaign hat and Ike Jacket. The shoulder strap will be worn by all SBPAs and higher. The CPA has the discretion to designate events as ceremonial.

5.5. Mourning Band. When authorized by the CPA, the mourning band must be worn from the time of death until sunset on the day of the interment. The mourning band may also be authorized for wear in remembrance of fallen agents and officers, such as during National Police Week. BPAs must wear the rough duty mourning badge pin (which is offered by the uniform vendor) on the Class C uniform. BPAs will wear the black elastic band with Class A

and Class B uniforms. Both bands must run diagonally from the top right of the badge to the bottom left, when looking at the front of the badge (Attachment 9).

5.6. Civilian Business Attire. The CPA may require or permit BPAs to wear appropriate civilian clothing when assigned to duties where the uniform would tend to frustrate the effort or is unnecessary, such as those involving formal contacts in foreign countries, certain training assignments, court appearances, and some types of border control and security operations. BPAs may be assigned or permitted to wear business or informal attire for such duties.

5.6.1. When civilian clothing has been authorized for wear in a duty status in lieu of a uniform, the civilian clothing will be of the same comparable degree of formality as the uniform prescribed for such duty. Standards of dress will be conservative and meet the same professional standards established for personnel in uniform. The assignment, customs in the local area, and image of the agency to be projected will dictate the type of civilian clothing appropriate for the occasion.

5.6.2. CPAs may authorize jeans, t-shirts, athletic apparel, and athletic shoes for certain types of work or training. Employees will not wear overly casual or indecent attire while on duty.

5.7. Deviations in Uniforms

5.7.1. When authorized by the CPA, optional authorized tactical gear/uniforms may be worn by those agents assigned to special operations units, as appropriate to the mission at hand. All members of specialty units must have a uniform appearance and use only clothing and equipment with which they have trained.

5.7.2. Agents newly assigned to a specialty unit will be issued up to five sets of specialty uniforms and other required specialty items as outlined by local internal operating procedures. Any additional or replacement uniform items after initial issuance will be purchased by the agent using the annual uniform allowance.

5.7.3. Agents who are allergic to dye may wear a sock that does not contain dyes.

5.7.4. Sunglasses of a conservative styling may be worn. The frame and design must not create a blind spot to the wearer's peripheral vision. Eyewear straps may be worn, but must be black, dark green, dark blue, dark brown, or a similar conservative color.

5.7.5. BPAs may purchase items (footwear, undershirts, sunglasses, duty gear, etc.) using personal funds. Agents are allowed to wear those items while on duty, as long as the items conform to uniform specifications and/or the Authorized Equipment List.


Case 2:26-cv-01293-LA Filed 11/06/26 Page 140 of 171 Document 38-3
USBP-RE-000011

5.7.6. Agency-approved reflective vests and/or reflective placards are available from the uniform vendor using the uniform allowance.

5.7.7. Any update to an existing uniform qualification or specialty device must be approved by the USBP Chief via issue paper submitted through the National Uniform Program Manager.

5.7.8. All requests for new uniform qualification or specialty device must be approved by the USBP Chief via issue paper submitted through the National Uniform Program Manager.

5.8. Awards

5.8.1. Ribbons

5.8.1.1. Award ribbons will be the authorized insignia worn on the Class A uniform Ike jacket only. These include Department of Homeland Security, U.S. Customs and Border Protection, U.S. Border Patrol (USBP), and the top three U.S. Military ribbons the employee earned during military service.

5.8.1.2. Ribbons will be worn on the Class A uniform in order of precedence from top row to bottom row and from wearer's right to left. (Attachment 7)

5.8.1.3. A maximum of three ribbons may be worn in a single row. A maximum of four rows of three ribbons may be worn. If ribbons are not in multiples of three, the top row contains the lesser number, and the center of this row sits over the center of the one below it.

5.8.2. Medals

5.8.2.1. Large award medals will only be worn when authorized by the USBP Chief for special occasions. Medals will be worn on the Class A uniform Ike jacket.

5.8.2.2. When authorized, a maximum of three medals may be worn side-by-side in a single row with no overlap. A maximum of two rows of three medals may be worn, with the lesser number centered on the top row if necessary. There should be no more than ½-inch between rows. (Attachment 7)

5.8.2.3. For professional staff and non-uniformed personnel, mini award medals are authorized for wear on specific events and must be authorized by the USBP Chief. Mini award medals will be worn on the wearer's left side, chest area of the professional attire in a similar manner as worn on the Ike Jacket. (Attachment 7)

5.8.3. Lapel Pins

5.8.3.1. One award lapel pin is authorized for wear on professional attire and does not require authorization. The award lapel pin will be worn on the wearer's suit jacket, on the wearer's left lapel on the professional attire's left side, chest area. (Attachment 7)

5.8.3.2. Border Patrol Agents (BPA) wearing Class C uniform and Border Patrol Processing Coordinators (BPPC) are authorized to wear one award lapel pin above their name strip. The award lapel pin will be worn ¼-inch above the name strip unless an authorized uniform device is being used. If an authorized uniform device is used, then the award lapel pin will go ¼-inch above the authorized uniform device.

5.9. Authorized Insignia

5.9.1. Only approved symbols of rank and service are allowed to be worn on the uniform. Uniform shirts and outer uniform garments must bear only those insignia items specifically authorized for the agent's rank and title, and only in the manner prescribed (Attachment 6).

5.9.2. The badge must be worn on the badge tab of the outermost garment of the uniform and be appropriately titled to reflect the position of the bearer, when applicable.

5.9.3. Only supervisory and staff personnel may wear collar insignia, which reflects the appropriate rank of the wearer (Attachment 6). Insignia must be worn only on the shirt collar of the uniform. Shoulder ornaments are to be worn only with the Class A and Class B uniforms. The ornament will be worn on the dress shirt and Ike Jacket by straddling the cross stitching of the epaulet (approximately five-eighths of an inch above the shoulder seam), with the eagles facing forward. Shoulder ornaments will not be worn on the leather jacket or Class C RDU.

5.9.4. Nameplates must be ½-inch by 2½-half inch coated brass with black letters, and at a minimum, contain the first initial and complete last name of the wearer, with a total of 16 characters maximum. BPAs may display their middle initial. Name plates must be worn on the nameplate tabs above the right pocket of the outermost uniform garment on Class A and Class B uniforms (excluding the leather jacket).

5.9.5. Name tapes are provided with every Class C uniform shirt and include at least the first initial and complete last name of the wearer, with a total of 16 characters maximum. BPAs may display their middle initial. All name tapes must be worn directly above the right pocket of the shirt.

5.9.6. All name tapes and nameplates must reflect the wearer's name. An exemption may be granted by the USBP Chief during extreme periods of civil unrest response.

However, agents must display an alternate unique identifier on their name tape or nameplate, as authorized by the USBP Chief.

5.9.7. Service stars are worn only on the Ike Jacket and the overcoat. Each service star represents 5 years of service accrued. The center of the first star is placed 1-inch above the peak of the blue piping, on an imaginary line extending through the center of the shoulder patch. Each additional star is placed 1-inch apart, measuring center-to-center of each star, on the same line.

5.10. Uniform Devices

5.10.1. Agents may wear one small authorized specialty device or one authorized uniform qualification device or one military branch service pin on the Class A uniform Ike jacket and dress shirt.

5.10.1.1. Large uniform devices previously worn on the Class A uniform Ike jacket are no longer authorized. Only small uniform devices will be authorized for use on the Class A Ike jacket and dress shirt.

5.10.1.2. The large Honor Guard Device shall be worn on the Honor Guard Uniform, centered and ¼ inch above left pocket of the Honor Guard Coat, when performing ceremonial duties.

5.10.2. Only dress uniform devices are authorized on Class A and B uniforms. Subdued uniform devices are for Class C rough duty unforms and BPPCs wearing authorized polos. Subdued uniform devices are not authorized to be worn on professional attire.

5.10.3. The miniature device must be worn centered ¼-inch above the nameplate/nametape. (Attachment 7).

5.10.4. Authorized uniform specialty devices are insignia that recognize an employee met the established criteria to be awarded the device. Once awarded, employees may wear specialty devices for the remainder of their career, as long as they remain in good standing with the Headquarters managing division. These devices are Horse Patrol; Vessel Commander; Border Patrol Tactical Unit; Canine Handler; Border Patrol Search, Trauma, and Rescue; Honor Guard; and Mobile Response Team.

5.10.5. Authorized uniform qualification devices are insignia that identify the wearer qualified to wear the device and is a currently active member with the governing program. These devices are National Border Patrol Council, Chaplain, Peer Support,

Paramedic/Emergency Medical Technician, and Supervisory Field Training Officer/Field Training Officer.

5.10.6. Military Branch Service Pin shall be no larger than 1 inch in diameter.

5.10.7. One uniform device is authorized for wear on professional attire and does not require authorization. The uniform device will be worn on the wearer's suit jacket, right lapel or on the wearer's right side, chest area of other professional attire. (Attachment 7)

5.11. Optional Duty Belt Items

5.11.1. Per HB 4500-002B, CBP Use of Force – Administrative Guidelines and Procedures Handbook, dated January 2021, all agents must carry at least one less-lethal force device, either the collapsible straight baton (CSB) or oleoresin capsicum (OC) spray.

5.11.2. Agents may wear cellular devices on their duty belt. Any case worn must conform to the type of belt worn. Molded plastic cases are an acceptable alternative to leather or nylon.

5.11.3. Knives and multitools, such as Leatherman and Gerber-type products, may be worn on the duty belt. Any knife or tool case must conform to the type of belt worn (leather or nylon). Molded plastic cases are an acceptable alternative to leather or nylon.

5.11.4. [redacted] are permitted with Class C uniforms but not with Class A or Class B uniforms.

5.11.5. Duty belt back brace support may be worn with Class C through I uniforms (except for the Class H uniform). The brace must be black in color and affixed to the nylon duty belt.

5.11.6. [redacted]

5.11.6.1. [redacted] must be black or OD green.

5.11.6.2. [redacted] is not authorized until the successful completion of the USBP Academy.

5.11.6.3. [redacted] may not be worn with Class A or Class B uniforms.

5.11.6.4. [redacted] is not authorized while participating in Honor Guard, recruitment, public affairs activities (e.g., media interviews, social media posts), airport operations, and oral hiring boards.

5.12. Shirts

5.12.1. BPAs are authorized to wear OD-green or black crewneck undershirts with their Class C uniform shirts. A USBP mock turtleneck shirt is authorized under the long-sleeve Class C uniform shirts. Crewneck undershirts are not authorized to be worn with Class A or Class B uniforms. Other types of undershirts may be worn as long as they are not visible.

5.12.2. When wearing the short-sleeve shirt (Class B or Class C) or the long-sleeve shirt (Class C or Class B Optional Wear), all buttons must be fastened except for the top button. The sleeves on the Class C uniform long sleeve shirt may be rolled up in a neat fashion to facilitate airflow and ventilation.

5.12.3. CPAs may approve for agents to wear the Class B long-sleeve without a tie. If CPAs approve this Class B Optional Wear, agents may wear the Class B long-sleeve without a tie and will unbutton the top button of the shirt. Reminder that a shoulder strap for SBPAs and above is not authorized to be worn in Class B uniform.

5.12.4. A PPS is a Class C uniform item and may be worn as a standalone RDU shirt. The PPS must have badge and name tape identifiers.

5.13. Subdued OD Patches on Shirts and Outerwear Garments

5.13.1. Subdued OD Patches are authorized to be worn by all agents wearing Class C through Class I uniforms (except Class H uniform) and outerwear garments.

5.13.1.1. Agents wearing subdued OD patches must have all patches subdued to include the badge on shirt as well. There will be no mix-matching of subdued and gold/navy patches on the same garment.

5.13.1.2. Agents will be responsible for purchasing their own authorized patches through the uniform vendor.

5.13.1.3. Agents will be responsible for removing and sewing the patches on their own uniform. The Border Patrol round patch will go on the wearer's left arm and the Customs and Border Protection (CBP) patch will go on the wearer's right arm. The bottom of the Border Patrol badge will need to be centered ¼ inch above the wearer's left pocket.

5.13.1.4. Agents will not be allowed to wear Special Operations Group (SOG) tan or multi-cam patches on the Class A through Class H uniforms.

5.13.1.5. The uniform vendor will be working on getting subdued OD patched shirts and outerwear garments on the next uniform contract which will be on the ordering website for all agents.

5.14. Hats and Caps

5.14.1. Agents have discretion whether to wear the authorized hats or caps while on duty, except when wearing the campaign hat required with the Class A uniform. Agents may be required to wear the campaign hat with the Class B uniform for ceremonies and special events. (This section does not apply to agents assigned to the USBP Basic Academy).

5.14.2. The western style hat may be seasonally adjusted consistent with local customs.

5.14.3. Authorized uniform vendor watch caps and fur caps may be worn in all geographic areas during appropriate weather conditions. The fur cap is not authorized for wear with the Class A uniform.

5.14.4. The boonie hat may be worn with the Class C through Class I uniforms (with the exception of the Class H uniform). The boonie hat is not authorized for wear with the Class A or Class B uniform, nor while conducting airport operations.

5.15. Footwear

5.15.1. Black shoes (or oxfords), western boots, or ropers are authorized for Class A uniforms.

5.15.2. Black shoes (or oxfords), western boots, ropers, or laced black boots are authorized for Class B uniforms.

5.15.3. Black shoes (or oxfords), western boots, ropers, or laced black boots, or Coyote Brown Boots (CBB) are authorized for Class C uniforms.

5.15.3.1. Black shoes must have a plain toe with no stitching or decorative design; it must have a flat heel not exceeding ¾-inch in height.

5.15.3.2. Western boots, ropers, or laced boots must have a heel that measures less than 1-inch in height, measured from heel to sole, at the outer front edge of the heel; the contour of the toe must be at least equal to a U.S. half-dollar (1¼-inch in diameter); no sharp or pointy heels are allowed. Western boots and ropers must have a plain toe with no stitching or decorative design.

5.15.3.3. Laced boots may have a rubber toe cap with limited stitching and subdued designs and must be unicolor.

5.15.3.4. Visible socks shall be black in color, unless the agent is allergic to dye.

5.16. Ballistic Armor (Attachment 8)

5.16.1. The Soft Outer Garment Carrier (SOGC) provides a platform for the carriage of ballistic panels (either soft or hard armor plates) and the attachment of identification placards and accessories. It is intended to be worn [redacted]

5.16.1.1. The required uniform name tape will be affixed to the upper front right Velcro section of the SOGC, positioned directly above the required front panel placard.

5.16.1.2. The yellow/gold or subdued CBP Border Patrol Badge is mandatory and will be affixed to the upper front left Velcro section of the SOGC. Badge color must match color of placards worn. No other badges, patches, pins, or insignia are permitted unless explicitly authorized.

5.16.1.3. Only placards approved by the USBP Chief are available for wear. Approved front and back placards are mandatory items. Subdued or yellow/gold placards are authorized to be used with the SOGC.

5.16.1.4. Approved devices may be placed on the SOGC if space permits.

5.16.1.5. Medical-related insignia with conservative colors is permitted on pouches containing medical supplies, such as an individual first aid kit, to indicate to others that medical supplies are contained within.

5.16.1.6. Accessory items for storing additional gear may be attached, affixed, or displayed on the SOGC, and must be solid black or green in color; green accessories should be similar to the RDU green.

5.16.1.7. A set of placards accompanies the outer carriers. Additional authorized placards may be purchased [redacted]

5.16.2. The Hard Plate Carrier (HPC) provides a platform to carry hard plate ballistic panels and attach identification placards and accessories.

5.16.3. The HPC is authorized for wear [redacted]

5.16.4. Sections 5.16.1.1 through 5.16.1.7 also apply to the HPC.

5.16.5. [redacted]

5.17. Uniform Disposal

5.17.1. Uniformed employees must exercise reasonable care when disposing of uniform articles that contain specific and unique agency identifiers, such as shoulder emblems, embroidered patches, and badges.

5.17.2. When discarding uniform articles containing official and unique agency identifiers, BPAs must take reasonable measures to ensure the discarded item cannot be illegally obtained or used in an unofficial capacity. Agents must remove these identifiers prior to being discarded. In cases where the unique identifier cannot be removed, it must be defaced beyond recognition or destroyed.

5.17.3. Uniform articles that are not serviceable for wear in an official capacity may be used for personal use, as long as official and unique agency identifiers have been removed or defaced beyond recognition.

5.18. Personal Appearance and Grooming Standards

5.18.1. Uniformed law enforcement officers must maintain a professional and neatly groomed appearance to foster public trust. Accordingly, the following standards will be applied consistently and fairly to all BPAs. The CPA may grant exceptions to these standards for BPAs assigned to plainclothes duties, [redacted] or similar duties where [redacted] or any other special extenuating circumstance on a case-by-case basis.

5.18.2. Head and facial hair, including sideburns, moustaches, and beards (when permitted) must be neatly trimmed and clean, and must not interfere with wearing the


Case 2:26-cv-01293-LA Filed 11/06/26 Page 148 of 171 Document 38-3 USBP_RFP000019

required uniform nor constitute a safety hazard or an impediment to the employee's ability to properly perform his or her assigned duties.

5.18.3. Hair

5.18.3.1. Hairstyles must be neat, professional, and hair dyes must be natural hair colors.

5.18.3.2. Hair must maintain grooming standards and not rely on headgear to conceal out-of-policy hairstyles.

5.18.3.3. Hairstyles should not interfere with the use of headgear when required to be worn.

5.18.3.4. Males. Hair must not be worn below the middle point of the outer shirt collar (as measured when the BPA is standing), nor cover more than half of the ears and any portion of the eyebrows. Males may not use headgear to conceal hairstyles that are out of compliance. Afros, twists, locks, or cornrows are permitted but must comply with the maximum length requirements for male hair and must not exceed 4 inches from the top of the head.

5.18.3.5. Females. Unbound hair must not be worn below the bottom of the outer shirt collar (as measured when the BPA is standing), nor cover any portion of the eyebrows. Females may wear hair ties and barrettes of conservative style and color as long as they do not pose a safety hazard. Afros, twists, locks, cornrows, or braids are permitted but must comply with the maximum length requirements for female unbound hair and must not exceed 4 inches from the top of the head.

5.18.3.5.1. Hair that extends past the collar must be neatly fastened or secured in either a bun, single ponytail, or single or double braid(s) down the middle of the back.

5.18.3.5.2. Multiple braids, twists, locks, or cornrows may come together into a bun, one or two braids, or a single ponytail.

5.18.3.5.3. Pigtails are not authorized (i.e., no ponytails or braids extending off the sides of the head).

5.18.3.5.4. Bulk (bundle) of fastened hair must not exceed the width of the head nor extend past 4 inches from the scalp.

5.18.3.5.5. The length of the ponytail or braid must be no longer than the bottom of the shoulder blades.

5.18.4. Facial Hair – Males

5.18.4.1. Beards are authorized for male uniformed employees. Employees who are not actively attempting to grow a beard or other type of facial hair must report to work with an otherwise clean-shaven face.

5.18.4.2. Circle beards and full beards are the only beards authorized.

5.18.4.2.1. Circle beard: The moustache is grown in a fashion to connect with the facial hair of the chin. Sideburns may not extend below the bottom of the earlobe and may not be more than ½-inch wider than at their narrowest point

5.18.4.2.2. Full Beard: Commonly referred to as a corporate beard or business beard. Side facial hair is grown to connect with the sideburns and circle beard (with mustache as defined above). A full beard will not extend below the lower cheeks into the neck. Pencil beards and other trendy beards do not constitute full beards.

5.18.4.3. Patchy or spotty clumps of facial hair, excluding those resulting from scars, are not considered beards and as such are not permitted. If a beard or mustache is worn, it shall be well-groomed and neatly trimmed at all times to not present a ragged appearance. The bulk of the beard (distance that the mass of facial hair protrudes from the skin of the face) shall not exceed ½-inch, unless required for medical or religious reasons.

5.18.4.4. Ungroomed beard stubble will not be considered neat, clean, and professional. Facial hair will not be worn in any extreme or unconventional styles.

5.18.4.5. Beards are not authorized for agents until the successful completion of the USBP Academy and may not be worn with Class A or Class B uniforms or during Honor Guard and public affairs activities.

5.18.4.5.1. These exclusions will not apply to employees who have requested and received a waiver for medical or religious purposes.

5.18.4.6. Sideburns may not extend below the bottom of the earlobe and may not be more than one-half inch wider than at their narrowest point.

5.18.4.7. Moustaches must be neatly trimmed and may not extend outward beyond the natural contours of the upper lip, nor downward more than ⅜-inch past the corner of the mouth. Moustaches may not touch the lower lip when the mouth is closed. Twisted or handlebar moustaches are not permitted.

5.18.5. Jewelry. If worn, jewelry must not detract from the professional law enforcement image nor constitute a safety hazard or an impediment to the employee's ability to properly perform his or her assigned duties.

5.18.5.1. Necklaces (other than a small portion of the chain) shall not be visible. Choker-type necklaces are not authorized.

5.18.5.2. Male agents shall not wear earrings or other body piercing items that are visible.

5.18.5.3. Female agents may wear up to two small non-dangling earrings in each ear lobe, but cannot wear other visible body piercing items.

5.18.5.4. Intentional, visible body and facial disfigurements are prohibited for males and females.

5.18.5.5. Agents may wear one bracelet per wrist, which may include a medical alert bracelet. Bracelets must be conservative in style and appropriate for the agent's work environment.

5.18.5.6. Agents may wear rings on their fingers as long as they do not pose an officer safety hazard or interfere with the manual dexterity to operate firearms and/or any use of force implement. Rings must be conservative in style and appropriate for the agent's work environment.

5.18.5.7. The use of gold, platinum, or other veneers or caps for the purpose of dental ornamentation (as opposed to dental repair) is prohibited. Teeth, whether natural, capped, or veneered, will not be ornamented with designs, jewels, initials, etc.

5.18.5.8. Conservative or military style watches are authorized for wear. Watchbands will be limited to conservative colors.

5.18.6. Miscellaneous

5.18.6.1. Fingernails

5.18.6.1.1. Males' fingernails shall not extend more than ⅛-inch beyond the fingertips.

5.18.6.1.2. Females' fingernails shall not extend more than ¼-inch beyond the fingertips.

5.18.6.1.3. All fingernails must be maintained consistent with those of a professional law enforcement officer.

5.18.6.2. Makeup is permitted only for female agents and shall be worn in a manner consistent with that of a professional law enforcement officer and must be conservative in color and amount. Permanent make-up is permitted as long as it meets the professional and conservative clause above.

5.18.6.3. Intentional body alterations, such as tongue splitting, tongue forking, disfiguring skin implants, tooth filing, etc., are prohibited.

5.18.7. Tattoos and/or brandings

5.18.7.1. Obscene, racially/ethnically derogatory, and/or gang tattoos or brandings must not be visible. Disputes regarding these issues will be resolved as expeditiously as practicable.

5.18.7.2. Tattoos and/or brandings on the head and face are not permitted.

## ATTACHMENT 1 - DEFINITIONS

Authorized Uniform Contractor–The designated vendor, holding the current fiscal year uniform contract, as specified by the Commissioner, U.S. Customs and Border Protection.

Business Attire–The type of clothing worn by community leaders and businessmen and women in the area. For men, examples include a business suit or dress slacks accompanied by a sport coat or blazer and tie, and dress shoes that are professional in appearance. Depending on the area's customs and assignment type, the coat and tie may not be appropriate. For women, examples include a business suit, conservative dress, or blouse and skirt or dress slacks/pants. Depending on the area's customs and assignment type, dress pants and a blouse may be appropriate.

Business Casual–Casual slacks and a casual shirt for men; a casual dress, skirt or pants and a casual blouse for women. Depending on the area's customs, dress jeans may be considered business casual attire. T-shirts are not considered business casual attire. Tan tactical pants, an authorized agency polo, and optional tan/coyote brown or black boots may be worn in lieu of business casual attire, at the discretion of the CPA.

Covered Personnel–All GS-1896 BPAs.

Footwear–Socks, shoes, and boots. Snowshoes and skis are not considered footwear.

Mourning Band–A black, ½-inch band worn diagonally across the badge when a BPA or other law enforcement officer is killed in the line of duty, or during memorial services to honor agents and other law enforcement officers who have been killed in the line of duty.

Rank insignia–The appropriate shirt collar insignia, shoulder ornaments, and appropriately titled badge for the specific rank.

Service Star–A single brass gold gilt star awarded for completion of each [redacted] of CBP service. The service star does not incorporate prior military service. The Department of Justice DHS Service Award Pins serve to recognize total government service, although it may not be worn on the USBP uniform. This time also includes time served with the armed forces after entering on duty with the USBP. For example, a reservist activated to full-time duty may count the time served.

Uniform Allowance–The allocation for each agent to procure uniform items from the authorized uniform contractor during a specified fiscal year.

Uniform Devices–A device worn on the USBP uniform which designates a special skill or unit (EMT, Canine, etc.).



Case 2:26-cv-01293-LA Filed 11/06/26 Page 153 of 171 Document 38-3
USBP RED 000024

## ATTACHMENT 2 – UNIFORM CLASSES

A2.1. Class A Uniform–The Ceremonial uniform worn in its entirety for ceremonies and public events, such as National Law Enforcement Memorial Week, funerals, White House visits, Congressional testimony, awards ceremonies, Change of Command ceremonies, etc. Seasonal deviation may only occur at the CPA's discretion (see Attachment 3).

A2.2. Class B Uniform–Commonly referred to as the dress uniform; it allows for seasonal variation (Attachment 3).

A2.3. Class C Uniform–Commonly referred to as the rough duty uniform (RDU); it allows for seasonal variation (Attachment 3).

A2.4. Class D Bike Patrol Uniform–Attachment 4.

A2.5. Class E Maritime Uniform–Attachment 4.

A2.6. Class F Firearms/Less Lethal Safety Officers Uniform–Attachment 4.

A2.7. Class G Horse Patrol Uniform–Attachment 4.

A2.8. Class H Honor Guard Uniform–Attachment 4.

A2.9. Class I Special Operations Group (SOG) Uniform–Attachment 4.

## ATTACHMENT 3 - COMPOSITION OF CLASS A THROUGH CLASS C UNIFORMS

A3.1. Composition of the Class A uniform

- Dress pants (55 percent polyester/45 percent wool or 75 percent polyester/25 percent wool).
- Dress shirt (long sleeve).
- Tie and tie tack.[1]
- Ike Jacket (worn unbuttoned).
- Sam (Sadie) Browne belt with brass buckle.
- Trouser belt.
- Sam (Sadie) Brown shoulder strap.[2]
- Leather keepers [redacted].[3]
- Leather [redacted] holster with handgun.
- Leather handcuff case with handcuffs.
- Leather magazine pouch with magazines.
- Leather OC spray holder with OC spray.[4]
- CSB with issued scabbard.[4]
- Socks.
- Footwear.
- Felt campaign hat with hatband and retention strap.[5]
- Badge.
- Nameplate.

A3.2. Additional items that may be worn with the Class A uniform include:

- Insignia.
- Service stars.[6]
- Scarf.[7]
- D-ring keepers.

[1] The tie tack shall be worn centered on the tie and in line with the shirt pocket flap buttons.

[2] The shoulder strap is used to support the duty belt; therefore, it will be worn connected to the belt on either side of the holstered weapon (front and back) and extend through the opposite shoulder epaulette.

[3] Leather gear worn with the Class A and Class B uniform will include shined brass snaps. [redacted]

[4] Per the USBP enforcement standard, all agents must carry at least one less-lethal force device. [redacted]

[5] The hatband will be worn with the buckle on the left side, and the tail of the band facing the rear of the hat.
[6] Service stars will be worn on the Ike Jacket or overcoat only.

[7] The scarf may be worn with the Overcoat only.

- Campaign hat cover.
- Black leather gloves.
- Cloth face covering (free of designs and dark in color) as dictated by current guidelines as recommended by CBP, Centers for Disease Control and Prevention (CDC), Occupational Safety and Health Administration (OSHA), and other public health resources.

A3.3. Composition of the Class B uniform

- Dress pants (55 percent polyester/45 percent wool or 75 percent polyester/25 percent wool).
- Dress shirt.
- Tie and tie tack (long-sleeve only).[8]
- Sam (Sadie) Browne belt with brass buckle.
- Trouser belt.
- Leather keepers [redacted].[9]
- Leather [redacted] holster with handgun.
- Leather handcuff case with handcuffs.[10]
- Leather magazine pouch with magazines.[10]
- Leather OC spray holder with OC spray.[10 11]
- CSB with issued scabbard.[11]
- Socks.
- Footwear.
- Appropriate campaign hat with hatband and retention strap.
- Badge.
- Nameplate.
- Insignia.

A3.4. Additional items that may be worn with the Class B uniform include:

- Leather jacket.[10]
- Scarf.[11]
- Commando sweater.
- Unisex fur cap.
- Raincoat.
- Campaign hat cover.

[8] The tie tack shall be worn centered on the tie and in line with the shirt pocket flap buttons.

[9] Leather gear worn with the Class A and Class B uniform will include brass snaps. [redacted]

[10] All other decorations and devices, such as uniform devices and campaign ribbons, will be worn on the Ike Jacket.

[11] The scarf may be worn with the leather jacket or overcoat only.



Case 2:26-cv-01293-LA Filed 11/06/26 Page 156 of 171 Document 38-3
USBP_RED_000027

- Black leather gloves.
- Covered key holder.
- Additional keepers.
- Radio holder with radio.
- Cloth face covering (free of designs and dark in color) as dictated by current guidelines as recommended by CBP, CDC, OSHA, and other public health resources.

A3.5. Composition of the Class C uniform

- Rough duty pants (65 percent polyester/35 percent cotton).
- Rough duty shirt (long or short sleeve).
- PPS (long or short sleeve).
- Trouser belt.
- Nylon duty belt.
- Nylon keepers [redacted][12]
- Nylon or molded plastic level II holster with handgun.
    - Holster must be affixed to the duty belt.
    - [redacted]
- Nylon handcuff case with handcuffs.
- Nylon magazine pouch with magazines ([redacted]
- Nylon OC spray holder with OC spray.[13]
- CSB holder with baton.[14] • Nylon radio holder with radio.
- Socks.
- Footwear.
- Insignia.
- Nametape

A3.6. Additional items that may be worn with the Class C uniform include:

- Gloves (cold weather and/or task appropriate).
- Raincoat.
- Waist-length jacket.
- Hip-length parka.
- Commando sweater.
- Cold weather pant.
- Rain and wind pant.

---

[12] Nylon web gear must have a hidden or subdued snap and [redacted]

[13] Per the USBP enforcement standard, all agents must carry at least one non-deadly force device, [redacted]

- Outerwear vest.
- Ball cap.
- Boonie hat.
- Unisex fur cap.
- Watch cap.
- Western-style hat (seasonal deviation allowed).
- Mock turtleneck.
- OD green or black crewneck T-shirt (long or short sleeve).
- Insulated hood.
- Uninsulated hood.
- Scarf or tactical scarf.
- Balaclava.
- Neck gaiter.
- Covered key holder.
- Dump/glove pouch.
- Extreme cold weather gear.
- Duty belt back support.
- [redacted]
- Cloth face covering (free of designs and dark in color) as dictated by current guidelines as recommended by CBP, CDC, OSHA, and other public health resources.

## ATTACHMENT 4 – CLASS D THROUGH I UNIFORMS

A4.1. Class D uniforms through Class I uniforms may utilize any items listed under the Class C uniform unless specific deviations are listed below.

A4.2. Class D (Bike Patrol) Uniform

- Bike gloves.
- Helmet.
- Jacket.
- Polo shirt (tan or white).
- Optional Class C RDU PPS.
- Bike shorts.
- Bike pants.
- Bike zip-off pants.

A4.3. Class E (Maritime) Uniform

- Tan polo shirt.
- Optional Class C RDU shirt.
- Class C RDU pants.
- Nylon pants.
- Nylon shorts.
- RDU shorts.
- Rash guards.
- Water shoes.
- Marine boots.
- Marine boat shoes.
- Dropdown leg holster (authorized).

A4.4. Class F (Firearms/Safety Officers) Uniform

- Red polo shirt.
- Red ball cap.
- Red jacket.
- Class C RDU pants.
- Optional tan tactical pants.
- Black or tan/coyote brown boots.

A4.5. Class F (Less Lethal/Safety Officers) Uniform

- Black polo shirt.
- Black apex jacket.

- Black force jacket.
- Class C RDU pants.
- Rash guards.
- Mat room shoes.
- Optional tan/coyote brown boots.
- Optional tan tactical pants.
- OD green crewneck T-shirt.

A4.6. Class F (Training) Uniform

- Black polo shirt.
- Black apex jacket.
- Black force jacket.
- Optional tan/coyote brown boots.
- Optional tan tactical pants.
- OD green crewneck t-shirt. • Maternity option available.

A4.7. Class G (Horse Patrol) Uniform

- Chaps.
- Spurs (optional).
- Denim jeans (black).
- Optional Class C RDU pants.
- Class C RDU shirt.
- Riding boots.
- Palm leaf cowboy hat or equivalent.

A4.8. Class H (Honor Guard) Uniform

- Blouse coat.
- Gold shoulder cord.
- White gloves.
- USBP Pipes and Drums Unit members will wear the pipes and drums coat, and official USBP tartan as prescribed in the National Bagpiper Standard Operating Procedures.
- All uniform items will be worn as indicated in the Honor Guard Policy and the Pipes and Drums Unit IOP.

A4.9. Class I (Special Operations Group) Uniform

- SOG duty blouse (Multi-cam or RDU green).
- SOG duty combat shirt (Multi-cam or RDU green).
- SOG duty pants (Multi-cam or RDU green).
- Jacket and/or cold weather gear (Multi-cam or RDU green)

- Ball cap (multi-cam or green).
- Boonie hat (multi-cam or green).
- Desert tan/coyote brown or black boots.
- Tan or multi-cam nylon duty gear with multi-cam RDU; black nylon duty gear with green RDU.
- Dropdown leg holster (authorized).


Case 2:26-cv-01293-LA Filed 11/06/26 Page 161 of 171 Document 38-3
USBP_RED-000032

## ATTACHMENT 5 -INSIGNIA PLACEMENT




Insignia will be placed at the approximate center of the collar 1-inch from the front edge.



## ATTACHMENT 6 - INSIGNIA

**Table A6.1. Authorized Insignia by Title**

| USBP Location | Title | Collar Insignia | Subdued Collar Insignia | Shoulder Ornament Dress Uniform Only |
|---|---|---|---|---|
| **USBP HQ** | USBP Chief | Silver Stars | Black Stars | Gold |
| | USBP Deputy Chief | Silver Stars | Black Stars | Gold |
| | Directorate Chief | Silver Stars | Black Stars | Gold |
| | Deputy Directorate Chief | Silver Star | Black Star | Gold |
| | Division Chief | Silver Star | Black Star | Gold |
| | Assistant Chief | Silver Eagle | Black Eagle | Gold |
| | Operations Officer | Gold Oak Leaf | Brown Oak Leaf | Gold |
| | BPA-Program | Single Silver Bar | Single Black Bar | Not Applicable |
| **USBP Sectors** | CPA | Silver Stars | Black Stars | Silver |
| | Deputy CPA | Silver Star | Black Star | Silver |
| | Division Chief | Silver Star | Black Star | Silver |
| | Assistant CPA/Executive Officer | Silver Eagle | Black Eagle | Silver |

| | | | | |
|---|---|---|---|---|
| | Special Operations Supervisor/ Operations Officer | Gold Oak Leaf | Brown Oak Leaf | Silver |
| | BPA-Program | Single Silver Bar | Single Black Bar | Not Applicable |
| **USBP Location** | **Title** | **Collar Insignia** | **Subdued Collar Insignia** | **Shoulder Ornament Dress Uniform Only** |
| **USBP Stations** | Patrol Agent in Charge | Silver Eagle | Black Eagle | Oxidized |
| | Deputy Patrol Agent in Charge | Silver Oak Leaf | Black Oak Leaf | Oxidized |
| | Watch Commander | Silver Oak Leaf | Black Oak Leaf | Oxidized |
| | Special Operations Supervisor | Gold Oak Leaf | Brown Oak Leaf | Oxidized |
| | SBPA | Silver Bars | Black Bars | Oxidized |

## ATTACHMENT 7 - WEAR GUIDANCE FOR USBP HONORARY AWARDS

A7.1. Awards shall be worn in order of precedence from top down and from the wearer's right to left. U.S. Border Patrol Decorations

This document lists all awards authorized for wear on the U.S. Border Patrol uniform in order of precedence in accordance with the following documents:

- U.S. Border Patrol Honorary Awards and Recognitions Program Internal Operating Procedures, April 2023,
- DHS Secretary's Awards Categories, October 2023; and
- U.S. Customs and Border Protection Commissioner's Awards (2022). June 2023.

Any updates to the above documents will supersede this list.

Order of Precedence by Category of Medal:

a. Highest Level U.S. Border Patrol Decorations,
b. U.S. Military Decorations
c. Department of Homeland Security (DHS) Secretary's Awards
d. U.S. Customs and Border Protection (CBP) Commissioner's Awards,
e. Other U.S. Border Patrol Decorations; and
f. Other Non-DHS Awards.

Order of Precedence

A. Highest Level U.S. Border Patrol Decorations:
   1) Newton-Azrak; and
   2) Purple Cross.

B. U.S. Military
   3) Employees may wear their top three medals/ribbons that the employee earned during military service. The order of precedence of these ribbons will be based on their military branch order of precedence for the specific decorations that the employee is wearing.

C. DHS Secretary's Awards:
   4) Secretary's Exceptional Service Gold Medal Award,
   5) Secretary's Meritorious Service Silver Medal Award,
   6) Secretary's Award for Valor,
   7) Secretary's Award for Leadership Excellence,
   8) Secretary's Award for Innovation,
   9) Secretary's Award for Team Excellence,
   10) Secretary's Champion of Equity Award,
   11) Secretary's Award for Volunteer Service; and

12) Other DHS Secretary-level awards not previously listed.

D. CBP Commissioner's Awards:

13) Medal of Honor for Heroism,
14) Meritorious Service Award for Valor,
15) Integrity Award,
16) Leadership Award,
17) Special Recognition Award,
18) Best Practices, Efficiency, and Innovation Award,
19) Partnering and Stakeholder Engagement Award,
20) Unsung Heroes Award,
21) Diana Dean and Jose Melendez-Perez Anti-Terrorism Award,
22) Workforce Engagement and Inclusion Award,
23) Excellence in Mission Support Award,
24) Distinguished Service to Safety Award,
25) Excellence in Law Enforcement Actions Award,
26) Mission Integration Award,
27) Trade and Facilitation Award,
28) Volunteer Service Award,
29) Emerging Leader Award,
30) Career Achievement Award,
31) Excellence in Intelligence Award,
32) Excellence in Task Forces and Investigations Award,
33) Resiliency Award; and
34) Other CBP Commissioner-level awards not previously listed.

E. Other U.S. Border Patrol Decorations:

35) USBP Commendation Award,
36) USBP Achievement Award,
37) 100year Anniversary Ribbon; and
38) 75year Anniversary Ribbon.

F. Other Non-DHS Awards. This includes but is not limited to the Public Safety Officer Medal of Valor, Law Enforcement Congressional Badge of Bravery, Women in Federal Law Enforcement Awards, Samuel J. Heyman Service to America Medal, and other external awards for which DHS/CBP solicits nominations from USBP Employees.



Case 2:26-cv-01293-LA Filed 11/06/26 Page 166 of 171 Document 38-3
USBP_RES-000037

Honorary Award Ribbons/
Device on Ike Jacket



Honorary Award Lapel Pin/
Device on Class C



Honorary Award Medals/
Device on Ike Jacket



Honorary Award Lapel Pin/
Device on BPPC Polo



Honorary Award Lapel Pin/
Device on Suit Jacket



**ATTACHMENT 8 - ILLUSTRATIONS OF SOGC AND HPC**

**Figure A8.1. Illustration of the SOGC**

Front

[redacted]

Back

[redacted]

**Figure A8.2. Illustration of the HPC**

Front

[redacted]

Back

[redacted]

## ATTACHMENT 9 - PROPER PLACEMENT OF THE MOURNING BAND

A9.1. Diagonally from top right to bottom left, when looking at the badge.

A9.2. Centered over the DHS seal.



## ATTACHMENT 10 - MINIMUM REQUIRED UNIFORM ITEMS

**Table A10.1. Minimum Required Items per Section 4.4**

| Quantity | Items |
|---|---|
| 3 | RDU shirts (long/short sleeve or performance shirt) with name tape, badge, and agency patches |
| 3 | RDU pants |
| 1 | Pair Class C black/coyote brown footwear (shoes/boots) per Attachment 1 |
| 2 | USBP RDU ball cap |
| 1 | USBP outerwear jacket with name tape, badge, and agency patches |
| 1 | Pair black duty gloves |
| 1 | Nylon duty belt |
| 1 | Nylon inner belt |
| 1 | Duty holster, worn with the nylon duty belt |
| 1 | Nylon double magazine carrier, worn with the nylon duty belt |
| [redacted] | Nylon keepers, worn with the nylon duty belt |
| 1 | Nylon handcuff carrier, worn with the nylon duty belt |
| 1 | Nylon OC spray carrier, worn with the nylon duty belt |
| 1 | Scabbard for CSB, worn with the nylon duty belt |
| 1 | Nylon radio carrier, worn with the nylon duty belt |
| 1 | Mourning band badge pin |
| 1 | Short-sleeve ceremonial (Class A/Class B) shirt with agency patches |
| 1 | Long-sleeve ceremonial (Class A/Class B) shirt with agency patches |
| 1 | Ceremonial (Class A/Class B) pants |
| 1 | Ike Jacket with agency patches |
| 1 | Campaign hat (Felt) |
| 1 | Campaign hat (Straw) |
| 1 | Leather hat band with brass buckle and retention strap |
| 1 | Leather Sam/Sadie Browne duty belt with brass buckle |
| 1 | Leather holster, worn with the Sam/Sadie Browne duty belt |
| 1 | Leather double magazine carrier with brass snaps, worn with the Sam/Sadie Browne duty belt |
| 1 | Leather handcuff carrier with brass snap, worn with the Sam/Sadie Browne duty belt |
| [redacted] | Leather keepers with brass snaps, worn with the Sam/Sadie Browne duty belt |

| | |
|---|---|
| 1 | Leather inner belt |
| 1 | Tie with USBP tie tack |
| 1 | Brass nameplate as specified in section 5.9.3. to 5.9.5. |
| 1 | Pair Class A/Class B footwear (shoes/boots) per Attachment 1 |
| 1 | Leather OC spray carrier with brass snap, worn with the Sam/Sadie Browne duty belt |
| 2 | Metal badges |
| 1 | Scabbard for the CSB |
| * | Appropriate number of service stars [redacted] |