**United States Department of Justice**
Enforcement & Affirmative Litigation Branch

**Pooja.D.Majmundar@usdoj.gov**
Phone: 202-598-0280
Fax: 202-514-8742

**Overnight Delivery Address**
450 Fifth Street, NW, Sixth Floor South
Washington, D.C. 20530

**First Class Mail**
P.O. Box 386
Washington, D.C. 20044

October 22, 2026

By Electronic Mail
Clint B. Muche
Assistant City Attorney
City of Milwaukee, Office of the City Attorney

Re: *United States v. City of Milwaukee*, No. 26-cv-1293 (E.D. Wis.) Supplemental Production of DEA Documents (Bates Nos. DEA_RED000002–DEA_RED000031)

Dear Counsel:

We write to provide a supplemental production to our October 9 discovery response. Additional DEA documents have been uploaded to the JEFS Box link folder previously shared on October 9.

Bates Nos. DEA_RED000002–DEA_RED000003 and DEA_RED000006–DEA_RED000007 are responsive to Request for Production No. 2.

Bates Nos. DEA_RED000026–DEA_RED000027 are responsive to Request for Production No. 3.

Please note that any redactions within these documents reflect nonresponsive material. If you have any questions regarding this supplemental production, please let us know.

Very truly yours,

/s/ Pooja Majmundar
Pooja Majmundar
Trial Attorney
Enforcement & Affirmative Litigation Branch
Civil Division, U.S. Department of Justice

This document and its contents are the property of the Drug Enforcement Administration (DEA) and may not be disseminated outside DEA (or if loaned outside of DEA, further disseminated) without the express written permission of the Office of Chief Counsel.

# DRUG ENFORCEMENT ADMINISTRATION

## AGENTS MANUAL
## GENERAL
## EQUIPMENT
## IDENTIFICATION

[redacted]

## [redacted] POCKET COMMISSION AND BADGE

A. **Issuance**. At the completion of Special Agent (SA) basic training, each DEA Agent will receive a DEA badge and a pocket commission. The commission will bear the Administrator's certification statement and identify the SA by name, signature and color photograph.

B. **Use**. These credentials (commission and/or badge) will be presented as evidence of authority when requested or when necessary for identification purposes. SAs will keep their commission and badge in their immediate personal possession at all times on official duty, except when possession may compromise an undercover assignment.

C. **Alteration**. Any change, alteration or creation of exact replicas, of the commission or badge, is expressly prohibited and may result in disciplinary action.

D. **Loss/Theft**. Loss or theft of the commission or badge will immediately be reported to the Special Agent in Charge (SAC), Country Attache (CA), or Headquarters Office Head (HOH), who will immediately advise the Headquarters Office of Professional Responsibility (OPR) and Security Programs (SP). Within 48 hours after the discovery of the loss or theft, the SAC/CA will notify SP, OPR, Board of Professional conduct (HB), and the Office of Operations Management (OM) via teletype. The HOH will make this notification via memorandum in lieu of a teletype. This notification will contain the following information:

1. The name of the responsible employee and the description of the commission or badge to include the serial number;
2. The date of the incident;
3. A brief narrative on the factual circumstances leading to the loss or theft and what efforts were taken to recover the item.

E. **Replacement**.

1. **Pocket Commission**. New commissions bearing a current photograph of the agent will be issued every 5 years, or whenever required by wear or damage. New photographs will be obtained locally and forwarded to SP, who will prepare the new commission. Upon receiving the replacement, the Agent will surrender the old commission to the SAC or Office Head (or his designee), who will forward it to SP for disposal. SP will maintain records of accountability and disposal.


Case 2:26-cv-01293-LA Filed 11/06/26 Page 2 of 31 Document 38-5 DEA_RED000002

2. **Badges**. Badges requiring repair or replating will be sent to SP by registered mail. SP will repair or replace the badge as appropriate and return it to the requesting office. No changes, alterations, or additions to the basic design and color are allowed.

F. **Surrender**. Upon separation from the service, an Agent will surrender his commission and badge to the SAC or Office Head (or his designee), who will forward them to SP for appropriate disposition. Those Special Agents that retire in good standing will have their credentials and badges marked "RETIRED" and returned to them, either mounted on a plaque or in free form to carry. A Special Agent must be retired to receive this courtesy.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

This document and its contents are the property of the Drug Enforcement Administration (DEA) and may not be disseminated outside DEA (or if loaned outside of DEA, further disseminated) without the express written permission of the Office of Chief Counsel.

# DRUG ENFORCEMENT ADMINISTRATION

## AGENTS MANUAL
## GENERAL
## EQUIPMENT
## OTHER EQUIPMENT

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

I. Operations Jackets. In arrests, searches, and similar enforcement situations, it is important that members of the enforcement team (1) are readily recognizable to each other, and (2) project an appearance of authority

The normal attire for these activities will be professional but functional. Attire will be augmented by official DEA identification, prominently displayed. If all team members are normally attired and familiar with each other, then the use of operations (raid) jackets will be at the supervisor's discretion. Where all members of the team cannot be so attired, or where all members of the team are not familiar with each other, then DEA operations jackets will be required.

In certain unusual situations where, in the supervisor's opinion, the wearing of operations jackets might increase danger to team members, or the enforcement operation they need not be worn. Only sworn DEA personnel on official DEA business may wear operations jackets.

Each agent will be issued an operations jacket. When not in use, these jackets will be stored in a secure location. Keeping in mind that the operations jacket must be readily accessible to the agent in a variety of unanticipated circumstances, the operations jacket may be stored in the trunk of an assigned Official Government Vehicle (OGV). The loss or theft of a DEA operations jacket will be handled in the same manner as that of agent credentials. [redacted].

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

[redacted]

| | | | |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |

[redacted]

[redacted]

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted]

[redacted]

[redacted] [redacted] [redacted] [redacted] [redacted]

# Special Response Team Policy

[redacted]

[redacted]

This document and its contents are the property of the U.S. Drug Enforcement Administration (DEA). If the document or its contents are provided to an outside agency, it and its contents are not to be distributed outside of that agency without the written permission of the Office of Training (TR).

This policy is solely for the purpose of internal DEA use. It is not intended to, does not, and may not be relied upon to create any rights, substantive or procedural, enforceable by law by any party in any matter, civil or criminal, nor does it place any limitation on otherwise lawful investigative and litigation prerogatives of the Department of Justice (DOJ) and the DEA.

# TABLE OF CONTENTS

[redacted]

[redacted]

6.0 Equipment....13
6.1 Standard Basic Equipment for all SRT Members....13

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

## 6.0 Equipment

### 6.1 Standard Basic Equipment for all SRT Members

<u>Uniform</u>: Olive Drab (also referred to as "Ranger Green") in color. Two piece shirt and pants.

**NOTE:** Many current teams have adopted multi-cam uniforms. Multi-cam uniforms will become unserviceable for enforcement operations and teams will adopt olive drab. All SRT members are required to wear identical uniforms during operations.

<u>Helmet</u>: Ballistic Level IIIa.

<u>Body Armor/Vest</u>: DEA-issued body armor/vest consisting of level IIIa ballistic panels and rifle plates, both front and back. The issued vest will be an updated/modernized version which includes magazine retention pouches and must have readily visible "Police" and/or "DEA" identification patches. SRT personnel will wear DEA-issued body armor, ballistic helmets, soft ballistic armor panels, and armor plates during every planned SRT operation. While conducting live fire training in shoot houses, SRT members and instructors must wear ballistic helmets, hearing and eye protection, and soft ballistic armor panels, in conjunction with armor plates.

**NOTE:** In extraordinary circumstances, or if the operations plan dictates conducting SRT operations without body armor or helmets, such as in the case of low-visibility operations, a justification for deviating from the body armor policy must be articulated and approved by the SAC or OSC. Even when conducting low-visibility tactical operations, every effort should be made to have agents wear at least some level of soft

or concealable body armor.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |


Case 2:26-cv-01293-LA Filed 11/06/26 Page 29 of 31 Document 38-5

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

[redacted]

[redacted]

[redacted] ____________________

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] ____________________

[redacted]

[redacted]

[redacted] ____________________

[redacted] ____________________

[redacted] ____________________

[redacted] ____________________

[redacted] ____________________