**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

UNITED STATES OF AMERICA

*Plaintiff*,

*v.* Case No. 26-cv-1293

CITY OF MILWAUKEE,

*Defendant*.

---

**MOTION OF WISCONSIN COUNCIL OF CHURCHES, INC. FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN OPPOSITION TO PLAINTIFF UNITED STATES' MOTION FOR A PRELIMINARY INJUNCTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**

---

The Wisconsin Council of Churches respectfully requests that this Court grant it leave to file the attached *amicus curiae* in opposition to Plaintiff United States' Motion for a Preliminary Injunction and Motion for Judgment on the Pleadings. In support of this motion, *amicus* states as follows:

1. *Amicus* Wisconsin Council of Churches is an ecumenical body composed of member denominations and congregations across the state of Wisconsin.

2. The Council's mission is to help its members work toward peacemaking, social and economic justice for Wisconsin's most vulnerable residents, the vitality of the church, and the well-being of its neighbors. This includes working with immigrant populations and advocating on their behalf, as well as advocating against law enforcement practices that undermine community trust and harm civilians.

3. Given its mission and work, *amicus* has a substantial, direct, and continuing interest in this matter.

4. *Amicus* also provides arguments and information that the City of Milwaukee is unlikely to provide. *See, e.g.*, *Voices for Choices v. Illinois Bell Telephone Co.*, 339 F.3d 542, 545 (7th Cir. 2003) (Posner, J., in chambers) (whether to permit filing of an amicus brief depends on "whether the brief will assist the judges by presenting ideas, arguments, theories, insights, facts, or data that are not to be found in the parties' briefs"). Specifically, *amicus*'s brief only addresses whether a preliminary or permanent injunction would be in the public interest. It therefore focuses on *community members'* experiences with masked law enforcement, *id.* (noting that a would-be amicus offering a "unique perspective" is likely to satisfy the above criteria), and does not address pre-enforcement standing or intergovernmental immunity—issues the City of Milwaukee will no doubt address in its response.

5. For the foregoing reasons, *amicus* respectfully requests that this Court grant it leave to file the attached *Amicus Curiae* Brief in Opposition to Plaintiff United States' Motion for a Preliminary Injunction and Motion for Judgment on the Pleadings.

Dated this 13th day of November 2026.

Respectfully submitted,

/s/ *Hannah R. Schwarz*
Hannah R. Schwarz
State Bar. No. 1143527
Ryan V. Cox
State Bar. No. 1140899
American Civil Liberties Union of
Wisconsin Foundation, Inc.
207 East Buffalo Street, Suite 325
Milwaukee, WI 53202
Tel.: (414) 272-4032
Fax: 414-272-0182

hschwarz@aclu-wi.org
rcox@aclu-wi.org

*Counsel for Amicus Curiae*