**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

UNITED STATES OF AMERICA,

*Plaintiff*,

*v.*

CITY OF MILWAUKEE,

*Defendant*.

No. 2:26-cv-1293

**[PROPOSED] ORDER**

Having considered proposed *amicus curiae* Wisconsin Council of Churches' Motion for Leave to File an *Amicus Curiae* Brief in Opposition to Plaintiff United States' Motion for a Preliminary Injunction and Motion for Judgment on the Pleadings, the Court GRANTS the motion. The clerk shall file *amicus curiae*'s brief on the docket.

DATED: _______________

BY THE COURT: _________________